1  Peter G. McAllen (State Bar No. 107416)
   JONES DAY
2  555 S. Flower St., 50th Floor
   Los Angeles, CA 90071
3  Telephone:  (213) 489-3939
   Facsimile:  (213) 243-2539
4  E-mail:     pmcallen@jonesday.com

5  Tobias S. Keller  (State Bar No. 151445)
   JONES DAY
6  555 California Street, 26th Floor
   San Francisco, CA  94104-1500
7  Telephone:  (415) 626-3939
   Facsimile:  (415) 875-5700
8  E-mail:     tkeller@jonesday.com

9  Attorneys for Plaintiff
   PUBLIC UTILITY DISTRICT NO. 2 OF
10 GRANT COUNTY, WASHINGTON

11
12                UNITED STATES DISTRICT COURT
13                NORTHERN DISTRICT OF CALIFORNIA
14                    SAN FRANCISCO DIVISION

15

16 | PUBLIC UTILITY DISTRICT NO. 2 OF GRANT COUNTY, WASHINGTON | Case No. 07-3243 JSW |
|---|---|
17 | Plaintiff. | Chapter 11 Case |
18 | vs. | Bankr. Case No. 01-30923 DM |
19 | PACIFIC GAS AND ELECTRIC COMPANY | **STIPULATION SETTING BRIEFING AND HEARING SCHEDULE; [PROPOSED] ORDER THEREON** |
20 | Defendant. | |

21
22
23
24
25
26
27
28

LAI-2887017v2                         1

**STIPULATION AND [PROPOSED] SCHEDULING ORDER**

1     Pursuant to Local Rule 7-7, Plaintiff Public Utility District No. 2 of Grant County, Washington ("Grant County") and Defendant Pacific Gas and Electric Company ("PG&E"), by and through their respective attorneys of record, hereby stipulate and agree, and respectfully request an order of the Court, as follows:

    WHEREAS, Grant County filed its Motion for (I) Withdrawal of Reference of Proof of Claim and (II) Transfer of Venue Thereof to the United States District Court for the Eastern District of Washington (the "Motion") in PG&E's chapter 11 bankruptcy case, Case No. 01-30923 DM, pending in the United States Bankruptcy Court for the Northern District of California, San Francisco Division (the "Bankruptcy Court");

    WHEREAS, the Motion has been transferred to this Court and assigned to Judge Jeffrey S. White and designated Case No. 07-3243 JSW;

    WHEREAS, Grant County also filed in the Bankruptcy Court a memorandum of points and authorities, a request for judicial notice and two declarations, all in support of the Motion;

    WHEREAS, the memorandum of point of authorities was 22 pages long in compliance with the 25 page limit set forth in the local rules for the Bankruptcy Court and this Court;

    WHEREAS, Judge White's civil standing orders limit all briefs to 15 pages;

    WHEREAS, due to the number, complexity and importance of the issues raised in the Motion, as well as the length of the brief already filed in the Bankruptcy Court, the parties submit that there is good cause to increase the page limit for certain of the briefs in this action to 25 pages; and

    WHEREAS, the parties desire to set forth a briefing and hearing schedule for the Motion.

1      NOW THEREFORE, the parties hereto stipulate and agree:

2      1.     The hearing on the Motion shall take place before the Court on
3 September 14, 2007 at 9:00 a.m. or as soon thereafter as counsel my be heard.

4      2.     Grant County shall re-file in this Court the memorandum of points and
5 authorities, the request for judicial notice and the supporting declarations no later
6 than August 3, 2007 in compliance with the local rules of this Court and Judge
7 White's civil standing orders; *provided, however,* that the memorandum of points
8 and authorities may not exceed 25 pages in length, exclusive of title pages, indices
9 of cases, table of contents, exhibits and summaries of arguments.

10     3.     Any opposition to the motion and any related supporting materials
11 must be served and filed no later than August 24, 2007 in compliance with the local
12 rules of this Court and Judge White's civil standing orders; *provided, however,* that
13 any brief in support of such opposition may not exceed 25 pages in length,
14 exclusive of title pages, indices of cases, table of contents, exhibits and summaries
15 of arguments.

16     4.     Any reply to an opposition will be subject to the 15 page limit set forth
17 in Judge White's civil standing orders, and must be filed along with any related
18 supporting materials no later than August 31, 2007.

19     5.     The briefing and hearing schedule, and page limits, set forth herein
20 may be modified by further order of the Court on motion of Grant County or PG&E
21 for good cause shown, or on the Court's own motion.

22          The parties hereto respectfully request that the Court enter an Order
23 according to these stipulated terms.

| | | |
|---|---|---|
| 1 | Dated: July 23, 2007 | Respectfully submitted, |
| 2 | | |
| 3 | | JONES DAY |

By: /s/ Peter G. McAllen
  Peter G. McAllen, CA SB#107416

Attorneys for Plaintiff
PUBLIC UTILITY DISTRICT NO. 2 OF GRANT COUNTY, WASHINGTON

HOWARD, RICE, NEMEROVSKI, CANADY, FALK & RABKIN

By: /s/ Gary M. Kaplan
  GARY M. KAPLAN, CA SB#155530

Attorneys for Defendant
PACIFIC GAS AND ELECTRIC COMPANY

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____, 2007

_____
Honorable Jeffrey S. White
United States District Judge