1    Peter G. McAllen (State Bar No. 107416)
      JONES DAY
2    555 S. Flower St., 50th Floor
      Los Angeles, CA 90071
3    Telephone:    (213) 489-3939
      Facsimile:    (213) 243-2539
4    E-mail:        pmcallen@jonesday.com

5    Tobias S. Keller  (State Bar No. 151445)
      JONES DAY
6    555 California Street, 26th Floor
      San Francisco, CA  94104-1500
7    Telephone:  (415) 626-3939
      Facsimile:    (415) 875-5700
8    E-mail:        tkeller@jonesday.com

9    Attorneys for Plaintiff
      PUBLIC UTILITY DISTRICT NO. 2 OF
10    GRANT COUNTY, WASHINGTON

11
                        UNITED STATES DISTRICT COURT
12
                      NORTHERN DISTRICT OF CALIFORNIA
13
                         SAN FRANCISCO DIVISION
14

15
      PUBLIC UTILITY DISTRICT NO. 2 OF          Case No. 07-3243 JSW
16    GRANT COUNTY, WASHINGTON
                                                 Chapter 11 Case
17                   Plaintiff.
                                                 Bankr. Case No. 01-30923 DM
18        vs.
                                                 **STIPULATION SETTING
19    PACIFIC GAS AND ELECTRIC                   BRIEFING AND HEARING
      COMPANY                                    SCHEDULE; [~~PROPOSED~~]
20                                               ORDER THEREON**
                     Defendant.
21

22

23

24

25

26

27

28

LAI-2887017v2                                1

**STIPULATION AND [~~PROPOSED~~] SCHEDULING ORDER**

1        Pursuant to Local Rule 7-7, Plaintiff Public Utility District No. 2 of Grant

2   County, Washington ("Grant County") and Defendant Pacific Gas and Electric

3   Company ("PG&E"), by and through their respective attorneys of record, hereby

4   stipulate and agree, and respectfully request an order of the Court, as follows:

5        WHEREAS, Grant County filed its Motion for (I) Withdrawal of Reference

6   of Proof of Claim and (II) Transfer of Venue Thereof to the United States District

7   Court for the Eastern District of Washington (the "Motion") in PG&E's chapter 11

8   bankruptcy case, Case No. 01-30923 DM, pending in the United States Bankruptcy

9   Court for the Northern District of California, San Francisco Division (the

10  "Bankruptcy Court");

11       WHEREAS, the Motion has been transferred to this Court and assigned to

12  Judge Jeffrey S. White and designated Case No. 07-3243 JSW;

13       WHEREAS, Grant County also filed in the Bankruptcy Court a

14  memorandum of points and authorities, a request for judicial notice and two

15  declarations, all in support of the Motion;

16       WHEREAS, the memorandum of point of authorities was 22 pages long in

17  compliance with the 25 page limit set forth in the local rules for the Bankruptcy

18  Court and this Court;

19       WHEREAS, Judge White's civil standing orders limit all briefs to 15 pages;

20       WHEREAS, due to the number, complexity and importance of the issues

21  raised in the Motion, as well as the length of the brief already filed in the

22  Bankruptcy Court, the parties submit that there is good cause to increase the page

23  limit for certain of the briefs in this action to 25 pages; and

24       WHEREAS, the parties desire to set forth a briefing and hearing schedule for

25  the Motion.

26

27

28

LAI-2887017v2                                        2

**STIPULATION AND [PROPOSED] SCHEDULING ORDER**

1    NOW THEREFORE, the parties hereto stipulate and agree:

2    1.    The hearing on the Motion shall take place before the Court on

3    September 14, 2007 at 9:00 a.m. or as soon thereafter as counsel my be heard.

4    2.    Grant County shall re-file in this Court the memorandum of points and

5    authorities, the request for judicial notice and the supporting declarations no later

6    than August 3, 2007 in compliance with the local rules of this Court and Judge

7    White's civil standing orders; *provided, however,* that the memorandum of points

8    and authorities may not exceed 25 pages in length, exclusive of title pages, indices

9    of cases, table of contents, exhibits and summaries of arguments.

10    3.    Any opposition to the motion and any related supporting materials

11    must be served and filed no later than August 24, 2007 in compliance with the local

12    rules of this Court and Judge White's civil standing orders; *provided, however,* that

13    any brief in support of such opposition may not exceed 25 pages in length,

14    exclusive of title pages, indices of cases, table of contents, exhibits and summaries

15    of arguments.

16    4.    Any reply to an opposition will be subject to the 15 page limit set forth

17    in Judge White's civil standing orders, and must be filed along with any related

18    supporting materials no later than August 31, 2007.

19    5.    The briefing and hearing schedule, and page limits, set forth herein

20    may be modified by further order of the Court on motion of Grant County or PG&E

21    for good cause shown, or on the Court's own motion.

22    The parties hereto respectfully request that the Court enter an Order

23    according to these stipulated terms.

24

25

26

27

28

LAI-2887017v2                                    -3-

**STIPULATION AND [PROPOSED] SCHEDULING ORDER**

1    Dated:  July 23, 2007

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

JONES DAY

By:  /s/ Peter G. McAllen
     Peter G. McAllen, CA SB#107416

Attorneys for Plaintiff
PUBLIC UTILITY DISTRICT NO. 2 OF
GRANT COUNTY, WASHINGTON

HOWARD, RICE, NEMEROVSKI,
CANADY, FALK & RABKIN

By:  /s/ Gary M. Kaplan
     GARY M. KAPLAN, CA SB#155530

Attorneys for Defendant
PACIFIC GAS AND ELECTRIC
COMPANY

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  _July 24_____, 2007

_____
Honorable Jeffrey S. White
United States District Judge

LAI-2887017v2                                          -4-

**STIPULATION AND [PROPOSED] SCHEDULING ORDER**