UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PUBLIC UTILITY DISTRICT N0. 2
OF GRANT COUNTY WASHINGTON,

      Plaintiff(s),                              No. C 07-03243 JSW

    v.                                     **CLERK'S NOTICE**

PACIFIC GAS & ELECTRIC

      Defendant(s).
_____/

YOU ARE HEREBY NOTIFIED that on October 12, 2007, at 9:00 a.m., in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct the Motion for Withdrawal of Proof of Claim and Transfer of Venue **previously noticed for** September 14, 2007, in this matter. The briefing schedule remains as set in the Court's order dated July 24, 2007 (docket no. 3).

                                               Richard W. Wieking
                                               Clerk, United States District Court

By:_____*Jennifer Ottolini*_____
Jennifer Ottolini, Deputy Clerk
Honorable Jeffrey S. White
(415) 522-4173

Dated: August 2, 2007