Peter G. McAllen (State Bar No. 107416)
JONES DAY
555 S. Flower St., 50th Floor
Los Angeles, CA 90071
Telephone: (213) 489-3939
Facsimile: (213) 243-2539
E-mail: pmcallen@jonesday.com

Tobias S. Keller (State Bar No. 151445)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104-1500
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
E-mail: tkeller@jonesday.com

Attorneys for Plaintiff
PUBLIC UTILITY DISTRICT NO. 2 OF
GRANT COUNTY, WASHINGTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC UTILITY DISTRICT NO. 2 OF GRANT COUNTY, WASHINGTON<br><br>　　　　Plaintiff.<br><br>　vs.<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>　　　　Defendant. | Case No. C 07-03243 JSW<br><br>Chapter 11 Case<br><br>Bankr. Case No. 01-30923 DM<br><br>**NOTICE OF PUBLIC UTILITY DISTRICT NO. 2 OF GRANT COUNTY WASHINGTON'S MOTION FOR (I) WITHDRAWAL OF REFERENCE OF PROOF OF CLAIM AND (II) TRANSFER OF VENUE THEREOF TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON**<br><br>Date:　　　October 12, 2007<br>Time:　　　9:00 a.m.<br>Courtroom: 2, 17th Floor<br>Judge:　　 Hon. Jeffrey S. White |

LAI-2884030v1

**NOTICE OF MOTION TO WITHDRAW REFERENCE AND TRANSFER VENUE**

1   TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2   PLEASE TAKE NOTICE that, pursuant to the Clerk's Notice (docket no. 4), on October 12, 2007, at 9:00 a.m., or as soon thereafter as the matter may be heard, claimant Public Utility District No. 2 of Grant County Washington ("Grant County") will bring its Motion for (i) Withdrawal of Reference of Proof of Claim and (ii) Transfer of Venue Thereof to the United States District Court for the Eastern District of Washington (docket no. 1) (the "Motion") for hearing before this Court in the courtroom of The Honorable Jeffrey S. White, United States District Court, 450 Golden Gate Avenue, Courtroom 2, 17th Floor, San Francisco, California 94102. By the Motion, Grant County seeks an order (i) withdrawing the reference to liquidate its bankruptcy proof of claim filed against Pacific Gas and Electric Company from the United States Bankruptcy Court for the Northern District of California to this Court and (ii) transferring venue for the liquidation of the claim from this Court to the United States District Court for the Eastern District of Washington, where there is a pending related action and which is the most appropriate forum to liquidate the claim.

PLEASE TAKE FURTHER NOTICE that, pursuant to a stipulated briefing schedule (docket no. 3), any opposition to the Motion and any related supporting materials must be filed and served no later than August 24, 2007.

Grant County's Motion is based upon the Motion, the Memorandum of Points and Authorities, Request for Judicial Notice and Declarations filed in connection with the Motion, and upon all other papers on file herein.

| | | |
|---|---|---|
| 1 | Dated: August 3, 2007 | Respectfully submitted, |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ Peter G. McAllen<br>　　　Peter G. McAllen, CA SB#107416 |
| 5 | | Attorneys for Claimant<br>PUBLIC UTILITY DISTRICT NO. 2 OF<br>GRANT COUNTY WASHINGTON |

(Lines 6–28 blank)

LAI-2884030v1                              -3-

**NOTICE OF MOTION TO WITHDRAW REFERENCE AND TRANSFER VENUE**