# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PUBLIC UTILITY DIST. NO. 2, <br><br> Plaintiff, <br><br> vs. <br><br> CALIFORNIA INDEPENDENT SYSTEM OPERATOR CORPORATION, <br><br> Defendant. | No. CV-04-129-JLQ <br><br> STAY ORDER and ORDER FOR ADMINISTRATIVE CLOSING OF FILE |

Before the court is the Joint Status Report and Motion For Further Stay filed by the Plaintiff, joined by the Defendant. Based thereon, IT IS HEREBY ORDERED that this proceeding is stayed and the file administratively closed until forty-five days after either the Federal Energy Regulatory Commission issues an order disposing of the Plaintiff's anticipated Petition For Rehearing of that Commission's November 23, 2004 Order or the Ninth Circuit Court of Appeals issues an Order disposing of the Plaintiff's anticipated Petition For Review of the November 23, 2004 Order, whichever occurs first. The parties shall file a report within 15 days of any FERC and/or Ninth Circuit ruling and, if appropriate, move to reopen this file which is being administratively closed solely for statistical purposes in view of the uncertainty of the timing of future proceedings.

The Clerk of this court shall enter this Order and forward copies to counsel and administratively close this file which will be reopened upon request of either party.

**DATED** this 29th day of December 2004.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1