# EXHIBIT C

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PUBLIC UTILITY DISTRICT NO. 2 OF GRANT COUNTY WASHINGTON,<br><br>　　　Plaintiff,<br><br>vs.<br><br>CALIFORNIA INDEPENDENT SYSTEM OPERATOR CORPORATION,<br><br>　　　Defendant. | NO. CV-04-129-JLQ<br><br>ORDER **GRANTING** PLAINTIFF'S MOTION TO LIFT STAY FOR THE LIMITED PURPOSE OF ALLOWING PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT |

　　　BEFORE THE COURT is Plaintiff's Motion to Lift Stay for Limited Purpose of Allowing Plaintiff to File a First Amended Complaint (Ct. Rec. 25). Having reviewed Plaintiff's motion to lift the stay in these proceedings, and there being no opposition to the Motion, the Court hereby ORDERS:

　　　1. Plaintiff's Motion to Lift Stay for Limited Purpose of Allowing Plaintiff to File Amended Complaint is **GRANTED** (Ct. Rec. 25).

　　　2. The stay in this proceeding shall be lifted and the case file shall be administratively reopened for the limited purpose of allowing Grant County to file its First Amended Complaint, and to serve summons and complaint on the newly added defendants.

　　　3. Grant County's First Amended Complaint is deemed filed as of the date of this Order.

　　　4. In all other respects, this matter is stayed and the file is administratively closed until forty-days after the Ninth Circuit Court of Appeals issues an order disposing of the Plaintiff's Petition for Review of FERC's November 23, 2004 Order. The parties shall file a report within 15 days of any Ninth Circuit ruling and, if appropriate, move to reopen this file which is being administratively closed solely for statistical purposes in

ORDER - 1

1  view of the uncertainty of the time of future proceedings.
2  **IT IS SO ORDERED.** The Clerk of this court shall enter this Order, file the First
3  Amended Complaint, forward copies to counsel, and administratively close this file
4  which may be reopened upon request of either party.
5  **DATED** this 28th day of March 2006.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2