**EXHIBIT G**



JONES, DAY, REAVIS & POGUE

555 WEST FIFTH STREET • SUITE 4600

LOS ANGELES, CALIFORNIA 90013·1025

TELEPHONE: 213·489·3939 • FACSIMILE: 213·243·2539

DIRECT DIAL NUMBER:

(213) 243-2390

ddbrand@jonesday.com

JP622233:ag
893922-600001
LA-1116316

August 31, 2001

<u>VIA HAND DELIVERY</u>

Noticing Agent
In re Pacific Gas and Electric Company
c/o Robert L. Berger & Associates, LLC
16161 Ventura Blvd., PMB 662
Encino, California  91436-2662

                    Re:     <u>In re Pacific Gas and Electric Company</u>
                            <u>(Bankruptcy Case No. 01-30923)</u>

Dear Sir/Madam:

    Enclosed herewith for filing in <u>In re Pacific Gas and Electric Company</u> (Bankruptcy Case
No. 01-30923) are an original and two copies of the Proof of Claim for Public Utility District
No. 2 of Grant County, Washington.  One such copy is enclosed so that I may obtain a file-
stamped copy for my files.  In the event that you must send to me such file-stamped copy for my
files, I have also enclosed a self-addressed, stamped envelope.

    Please contact me should you have any questions regarding the foregoing.

                            Very truly yours,

                            Chelsea A. Grayson

Enclosures

ATLANTA · BRUSSELS · CHICAGO · CLEVELAND · COLUMBUS · DALLAS · FRANKFURT · GENEVA · HONG KONG · IRVINE · LONDON
LOS ANGELES · MADRID · MUMBAI* · NEW DELHI* · NEW YORK · PARIS · PITTSBURGH · SHANGHAI · SYDNEY · TAIPEI · TOKYO · WASHINGTON
*AN ASSOCIATE FIRM

COPY

FORM B10 (Official Form 10) (4/01)

| UNITED STATES BANKRUPTCY COURT  Northern  DISTRICT OF  California | | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor | Case Number |
|---|---|
| Pacific Gas and Electric Company | 01-30923-DM |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| | |
|---|---|
| Name of Creditor (The person or other entity to whom the debtor owes money or property): Public Utility District No. 2 of Grant County, Washington | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
| Name and address where notices should be sent:<br><br>   See Attachment A<br><br>Telephone number: | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br><br>☐ Check box if the address differs from the address on the envelope sent to you by the court. |

FILED

AUG 3 1 2001

By Robert L. Berger & Assoc. Claims Agent
For U.S. Bankruptcy Court
Northern District of CA
San Francisco, California
THIS SPACE IS FOR COURT USE ONLY

| Account or other number by which creditor identifies debtor: | Check here if this claim ☐ replaces ☐ amends   a previously filed claim, dated:_____ |
|---|---|

| **1. Basis for Claim** | |
|---|---|
| ☒ Goods sold  See Attachment A | ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a) |
| ☐ Services performed | ☐ Wages, salaries, and compensation (fill out below) |
| ☐ Money loaned | Your SS #: _____ _____ _____ |
| ☐ Personal injury/wrongful death | Unpaid compensation for services performed |
| ☐ Taxes | from _____ to _____ |
| ☐ Other _____ | (date)            (date) |

| **2. Date debt was incurred:** 11/00 | **3. If court judgment, date obtained:** |
|---|---|

**4. Total Amount of Claim at Time Case Filed:**  $  17,828,019.54  (See Attachment A)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.

☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.  See Attachment A

| **5. Secured Claim.** | **6. Unsecured Priority Claim.** |
|---|---|
| ☐ Check this box if your claim is secured by collateral (including a right of setoff). | ☐ Check this box if you have an unsecured priority claim |
|  | Amount entitled to priority $_____ |
| Brief Description of Collateral: | Specify the priority of the claim: |
| ☐ Real Estate   ☐ Motor Vehicle | ☐ Wages, salaries, or commissions (up to $4,650),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3). |
| ☐ Other _____ | ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4). |
| Value of Collateral:  $_____ | ☐ Up to $2,100* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6). |
|  | ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7). |
|  | ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8). |
| Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____ | ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___). |
|  | *Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. |

| | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| **7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. | |
| **8. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. | |
| **9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. | |

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 8-30-2001 | Jim Culbert  /Jim Culbert/  Manager, Marketing & Operations |

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

# EXHIBIT A

## ATTACHMENT A

Name and Address Where Notices Should be Sent:

Public Utility District No. 2 of Grant County, Washington
c/o Jones, Day, Reavis & Pogue
555 West Fifth Street, Suite 4600
Los Angeles, California 90013-3002

Telephone Number: (213) 243-2390

Item 1.

