**EXHIBIT P**

ORIGINAL FILED

JUL 31 2007

LOS ANGELES
SUPERIOR COURT

MARIE L. FIALA (Bar No. 79676)
RUSSELL P. COHEN (Bar No. 213105)
CECILIA Y. CHAN (Bar No. 240971)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: +1.415.772.6000
Facsimile: +1.415.772.6268
marie.fiala@hellerehrman.com
russell.cohen@hellerehrman.com
cecilia.chan@hellerehrman.com

Attorneys for Plaintiff
PACIFIC GAS AND ELECTRIC COMPANY

*Additional Plaintiffs' Counsel Listed On Signature Page*

RECEIVED
JUL 27 2007

SUPERIOR COURT OF CALIFORNIA

COUNTY OF LOS ANGELES

| | |
|---|---|
| Pacific Gas and Electric Company, Southern California Edison Company, San Diego Gas & Electric Company, and California Electricity Oversight Board,<br><br>Plaintiffs,<br><br>v.<br><br>Arizona Electric Power Cooperative, Inc.; City of Anaheim; City of Azusa; City of Banning; City of Burbank; City of Glendale; City of Los Angeles; City of Pasadena; City of Riverside; City of Santa Clara; City of Seattle; City of Vernon; Los Angeles Department of Water and Power; Modesto Irrigation District; Northern California Power Agency; Public Utility District No. 2 of Grant County; Sacramento Municipal Utility District; and Turlock Irrigation District,<br><br>Defendants. | Case No.: BC 369141<br><br>**STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE, PAGE LENGTHS, MANNER OF SERVICE, AND HEARING DATE ON GRANT COUNTY'S PRELIMINARY MOTIONS**<br><br>Judge: Hon. Wendell Mortimer, Jr.<br><br>Department: 307 |

Heller
Ehrman LLP

STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE, PAGE LENGTHS, MANNER OF SERVICE, AND HEARING DATE ON GRANT COUNTY'S PRELIMINARY MOTIONS

WHEREAS, on July 24, 2007 this Court held an initial status conference in the above-captioned matter at which this Court set a briefing schedule, page limits, and a hearing date and time on demurrers to be filed by defendants in the above-captioned matter;

WHEREAS, Public Utility District No. 2 of Grant County, Washington ("Grant County"), defendant in the above-captioned matter, intends to file a Motion to Quash Service of Summons for Lack of Personal Jurisdiction ("Personal Jurisdiction Motion") and a Motion to Sever and Stay Proceedings ("Sever and Stay Motion");

WHEREAS, at the July 24, 2007 status conference, this Court determined that Grant County should be allowed to file its Personal Jurisdiction Motion and its Sever and Stay Motion separately from and before demurrers are filed in the above-captioned action;

WHEREAS, at the June 24, 2007 status conference, plaintiffs in the above-captioned matter ("Plaintiffs") and Grant County proposed to meet and confer on the briefing schedule and page limits for Grant County's Personal Jurisdiction Motion and its Sever and Stay Motion and to submit a stipulation and proposed order if those efforts were successful;

WHEREAS, on July 25, 2007, counsel for Plaintiffs and Grant County met and conferred and came to resolution on the briefing schedule, page limits, manner of service, and hearing date on Grant County's Personal Jurisdiction Motion and its Sever and Stay Motion; and

WHEREAS, Grant County enters into this stipulation without any waiver of its right to object to personal jurisdiction in the above-captioned matter;

NOW THEREFORE, Plaintiffs and Grant County stipulate and agree:

**BRIEFING SCHEDULE**

1. Grant County's Personal Jurisdiction Motion, Grant County's Sever and Stay Motion, and Grant County's opening briefs in support of these two motions shall be filed and served on or before August 3, 2007;

2. Plaintiffs' briefs in opposition to Grant County's Personal Jurisdiction Motion and Grant County's Sever and Stay Motion shall each be filed and served on or before August 30, 2007;

Heller Ehrman LLP

2

STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE, PAGE LENGTHS, MANNER OF SERVICE, AND HEARING DATE ON GRANT COUNTY'S PRELIMINARY MOTIONS

3. Grant County's reply brief in support of its Personal Jurisdiction Motion and Grant County's reply brief in support of its Sever and Stay Motion shall each be filed and served on or before September 14, 2007.

