Peter G. McAllen (State Bar No. 107416)
JONES DAY
555 S. Flower St., 50th Floor
Los Angeles, CA 90071
Telephone:    (213) 489-3939
Facsimile:    (213) 243-2539
E-mail:       pmcallen@jonesday.com

Tobias S. Keller  (State Bar No. 151445)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104-1500
Telephone:    (415) 626-3939
Facsimile:    (415) 875-5700
E-mail:tkeller@jonesday.com

Attorneys for Plaintiff
PUBLIC UTILITY DISTRICT NO. 2 OF GRANT
COUNTY, WASHINGTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC UTILITY DISTRICT NO. 2 OF GRANT COUNTY, WASHINGTON<br><br>Plaintiff.<br><br>vs.<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>Defendant. | Case No. C 07-03243 JSW<br><br>Chapter 11 Case<br><br>Bankr. Case No. 01-30923 DM<br><br>**DECLARATION OF TIM J. CULBERTSON IN SUPPORT OF PUBLIC UTILITY DISTRICT NO. 2 OF GRANT COUNTY WASHINGTON'S MOTION FOR (I) WITHDRAWAL OF REFERENCE OF PROOF OF CLAIM AND (II) TRANSFER OF VENUE THEREOF TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON** |

LAI-2890287v1

**DECLARATION OF TIM J. CULBERTSON**

# DECLARATION

I, Tim J. Culbertson, do hereby declare,

1.   I am the General Manager of Public Utility District No. 2 of Grant County, Washington ("Grant"). I first joined Grant in August 2000 as the Manager of Power Marketing and Operations, and was promoted to General Manager in March 2004. In my capacity as Grant's Manager of Power Marketing from August 2000 to March 2004, I was responsible for all electric energy transactions for Grant, including wholesale electric energy purchases and sales. As part of those responsibilities, I oversaw Grant's wholesale sales of electric energy to the California Independent System Operator Corporation (the "ISO") in November and December 2000, and supervised the individuals who made the sales of electric energy to the ISO during that period. In my current capacity as General Manager, I am responsible for all of Grant's day-to-day operations and its business, generally. I am also responsible for preparing budget and financial forecasts and planning for generation requirements. Finally, I am responsible for interacting with the Grant County Commissioners on issues, policies, and procedures that they set forth as part of their business. I have personal and first-hand knowledge of the facts set forth in this Declaration, and if called and sworn as a witness, I could and would testify competently thereto.

## Grant

2.   Grant is a consumer-owned utility and a Washington municipal corporation with its headquarters in Ephrata, Washington. All of its offices are located within the State of Washington. Grant has no branches, offices, facilities or other presence of any type in California.

3.   Grant owns and operates hydroelectric generation facilities in Washington having a capacity of nearly 2,000 megawatts of electric energy. All Grant's facilities are located in the State of Washington.

4.   Grant's primary purpose is to provide electric energy to its consumer owners within Grant County, Washington.

5.   From time to time Grant has electricity surplus to the needs of its consumer owners. Grant sells the surplus electricity on a wholesale basis. Virtually all of these wholesale

sales are made and delivered within the states of Washington and Oregon due to transmission considerations.

6. Grant has no facilities or operations within California.

### Grant Was Not A "Market Participant" In The
### ISO And/Or CalPX Wholesale Electric Energy Markets

7. Grant has never submitted any bids to the wholesale electric energy markets operated by the California Independent System Operator Corporation (the "ISO") and/or the California Power Exchange Corporation ("CalPX").

8. Grant has never entered into any Participating Generator Agreement or Scheduling Coordinator Agreement with the ISO or CalPX, nor has it ever agreed to be bound by the terms of such agreements.

### Grant's Relationship With California

9. Grant has not at any time relevant to the current lawsuit, sold, generated, or transmitted electric power in the State of California, and Grant does not do so currently.

