# Exhibit A

 

## Public Utility District No. 2 of Grant County
Phone Number: (509) 754-0500

INVOICE NUMBER
001211-10

Invoice Date: 12/11/2000
Customer ID: CISO
A/R Account: 9114362

Remit to:

California ISO    **EXHIBIT A**

Public Utility District No. 2 of Grant County
P. O. Box 878
Ephrata, WA 98823-0878

If your [ ] billing: [ ] mailing: address has changed please write new address above

Terms: 12/22/00

Please return upper portion with remittance

✂

12/11/2000

Surplus Energy Sale-Secondary    $237,500.00

ACH/Wire Instructions
Bank of America
ABA No. 125000024
Account No. 25010109
Reference: Grant County PUD #2

Sub Total:    $237,500.00
Retail Sales Tax:    $0.00
Leasehold Tax:    $0.00
Amount Due:    $237,500.00

-5-