# Exhibit B

 

## Public Utility District No. 2 of Grant County
Phone Number: (509) 754-0500

INVOICE NUMBER
010110-09

Invoice Date: 01/10/2001
Customer ID: CISO
A/R Account: 9114362

Remit to:

Public Utility District No. 2 of Grant County
P. O. Box 878
Ephrata, WA 98823-0878

Brad Bouillon
California ISO
151 Blue Ravine Road
Folsom, CA 95630

Terms: DUE 1/22/01

If your [ ] billing [ ] mailing address has changed please write new address above

✂— Please return upper portion with remittance —✂

01/10/2001

Surplus Energy Sale-Secondary                                          $18,269,800.00

EXHIBIT B

ACH/Wire Instructions
Bank of America
ABA No. 125000024
Account No. 25010109
Reference: Grant County PUD #2

Sub Total:        $18,269,800.00
Retail Sales Tax:          $0.00
Leasehold Tax:             $0.00
Amount Due:       $18,269,800.00

-9-