This Proof of Claim is filed by Public Utility District No. 2 of Grant County, Washington (**"Grant County"**).  From November 2000, Grant County sold electricity through the California Independent System Operator (the **"CA ISO"**), as reflected in the Supporting Documentation attached as Attachment B.  Because Grant County does not know who the obligor is as to such sales, it is filing this Proof of Claim for any and all "claims" (as defined in the Bankruptcy Code at 11 U.S.C. § 101 *et seq.*) that Grant County may have against Pacific Gas and Electric Company (the **"Debtor"**).

Grant County's claims are subject to adjustment based upon, among other things, determinations by the Federal Energy Regulatory Commission (the **"FERC"**) in several proceedings, certain court actions and the State of California Victim's Compensation and Government Claims Board.

Grant County reserves the right to amend or supplement this Proof of Claim and to file any additional claims as more information becomes available from the Debtor and others regarding the outstanding amounts.  Grant County's reservation of all claims includes, without limitation, Debtor's obligations under both the FERC Electric Service Tariff No. 2 of the California Power Exchange Corp. (**"Cal PX"**) (the **"PX Tariff"**) and the CA ISO Tariff as filed with the FERC (the **"CA ISO Tariff"**).

Item 4.

The amounts set forth in Item 4 do not include certain claims that are not capable of determination at this time, including amounts that are the subject of claims by Cal PX and Grant County before the State of California Victim's Compensation and Government Claims Board.

Grant County asserts rights (i) to interest on the amounts set forth in the Supporting Documents, listed in Item 8 below and attached at Attachment B and (ii) to costs, including without limitation attorneys' fees. The total amount of interest and costs is unknown at this time and Grant County reserves its right to amend this Proof of Claim in accordance therewith.

Item 8.  Supporting Documentation

Grant County's claims are based upon the following documents, which are attached at Attachment B:

1.    CA ISO Billing/Payment Statement, listing CA ISO Invoice Numbers 001211-10 and 010110-09 and certain payments received therefor.

2.    CA ISO Invoice Numbers 001211-10 and 010110-09 (attaching payment information).

3.    Certification of amounts owed to CA ISO Creditors and amounts owed by CA ISO Debtors, as of May 17, 2001 (executed and delivered to Grant County by Chief Financial Officer of CA ISO for market settlement). (Names of customers other than Grant County have been redacted from this document.)

4.    The FERC Electric Service Tariff of Cal PX as in effect from time to time.

5.    The FERC Electric Service Tariff of CA ISO as in effect from time to time.

Grant County believes that the supporting documentation listed at numbers 4 and 5 above is substantially in the form as that used by other market participants and, accordingly, is not filing copies herewith. Grant County will make such documentation available to parties in interest upon request.

# EXHIBIT B

## CA ISO BILLING / PAYMENT

The CA ISO invoices are as follows:

| DATE | INVOICE NO. | AMOUNT |
|------|-------------|--------|
| Dec. 11, 2000 | 001211-10 | $237,500.00 |
| Jan. 10, 2001 | 010110-09 | $18,269,800.00 |
| | Total: | $18,507,300.00 |

The CA ISO payments are as follows:

| DATE | TYPE | AMOUNT | BALANCE |
|------|------|--------|---------|
| Feb. 5, 2001 | Wire | $4,342.21 | $18,502,957.79 |
| Feb. 9, 2001 | Wire | $53,190.73 | $18,449,767.06 |
| March 7, 2001 | Wire | $560,778.91 | $17,888,988.15 |
| March 9, 2001 | Wire | $13,386.30 | $17,875,601.85 |
| March 23, 2001 | Wire | $46,672.86 | $17,828,928.99 |
| April 11, 2001 | Wire | $909.45 | $17,828,019.54 |

The CA ISO payments were deducted from the invoices as follows:

Invoice #001211-10, Dec. 11, 2000  [PAID]

| | |
|---|---|
| Invoice Total: | $237,500.00 |
| 2/5/01 Payment: | $4,342.21 |
| 2/9/01 Payment: | $53,190.73 |
| 3/7/01 Payment: | $179,967.06 |