**PAGE LENGTHS**

4. Grant County's opening brief in support of its Personal Jurisdiction Motion and its opening brief in support of its Sever and Stay Motion shall each be limited to twenty-five (25) pages, exclusive of caption page, table of contents, table of authorities, signature pages, certificate of service, and exhibits;

5. Plaintiffs' brief in opposition to Grant County's Personal Jurisdiction Motion and Plaintiffs' brief in opposition to Grant County's Sever and Stay Motion shall each be limited to twenty-five (25) pages, exclusive of caption page, table of contents, table of authorities, signature pages, certificate of service, and exhibits;

6. Grant County's reply brief in support of its Personal Jurisdiction Motion and Grant County's reply brief in support of its Sever and Stay Motion shall each be limited to fifteen (15) pages, exclusive of caption page, table of contents, table of authorities, signature pages, certificate of service, and exhibits;

**HEARING DATE**

7. Hearing on Grant County's Personal Jurisdiction Motion and Grant County's Sever and Stay Motion shall be set before this Court on September 21, 2007 at 9:00 a.m.

**SERVICE**

8. Grant County's Personal Jurisdiction Motion and its Sever and Stay Motion, Grant County's opening and reply briefs in support of these two motions, and Plaintiffs' briefs in opposition to these two motions shall be served electronically, either through electronic mail or facsimile, or by hand delivery by 5:00 p.m. (PST) the day on which they are due;

Heller Ehrman LLP

3

STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE, PAGE LENGTHS, MANNER OF SERVICE, AND HEARING DATE ON GRANT COUNTY'S PRELIMINARY MOTIONS

## MODIFICATIONS TO BRIEFING SCHEDULE, PAGE LENGTHS, OR HEARING DATE

9. On motion by any Plaintiff or Grant County upon a showing of good cause, or on its own motion, this Court may modify the briefing schedule, page lengths, hearing date and time, and service requirements provided in paragraphs 1-8 above.

DATED: July 26, 2007                HELLER EHRMAN LLP

                                    _____
                                    Marie L. Fiala
                                    Attorney for Pacific Gas & Electric Company
                                    Plaintiff

DATED: July __, 2007                STEPTOE & JOHNSON LLP

                                    _____
                                    Lawrence P. Riff
                                    Attorney for Southern California Edison Company
                                    Plaintiff

DATED: July __, 2007                CALIFORNIA ELECTRICITY OVERSIGHT BOARD

                                    _____
                                    Steven B. Russo
                                    Attorney for California Electricity Oversight Board
                                    Plaintiff

DATED: July __, 2007                HENNIGAN, BENNETT & DORMAN, LLP

                                    _____
                                    Laura Lindgren
                                    Attorney for San Diego Gas & Electric Company
                                    Plaintiff

Heller Ehrman LLP

4

STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE, PAGE LENGTHS, MANNER OF SERVICE, AND HEARING DATE ON GRANT COUNTY'S PRELIMINARY MOTIONS

**MODIFICATIONS TO BRIEFING SCHEDULE, PAGE LENGTHS, OR HEARING DATE**

9. On motion by any Plaintiff or Grant County upon a showing of good cause, or on its own motion, this Court may modify the briefing schedule, page lengths, hearing date and time, and service requirements provided in paragraphs 1-8 above.

DATED: July __, 2007        HELLER EHRMAN LLP

_____
Marie L. Fiala
Attorney for Pacific Gas & Electric Company
Plaintiff

DATED: July 26, 2007        STEPTOE & JOHNSON LLP

_____ (for)
Lawrence P. Riff
Attorney for Southern California Edison Company
Plaintiff

DATED: July __, 2007        CALIFORNIA ELECTRICITY OVERSIGHT BOARD

_____
Steven B. Russo
Attorney for California Electricity Oversight Board
Plaintiff

DATED: July __, 2007        HENNIGAN, BENNETT & DORMAN, LLP

_____
Laura Lindgren
Attorney for San Diego Gas & Electric Company
Plaintiff

Heller Ehrman LLP

4

STIPULATION AND [~~PROPOSED~~] ORDER TO SET BRIEFING SCHEDULE, PAGE LENGTHS, MANNER OF SERVICE, AND HEARING DATE ON GRANT COUNTY'S PRELIMINARY MOTIONS

## MODIFICATIONS TO BRIEFING SCHEDULE, PAGE LENGTHS, OR HEARING DATE

9. On motion by any Plaintiff or Grant County upon a showing of good cause, or on its own motion, this Court may modify the briefing schedule, page lengths, hearing date and time, and service requirements provided in paragraphs 1-8 above.