10. From time to time, Grant makes sales of wholesale electric energy to various "power marketers" who then resell or distribute the energy to other entities. No Grant representative has traveled to California for the purpose of negotiating wholesale sales to marketers or others, no electricity sale transactions have been negotiated within California, and Grant has made no deliveries of electricity in California. Additionally, Grant has never executed any sales agreements in California nor has it agreed in any sales agreement that Grant would resolve legal matters or disputes in California.

### The Grant – ISO Transactions

11. At the height of the California electric energy crisis, during November and December 2000, Grant responded to requests from the ISO to sell specified quantities of electric energy at prices generally offered by the ISO and accepted by Grant. Pursuant to those requests, Grant sold and delivered to ISO in excess of $18 million worth of wholesale electric energy. All deliveries were made at the Malin substation in Oregon. No deliveries were made in California.

|   |   |
|---|---|
| 1 | 12. These transactions were bilateral transactions wherein the ISO initially contacted Grant by telephone at Grant's offices in Ephrata, Washington, and requested electric energy on an emergency basis. Negotiations were minimal, with ISO generally stating the price and quantity of electricity they desired to purchase from Grant. |

12. These transactions were bilateral transactions wherein the ISO initially contacted Grant by telephone at Grant's offices in Ephrata, Washington, and requested electric energy on an emergency basis. Negotiations were minimal, with ISO generally stating the price and quantity of electricity they desired to purchase from Grant.

13. Grant did not contemplate having the ISO as a regular purchaser at the time of the November and December 2000 transactions, nor at any time thereafter.

14. Other than the November and December 2000 transactions, the ISO was not a purchaser of electricity from Grant and has not made any purchases since.

15. The oral agreements negotiated between the ISO and Grant for the sale of electric energy in November and December 2000 were confirmed in writing by Grant. Grant has sent the ISO invoices and confirmation documentation specifying the price and quantity for the purchases.

16. Attached hereto as Exhibit A is a true and correct copy of invoice number 001211-10 that was sent by Grant to ISO on December 11, 2000 memorializing the ISO's purchase of $237,500.00 worth of surplus wholesale electric energy from Grant during the month of November 2000.

17. Attached hereto as Exhibit B is a true and correct copy of invoice number 010110-09 that was sent by Grant to the ISO on January 10, 2001, memorializing the ISO's purchase of $18,269,800.00 worth of surplus electric energy from Grant during the month of December 2000.

18. Had it not been for the California energy crisis in late 2000, it is likely that Grant would not have entered into the bilateral transactions for the sale of wholesale electric energy with the ISO.

19. I have reviewed these matters with the District's power management staff and have verified that at no time during the course of the Grant – ISO transactions did the ISO indicate that Grant's sales of electric energy would be regulated by the FERC or otherwise subject to the tariffs that the ISO files with the FERC in connection with the operation of its spot markets. At no time during the course of these transactions did Grant agree to be bound by the terms of the the ISO tariffs. Grant's individual sales of electric energy to the ISO were short-term, bilateral transactions that were entirely separate from the spot markets operated by the ISO.

LAI-2890287v1             -3-

**DECLARATION OF TIM J. CULBERTSON**

20. Except as and to the extent reflected in paragraphs 15, 16, and 17 above, Grant did not execute any written agreement(s) in connection with the referenced ISO transactions.

21. Grant made delivery of all of the electric energy it sold to the ISO at the Malin substation in southern Oregon.

22. Grant has not been paid the full amount due for the electric energy that the ISO purchased in November and December 2000. To date, the ISO has paid only nine hundred and thirty-nine thousand, nine hundred and thirty-four dollars and three cents ($939,934.03) to Grant. The majority of the balance—in excess of $18 million—remains unpaid, with a significant amount of additional interest now accrued.

I declare under penalty of perjury under the laws of the State of Washington and the State of California that the foregoing is true and correct.

Executed this 3rd day of August, 2007 in Ephrata, Washington.

      /s/ Tim J. Culbertson
      Tim J. Culbertson