Invoice #010110-09, Jan. 10, 2001  [LATE]

| | |
|---|---|
| Invoice Total: | $18,269,800.00 |
| 3/7/01 Payment: | $380,811.85 |
| 3/9/01 Payment: | $13,386.30 |
| 3/23/01 Payment: | $46,672.86 |
| 4/11/01 Payment: | $909.45 |
| Amount Due: | $17,828,019.54 |

-4-

# Public Utility District No. 2 of Grant County

Phone Number: (509) 754-0500

INVOICE NUMBER

**001211-10**

Invoice Date: 12/11/2000
Customer ID: CISO
A/R Account: 9114362

Remit to:                                      California ISO

Public Utility District No. 2 of Grant County
P. O. Box 878
Ephrata, WA  98823-0878

Terms: 12/22/00

If your [ ] billing; [ ] mailing; address has changed please write new address above

Please return upper portion with remittance

12/11/2000

Surplus Energy Sale-Secondary                               $237,500.00

ACH/Wire Instructions
Bank of America
ABA No. 125000024
Account No. 25010109
Reference:  Grant County PUD #2

| | |
|---|---|
| Sub Total: | $237,500.00 |
| Retail Sales Tax: | $0.00 |
| Leasehold Tax: | $0.00 |
| Amount Due: | $237,500.00 |

To: GENERAL ACCOUNTING
Subject: POWER MANAGEMENT ENERGY TRANSACTIONS
Billing Period: November 2000

Transaction: Secondary Sales
Area:

Bill To: California Independent System Operator

| | KWH | Mill/KWH Cost | Cost |
|---|---|---|---|
| SALE | | | |
| | 950,000 | 250.000 | $237,500.00 |
| Sub-Total | 950,000 | | $237,500.00 |
| | | Total Cost: | $237,500.00 |

Account No. 114362000

```
237,500.00 *
  4,342.21 -
 53,193.73 -
179,967.06 -
      0.00 *
```



# Public Utility District No. 2 of Grant County

Phone Number: (509) 754-0500

INVOICE NUMBER

010110-09

Invoice Date:  01/10/2001
Customer ID:   CISO
A/R Account:   9114362

Brad Bouillon
California ISO
151 Blue Ravine Road
Folsom, CA 95630

Remit to:

Public Utility District No. 2 of Grant County
P. O. Box 878
Ephrata, WA  98823-0878

If your [ ] billing; [ ] mailing; address has changed please write new address above

Terms:  DUE 1/22/01

✂ ———————————————— Please return upper portion with remittance ————————————————✂

01/10/2001

Surplus Energy Sale-Secondary                                          $18,269,800.00

ACH/Wire Instructions                          Sub Total:        $18,269,800.00
Bank of America                                Retail Sales Tax:          $0.00
ABA No.  125000024                             Leasehold Tax:             $0.00
Account No.  25010109
Reference:  Grant County PUD #2                Amount Due:      $18,269,800.00

-9-





 **CALIFORNIA ISO**

California Independent
System Operator

William J. Regan, Jr.
Chief Financial Officer

May 17, 2001

Ms. Lynn Rogers
Public Utility District No. 2 of Grant County
30 C Street S.W.
P.O. Box 878
Ephrata, WA 98823

Re: Certification of Amounts Owed ISO Market Participants

Dear Ms. Rogers:

Attached please find a certified copy of the amounts owed by ISO Debtors which
remain unpaid as of May 17, 2001 and the ISO Creditors to whom such amounts
are owed.

If you have any further questions, please contact Michael Epstein at 916-351-
2314 or your Client Representative.

Sincerely,

Attachments
cc: ISO Client Relations

Certification for Market Settlement May 17, 2001

For the Trade Months of:
November 2000
December 2000
January 2001
February 2001

Certification:

*I, William J. Regan, Jr., hereby certify as Chief Financial Officer at the California Independent System Operator Corporation ("ISO") that the following information and schedules and attached invoices of ISO Debtors is a true and accurate reflection of the current financial data set forth.*

Dated May 17, 2001
Signature:

by:  William J. Regan, Jr.  Chief Financial Officer

Certification May 17, 2001

-14-

**Certification for Market Settlement May 17, 2001**

**For the Trade Month of January 2001**

**ISO Creditors to whom amounts are Owed:**

| # | Customer Name | Trade Month | Amount Owed | % of total owed to Creditors |
|---|---------------|-------------|-------------|------------------------------|
| 2806 | Public Utility District No. 2 of Grant County | Jan-01 | 88,662.17 | 0.011% |
| | Amount owed to all other Creditors | | 825,261,325.22 | 99.989% |