DATED: July __, 2007                HELLER EHRMAN LLP

                                    _____
                                    Marie L. Fiala
                                    Attorney for Pacific Gas & Electric Company
                                    Plaintiff


DATED: July __, 2007                STEPTOE & JOHNSON LLP

                                    _____
                                    Lawrence P. Riff
                                    Attorney for Southern California Edison Company
                                    Plaintiff


DATED: July 26, 2007                CALIFORNIA ELECTRICITY OVERSIGHT BOARD

                                    /s/ Steven Benito Russo
                                    _____
                                    Steven B. Russo
                                    Attorney for California Electricity Oversight Board
                                    Plaintiff


DATED: July __, 2007                HENNIGAN, BENNETT & DORMAN, LLP

                                    _____
                                    Laura Lindgren
                                    Attorney for San Diego Gas & Electric Company
                                    Plaintiff

Heller Ehrman LLP

4

STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE, PAGE LENGTHS, MANNER OF SERVICE, AND HEARING DATE ON GRANT COUNTY'S PRELIMINARY MOTIONS

**MODIFICATIONS TO BRIEFING SCHEDULE, PAGE LENGTHS, OR HEARING DATE**

9. On motion by any Plaintiff or Grant County upon a showing of good cause, or on its own motion, this Court may modify the briefing schedule, page lengths, hearing date and time, and service requirements provided in paragraphs 1-8 above.

DATED: July __, 2007                    HELLER EHRMAN LLP

                                        _____
                                        Marie L. Fiala
                                        Attorney for Pacific Gas & Electric Company
                                        Plaintiff

DATED: July __, 2007                    STEPTOE & JOHNSON LLP

                                        _____
                                        Lawrence P. Riff
                                        Attorney for Southern California Edison Company
                                        Plaintiff

DATED: July __, 2007                    CALIFORNIA ELECTRICITY OVERSIGHT BOARD

                                        _____
                                        Steven B. Russo
                                        Attorney for California Electricity Oversight Board
                                        Plaintiff

DATED: July 26, 2007                    HENNIGAN, BENNETT & DORMAN, LLP

                                        _____
                                        Laura Lindgren
                                        Attorney for San Diego Gas & Electric Company
                                        Plaintiff

Heller Ehrman LLP

4

STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE, PAGE LENGTHS, MANNER OF SERVICE, AND HEARING DATE ON GRANT COUNTY'S PRELIMINARY MOTIONS

| | |
|---|---|
| 1 | DATED: July 26, 2007     JONES DAY |
| 2 | |
| 3 | _____<br>Peter C. McAllen |
| 4 | Attorney for Public Utility No. 2 of Grant County<br>Defendant |

Heller Ehrman LLP

5

STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE, PAGE LENGTHS, MANNER OF SERVICE, AND HEARING DATE ON GRANT COUNTY'S PRELIMINARY MOTIONS

# [PROPOSED] ORDER

The Court hereby adopts the stipulation of Pacific Gas and Electric Company, Southern California Edison Company, San Diego Gas & Electric Company, and the California Electricity Oversight Board, plaintiffs in Case No. BC 369141, and Public Utility District No. 2 of Grant Count, Washington, defendant in Case No. BC 36914. It is hereby ORDERED that:

**BRIEFING SCHEDULE**

1. Grant County's Personal Jurisdiction Motion, Grant County's Sever and Stay Motion, and Grant County's opening briefs in support of these two motions shall be filed and served on or before August 3, 2007;

2. Plaintiffs' brief in opposition to Grant County's Personal Jurisdiction Motion and Plaintiffs' brief in opposition to Grant County's Sever and Stay Motion shall each be filed and served on or before August 30, 2007;

3. Grant County's reply brief in support of its Personal Jurisdiction Motion and Grant County's reply brief in support of its Sever and Stay Motion shall each be filed and served on or before September 14, 2007.