**Total Due to 54 SCs (Creditors)**          $   825,349,987.39   100.000%

**Amounts owed by ISO Debtor that remain unpaid:**
**Preliminary and final invoices were provided in April's certification.**

| # | Customer Name | Date | Inv # | Type | Unpaid Balance | % of total due from Debtors |
|---|---------------|------|-------|------|----------------|------------------------------|
| 924 | | 3/27/01 | 14426 | GMC | $  4,502.96 | 0.001% |
| 806 | | 3/27/01 | 14415 | GMC | 145,848.15 | 0.018% |
| 1544 | | 3/27/01 | 14431 | GMC | 80,164.40 | 0.010% |
| 2546 | | 3/27/01 | 14416 | GMC | 7,858.55 | 0.001% |
| 2526 | | 3/27/01 | 14418 | GMC | 159,458.66 | 0.020% |
| 2767 | | 4/13/01 | 14607 | GMC | 1,237.73 | 0.000% |
| 1010 | | 3/27/01 | 14459 | GMC | 2,678,130.43 | 0.332% |
| 2966 | | 4/13/01 | 14602 | GMC | 617.11 | 0.000% |
| 1924 | | 3/27/01 | 14495 | Mkt | 361,251.60 | 0.045% |
| 2806 | | 3/27/01 | 14483 | Mkt | 2,008,731.95 | 0.249% |
| 1245 | | 3/27/01 | 14510 | Mkt | 415,999,776.30 | 51.640% |
| 1243 | | 4/13/01 | 14709 | Mkt | 14,624,579.52 | 1.815% |
| 2769 | | 3/27/01 | 14475 | Mkt | 206,727,081.73 | 25.662% |
| 1544 | | 3/27/01 | 14500 | Mkt | 1,844,911.74 | 0.229% |
| 1011 | | 3/27/01 | 14531 | Mkt | 3,798,392.40 | 0.472% |
| 1010 | | 3/27/01 | 14532 | Mkt | 155,833,733.33 | 19.344% |
| 2465 | | 3/27/01 | 14489 | Mkt | 1,298,819.78 | 0.161% |

**Total Due From SCs (Debtors)**          $   805,575,096.34   100.000%

-15-

Certification for Market Settlement May 17, 2001

Summary of activity for Trade Month of January 2001:

**Due from SCs**

| | | |
|---|---:|---:|
| Preliminary Invoices | $   852,880,070.61 | 94.702% |
| Final Invoices | 47,714,325.73 | 5.298% |
| **Total Invoiced** | 900,594,396.34 | 100.000% |
| | | |
| Collected 4/2/01 | 12,952,984.79 | |
| Collected 4/20/01 | 1,948,770.11 | |
| **Total Collected** | 14,901,754.90 | 1.655% |
| | | |
| Applied against Jan-01 Market AP 4/2/01 | 816,816.06 | |
| Cancelled invoices 4/2/01 | 30,344,780.58 | |
| Applied against Dec-00 Market AP 4/13/01 | 5,033,891.43 | |
| Applied against Jan-01 Market AP 4/20/01 | 46,774,875.92 | |
| Applied against Nov-00 Market AP 5/17/01 | 7,683.69 | |
| Applied against Dec-00 Market AP 5/17/01 | 217,315.41 | |
| Add Uncollected Jan-01 GMC 5/17/01 | (3,077,817.99) | |
| **Total Adjustments** | 80,117,545.10 | 8.896% |

**Balance Due from SCs**  $   805,575,096.34   89.449%

**Due to SCs**

| | | |
|---|---:|---:|
| Preliminary Invoices | $   835,450,696.80 | 94.566% |
| Final Invoices | 48,005,063.31 | 5.434% |
| **Total Invoiced** | 883,455,760.11 | 100.000% |
| | | |
| Paid 4/2/01 | 5,980,329.05 | |
| Paid 4/27/01 | 3,500,845.61 | |
| **Total Paid** | 9,481,174.66 | 1.073% |
| | | |
| Applied against Jan-01 GMC 4/2/01 | 2,355,642.34 | |
| Add Invoice Jan-01 AP 4/2/01 | (1,758,172.13) | |
| Applied against Jan-01 Market AR 4/2/01 | 838,299.18 | |
| Applied against Jan-01 Market AR 4/13/01 | 46,774,875.92 | |
| Cancelled invoice 4/13/01 | 291,030.55 | |
| Applied against Dec-00 Market AR 4/27/01 | 118,141.50 | |
| Applied against Jan-01 GMC 4/27/01 | 4,780.70 | |
| **Total Adjustments** | 48,624,598.06 | 5.504% |