**PAGE LENGTHS**

4. Grant County's opening brief in support of its Personal Jurisdiction Motion and its opening brief in support of its Sever and Stay Motion shall each be limited to twenty-five (25) pages, exclusive of caption page, table of contents, table of authorities, signature pages, certificate of service, and exhibits;

5. Plaintiffs' brief in opposition to Grant County's Personal Jurisdiction Motion and Plaintiffs' brief in opposition to Grant County's Sever and Stay Motion shall each be limited to twenty-five (25) pages, exclusive of caption page, table of contents, table of authorities, signature pages, certificate of service, and exhibits;

6. Grant County's reply brief in support of its Personal Jurisdiction Motion and Grant County's reply brief in support of its Sever and Stay Motion shall each be limited to fifteen (15)

Heller Ehrman LLP

STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE, PAGE LENGTHS, MANNER OF SERVICE, AND HEARING DATE ON GRANT COUNTY'S PRELIMINARY MOTIONS

pages, exclusive of caption page, table of contents, table of authorities, signature pages, certificate of service, and exhibits;

**HEARING DATE**

7. Hearing on Grant County's Personal Jurisdiction Motion and Grant County's Sever and Stay Motion shall be set before this Court on September 21, 2007 at 9:00 a.m.

**SERVICE**

8. Grant County's Personal Jurisdiction Motion and its Sever and Stay Motion, Grant County's opening and reply briefs in support of these two motions, and Plaintiffs' briefs in opposition to these two motions shall be served electronically, either through electronic mail or facsimile, or by hand delivery by 5:00 p.m. (PST) the day on which they are due;

**MODIFICATIONS TO BRIEFING SCHEDULE, PAGE LENGTHS, OR HEARING DATE**

9. On motion by any Plaintiff or Grant County upon a showing of good cause or on its own motion, this Court may modify the briefing schedule, page lengths, hearing date and time, and service requirements provided in paragraphs 1-8 above.

IT IS SO ORDERED.

DATED: JUL 3 1 2007

_____
WENDELL R. MORTIMER, JR
THE HONORABLE WENDELL MORTIMER, JR.

Heller Ehrman LLP

7

STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE, PAGE LENGTHS, MANNER OF SERVICE, AND HEARING DATE ON GRANT COUNTY'S PRELIMINARY MOTIONS

# PROOF OF SERVICE

I declare as follows:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 865 South Figueroa Street, Suite 2900, Los Angeles, California 90017. On July 27, 2007, I served the foregoing document described as **Stipulation and [Proposed] Order to Set Briefing Schedule, Page Lengths, Manner of Service, and Hearing Date on Grant County's Preliminary Motions** on the interested parties in this action follows:

☐ by transmitting via facsimile the documents listed above to the fax number set fourth below on this date. This transmission was reported as complete without error by a transmission report issued by the facsimile machine upon which the said transmission was made immediately following the transmission. A true and correct copy of the said transmission is attached hereto and incorporated herein by this reference.

☒ by placing the document listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below

☐ by placing the document listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for Delivery.

☐ by personally delivering the document listed above to the persons at the address set forth below.

## SEE ATTACHED SERVICE LIST

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postal meter date is more than one day after date of deposit for mailing in affidavit.

☒ I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☐ I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on July 27, 2007 at Los Angeles, California.

/s/
_____
MARIA LUZ RANGEL

623087

-1-

PROOF OF SERVICE

*Pacific Gas and Electric Company, et al. v. Arizona Electric Power Cooperative, Inc., et al.*
L.A.S.C. Case No. BC 369141

| **PLAINTIFFS** | **COUNSEL** |
|---|---|
| Pacific Gas and Electric Company | Marie L. Fiala<br>Russel P. Cohen<br>Cecilia Y. Chan<br>Heller Ehrman LLP<br>333 Bush Street<br>San Francisco, CA 94104-2878<br>Telephone:    (415) 722-6000<br>Facsimile:    (415) 722-6268<br>marie.fiala@hellerehrman.com<br>russell.con@hellerehrman.com<br>cecilia.chan@hellerehrman.com<br><br>Mark Patrizio<br>Pacific Gas and Electric Company<br>77 Beale Street, Mail Code B30A<br>San Francisco, CA 94015<br>Telephone:    (415) 973-6344<br>Facsimile:    (415) 973-5520<br>MDP5@pge.com |
| Southern California Edison Company | Lawrence P. Riff<br>Jay E. Smith<br>Steptoe & Johnson LLP<br>633 West Fifth Street, Seventh Floor<br>Los Angeles, CA 90071<br>Telephone:    (213) 439-9400<br>Facsimile:    (213) 439-9599<br>lriff@steptoe.com<br>jsmith@steptoe.com<br><br>Russell C. Swartz<br>Leon Bass, Jr.<br>Southern California Edison Company<br>2244 Walnut Grove Avenue<br>Rosemeard, CA 91770<br>Telephone:    (626) 302-6967<br>Facsimile:    (626) 302-3990<br>russell.swartz@sce.com<br>leon.bass@sce.com |