**Balance Due to SCs**  $   825,349,987.39   93.423%

-16-

Certification for Market Settlement May 17, 2001

For the Trade Month of December 2000

ISO Creditors to whom amounts are Owed:

| # | Customer Name | Trade Month | Amount Owed | % of total owed to Creditors |
|---|---|---|---|---|
| 2806 | Public Utility District No. 2 of Grant County | Dec-00 - - | 17,558,962.11 | 1.190% |
| | Amount owed to all other Creditors | | 1,457,808,269.57 | 98.810% |

**Total Due to 49 SCs (Creditors)**          $ 1,475,367,231.68   100.000%

Amounts owed by ISO Debtor that remain unpaid:
Preliminary and final invoices were provided in March's certification.

| # | Customer Name | Date | Inv # | Type | Unpaid Balance | % of total due from Debtors |
|---|---|---|---|---|---|---|
| 1243 | California Power Exchange | 2/27/01 | 14163 | Mkt | $ 1,430,114,437.65 | 94.433% |
| 1243 | California Power Exchange | 3/15/01 | 14323 | Mkt | 54,594,957.95 | 3.605% |
| 2799 | California Power Exchange | 2/27/01 | 14126 | Mkt | 12,171,363.36 | 0.804% |
| 2799 | California Power Exchange | 3/15/01 | 14286 | Mkt | 235,652.69 | 0.016% |
| 1011 | | 2/27/01 | 14183 | Mkt | 11,394,577.60 | 0.752% |
| 1009 | | 3/15/01 | 14345 | Mkt | 1,744,039.62 | 0.115% |
| 1010 | | 3/15/01 | 14344 | Mkt | 3,337,442.11 | 0.220% |
| 2465 | | 3/15/01 | 14296 | Mkt | - 825,184.11 | 0.054% |

**Total Due From SCs (Debtors)**          $ 1,514,417,655.09   100.000%

-17-

**Certification for Market Settlement May 17, 2001**

**Summary of activity for Trade Month of December 2000:**

**Due from SCs**

| | | |
|---|---:|---:|
| Preliminary Invoices | $ 1,503,186,210.21 | 95.380% |
| Final Invoices | 72,817,565.78 | 4.620% |
| **Total Invoiced** | 1,576,003,775.99 | 100.000% |
| | | |
| Collected 3/5/01 | | |
| Applied against Nov-00 Market AR 3/5/01 | 46,371,366.56 | |
| Collected 3/9/01 | (352,934.19) | |
| Collected 3/22/01 | 1,095,680.05 | |
| Collected 4/20/01 | 4,668,657.91 | |
| **Total Collected** | 31.02 | |
| | 51,782,801.35 | 3.286% |
| | | |
| Applied against Dec-00 Market AP 3/22/01 | | |
| Applied against Jan-01 Market AP 4/9/01 | 8,130,738.02 | |
| Applied against Nov-00 Market AP 4/20/01 | 21,483.12 | |
| Applied against Jan-01 Market AP 4/20/01 | 2,463.45 | |
| Applied against Jan-01 GMC 4/20/01 | 21.04 | |
| Applied against Jan-01 Market AP 4/27/01 | 52,347.65 | |
| Applied against Feb-01 Market AP 5/10/01 | 118,120.46 | |
| Applied against Feb-01 Market AP 5/17/01 | 1,476,860.84 | |
| **Total Adjustments** | 1,284.97 | |
| | 9,803,319.55 | 0.622% |