*Pacific Gas and Electric Company, et al. v. Arizona Electric Power Cooperative, Inc., et al.*
L.A.S.C. Case No. BC 369141

| | |
|---|---|
| San Diego Gas & Electric Company | J. Michael Hennigan<br>Laura Lindgren<br>Robert W. Mockler<br>Hennigan, Bennett & Dorman LLP<br>865 S. Figueroa Street, Suite 2900<br>Los Angeles, CA 90017<br>Telephone: (213) 694-1200<br>Facsimile: (213) 694-1234<br>Hennigan@hbdlawyers.com<br>LindgrenL@hbdlawyers.com<br>MocklerR@hbdlawyers.com |
| California Electricity Oversight Board | Erik N. Saltmarsh<br>Steven Benito Russo<br>California Electricity Oversight Board<br>770 L Street, Suite 1250<br>Sacramento, CA 95814<br>Telephone: (916) 322-8601<br>Facsimile: (916) 322-8591<br>esaltmarsh@eob.ca.gov<br>steven.russo@eob.ca.gov |

*Pacific Gas and Electric Company, et al. v. Arizona Electric Power Cooperative, Inc., et al.*
L.A.S.C. Case No. BC 369141

| DEFENDANTS | COUNSEL |
|---|---|
| Arizona Electric Power Cooperative, Inc. | Geoffrey Spellberg<br>Meyers Nave Riback Silver and Wilson<br>50 California Street<br>Suite 3050<br>San Francisco, CA 94111<br>gspellberg@meyersnave.com<br><br>Robert Rosenberg<br>Slover and Loftus<br>1224 17th Street N.W.<br>Washington, DC 20036-3003<br>rdr@sloverandloftus.com |
| City of Anaheim | Jack L. White, City Attorney<br>Moses W. Johnson, IV, Deputy City Attorney<br>Alison M. Kott, Assistant City Attorney<br>200 S. Anaheim Blvd., Suite 356<br>Anaheim, CA 92805-3820<br>jjohnson@anaheim.com<br>akot@anaheim.net<br><br>Margaret Elizabeth McNaul<br>Bonnie S. Blair<br>Thompson Coburn LLP<br>1909 K Street N.W.<br>Suite 600<br>Washington, DC 20006-1167<br>mmcnaul@thompsoncoburn.com;<br>bblair@thompsoncoburn.com |
| City of Azusa | Margaret Elizabeth McNaul<br>Bonnie S. Blair<br>Thompson Coburn LLP<br>1909 K Street N.W.<br>Suite 600<br>Washington, DC 20006-1167<br>mmcnaul@thompsoncoburn.com;<br>bblair@thompsoncoburn.com |

Case 3:07-cv-03243-JSW    Document 7-19    Filed 08/03/2007    Page 16 of 19

*Pacific Gas and Electric Company, et al. v. Arizona Electric Power Cooperative, Inc., et al.*
L.A.S.C. Case No. BC 369141

| | |
|---|---|
| City of Banning | Margaret Elizabeth McNaul<br>Bonnie S. Blair<br>Thompson Coburn LLP<br>1909 K Street N.W.<br>Suite 600<br>Washington, DC 20006-1167<br>mmcnaul@thompsoncoburn.com;<br>bblair@thompsoncoburn.com |
| City of Burbank | Jon R. Stickman<br>Duncan & Allen<br>1575 Eye Street N.W.<br>Suite 300<br>Washington, DC 20005-1175<br>jrs@duncanallen.com<br><br>Dennis A. Barlow<br>City Attorney, City of Burbank<br>Terry B. Stevenson<br>Senior Assistant City Attorney<br>275 East Olive Avenue<br>Burbank, CA 91510 |
| City of Glendale<br><br>City of Pasadena | Brand Cooper<br>Robert Michael Bruning<br>Cooper & Bruning<br>600 South Lake Avenue<br>Suite 402<br>Pasadena, CA 91106<br>bc@cooperlaw.com;<br>rmb@cooperlaw.com |
| City of Los Angeles<br><br>Los Angeles Department of Water and Power | Howard V. Golub<br>Stephen G. Schrey<br>Nixon Peabody LLP<br>One Embarcadero Center<br>Suite 1800<br>San Francisco, CA 94111-3996<br>hgolub@nixonpeabody.com<br>sschrey@nixonpeabody.com |