**Balance Due from SCs**     $ 1,514,417,655.09    96.092%

**Due to SCs**

| | | |
|---|---:|---:|
| Preliminary Invoices | $ 1,490,781,469.67 | 94.813% |
| Final Invoices | 81,563,642.97 | 5.187% |
| **Total Invoiced** | 1,572,345,112.64 | 100.000% |
| | | |
| Paid 3/7/01 | | |
| Paid 3/9?/01 | 45,426,874.33 | |
| Paid 3/23/01 | 1,095,680.05 | |
| Paid 3/27/01 | 4,660,365.50 | |
| Paid 4/23/01 | 8,292.41 | |
| **Total Paid** | 1,243.61 | |
| | 51,192,455.90 | 3.256% |
| | | |
| Applied against Dec-00 GMC 3/7/01 | | |
| Applied against Dec-00 GMC 3/9/01 | 554,063.09 | |
| Applied against Dec-00 GMC 3/22/01 | 1,911.84 | |
| Applied against Dec-00 Market AR 3/22/01 | 35,583.11 | |
| Cancelled Invoices 3/22/01 | 7,982,988.02 | |
| Applied against Jan-01 Market AR 4/20/01 | 28,418,123.25 | |
| Applied against Jan-01 Market AR 5/17/01 | 8,575,440.34 | |
| **Total Adjustments** | 217,315.41 | |
| | 45,785,425.06 | 2.912% |

**Balance Due to SCs**     $ 1,475,367,231.68    93.832%

Certification May 17, 2001

Trade Month December 2000

**Certification for Market Settlement May 17, 2001**

**For the Trade Month of November 2000**

## ISO Creditors to whom amounts are Owed

| # | Customer Name | Trade Month | Amount Owed | % of total owed to Creditors |
|---|---|---|---|---|
| 2806 | Public Utility District No. 2 of Grant County | Nov-00 | - - 179,967.58 | 0.036% |
| | Amount owed to all other Creditors | | 506,313,569.51 | 99.964% |

**Total Due to 60 SCs (Creditors)**                          **$ 506,493,537.09   100.000%**

## Amounts owed by ISO Debtor that remain unpaid:
## Preliminary and final invoices were provided in February's certification.

| # | Customer Name | Date | Inv # | Type | Unpaid Balance | % of total due from Debtors |
|---|---|---|---|---|---|---|
| 2789 | California Power Exchange | 2/14/01 | 14006 | Mkt | $ 93,414.80 | 0.018% |
| 1243 | California Power Exchange | 1/26/01 | 13881 | Mkt | 507,530,033.34 | 99.982% |

**Total Due From SCs (Debtors)**                          **$ 507,623,448.14   100.000%**

## Certification for Market Settlement May 17, 2001

### Summary of activity for Trade Month of November 2000:

### Due from SCs

| | | |
|---|---:|---:|
| Preliminary Invoices | $ 669,272,884.00 | 99.531% |
| Final Invoices | 3,153,175.74 | 0.469% |
| **Total Invoiced** | 672,426,059.74 | 100.000% |
| | | |
| Collected 2/1/01 | 2,983,589.97 | |
| Collected 2/9/01 | 144,397,659.30 | |
| Collected 2/22/01 | 62,787.65 | |
| Collected 3/5/01 | 352,934.19 | |
| **Total Collected** | 147,796,971.11 | 21.980% |
| | | |
| Applied against Nov-00 Market AP 2/22/01 | 16,925,215.71 | |
| Cancelled invoice 2/22/01 | 80,424.78 | |
| **Total Adjustments** | 17,005,640.49 | 2.529% |
| | | |
| **Balance Due from SCs** | **$  507,623,448.14** | **75.491%** |

### Due to SCs

| | | |
|---|---:|---:|
| Preliminary Invoices | $ 669,155,560.78 | 97.445% |
| Final Invoices | 17,546,615.96 | 2.555% |
| **Total Invoiced** | 686,702,176.74 | 100.000% |
| | | |
| Paid 2/1/01 | 12,113,244.29 | |
| Paid 2/9/01 | 149,333,046.54 | |
| Paid 2/22/01 | 62,787.65 | |
| Paid 3/7/01 | 352,693.64 | |
| Paid 4/26/01 | 5,209.76 | |
| **Total Paid** | 161,866,981.88 | 23.572% |
| | | |
| Applied against Oct-00 Market AR 2/1/01 | 957,235.81 | |
| Applied against Nov-00 GMC 2/1/01 | 443,900.10 | |
| Applied against Nov-00 Market AR 2/22/01 | 16,925,215.71 | |
| Applied against Dec-00 GMC 3/7/01 | 240.55 | |
| Applied against Dec-00 Market AR 4/27/01 | 2,463.45 | |
| Applied against Jan-01 GMC 4/27/01 | 4,918.46 | |
| Applied against Jan-01 Market AP 5/17/01 | 7,683.69 | |
| **Total Adjustments** | 18,341,657.77 | 2.671% |
| | | |
| **Balance Due to SCs** | **$  506,493,537.09** | **73.757%** |