*Pacific Gas and Electric Company, et al. v. Arizona Electric Power Cooperative, Inc., et al.*
L.A.S.C. Case No. BC 369141

| | |
|---|---|
| City of Los Angeles<br><br>Los Angeles Department of Water and Power | Matthew Zandi<br>Nixon Peabody LLP<br>Gas Company Tower<br>555 West Fifth Street, 46th Floor<br>Los Angeles, CA 90013<br>mzandi@nixonpeabody.com<br><br>Roger R. Crane, Jr.<br>(Pro Had Vice Application Pending)<br>Nixon Peabody LLP<br>437 Madison Avenue<br>New York, NY 10022<br>rcrane@nixonpeabody.com<br><br>Rockard J. Delgadillo, City Attorney<br>Richard M. Brown, General Counsel, Water & Power<br>Stanton M. Snyder, Assistant City Attorney<br>Marcia Haber Kamine, Assistant City Attorney<br>111 North Hope Street, Suite 340<br>Los Angeles, CA 90012 |
| City of Riverside | Mark L. Parsons<br>Deputy City Attorney<br>City of Riverside<br>3900 Main Street<br>Riverside, CA 92522<br>mparsons@riversideca.gov<br><br>Margaret Elizabeth McNaul<br>Bonnie S. Blair<br>Thompson Coburn LLP<br>1909 K Street N.W.<br>Suite 600<br>Washington, DC 20006-1167<br>mmcnaul@thompsoncoburn.com;<br>bblair@thompsoncoburn.com |
| City of Santa Clara, dba Silicon Valley Power<br><br>Modesto Irrigation District | Sean Michael Neal<br>Duncan, Weinberg, Genzer and Pembroke, PC<br>915 L Street<br>Suite 1410<br>Sacramento, CA 95814<br>smn@dwgp.com |

- 5 -

*Pacific Gas and Electric Company, et al. v. Arizona Electric Power Cooperative, Inc., et al.*
L.A.S.C. Case No. BC 369141

| | |
|---|---|
| City of Seattle | Kalia Christofides Petmecky<br>Rex Heinke<br>Akin Gump Strauss Hauer & Feld LLP<br>2029 Century Park East<br>Suite 2400<br>Los Angeles, CA 90067<br>kpetmecky@akingump.com<br>rheinke@akingump.com |
| City of Vernon | Dennis Mark Parente Ehling<br>Ashley J. Camron<br>Suzanne M. Henry<br>Kirkpatrick & Lockhart Preston Gates Ellis LLP<br>10100 Santa Monica Boulevard<br>7th Floor<br>Los Angeles, CA 90067<br>dennis.ehling@klgates.com<br>ashley.camron@klgates.com<br>suzanne.henry@klgates.com |
| Northern California Power Agency | Geoffrey Spellberg<br>Meyers Nave Riback Silver and Wilson<br>575 Market Street<br>Suite 2600<br>San Francisco, CA 94105<br>gspellberg@meyersnave.com |
| Public Utility District No. 2 of Grant County ("Grant County") | Peter Gordon McAllen<br>Jones Day<br>555 South Flower Street<br>Fiftieth Floor<br>Los Angeles, CA 90071<br>pmcallen@jonesday.com<br><br>Ray Foianini<br>Foianini Law Offices<br>P.O. Box 908<br>120 First NW<br>Ephrata, WA<br>rfoiani@gcpud.org |

*Pacific Gas and Electric Company, et al. v. Arizona Electric Power Cooperative, Inc., et al.*
L.A.S.C. Case No. BC 369141

| | |
|---|---|
| Sacramento Municipal Utility District | Benjamin L. Webster<br>Pillsbury Winthrop Shaw Pittman LLP<br>400 Capitol Mall<br>Suite 1700<br>Sacramento, CA 95814<br>ben.webster@pillsburylaw.com<br><br>Harvey L. Reiter<br>(Pro Hac Vice Application Pending)<br>Stinson Morrison Hecker, LLP<br>1150 18th Street N.W.<br>Washington, DC 20036<br>hreiter@stinson.com |
| Turlock Irrigation District | Barry Francis McCarthy<br>McCarthy & Berlin LLP<br>100 Park Center Plaza<br>Suite 501<br>San Jose, CA 95113<br>bmcc@mccarthylaw.com<br><br>Jon R. Stickman<br>Duncan & Allen<br>1575 Eye Street N.W.<br>Suite 300<br>Washington, DC 20005-1175<br>jrs@duncanallen.com |