1  Peter G. McAllen (State Bar No. 107416)
   JONES DAY
2  555 S. Flower St., 50th Floor
   Los Angeles, CA 90071
3  Telephone:    (213) 489-3939
   Facsimile:    (213) 243-2539
4  E-mail:       pmcallen@jonesday.com

5  Tobias S. Keller  (State Bar No. 151445)
   JONES DAY
6  555 California Street, 26th Floor
   San Francisco, CA  94104-1500
7  Telephone:    (415) 626-3939
   Facsimile:    (415) 875-5700
8  E-mail:tkeller@jonesday.com

9  Attorneys for Plaintiff
   PUBLIC UTILITY DISTRICT NO. 2 OF GRANT
10 COUNTY, WASHINGTON

11                       UNITED STATES DISTRICT COURT

12                      NORTHERN DISTRICT OF CALIFORNIA

13                            SAN FRANCISCO DIVISION

14

| | |
|---|---|
| 15  PUBLIC UTILITY DISTRICT NO. 2 OF GRANT COUNTY, WASHINGTON<br>16<br>Plaintiff.<br>17<br>vs.<br>18<br>PACIFIC GAS AND ELECTRIC COMPANY<br>19<br>Defendant. | Case No. C 07-03243 JSW<br><br>Chapter 11 Case<br><br>Bankr. Case No. 01-30923 DM<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PUBLIC UTILITY DISTRICT NO. 2 OF GRANT COUNTY WASHINGTON'S MOTION FOR (I) WITHDRAWAL OF REFERENCE OF PROOF OF CLAIM AND (II) TRANSFER OF VENUE THEREOF TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON** |

LAI-2890288v1

**REQUEST FOR JUDICIAL NOTICE**

Public Utility District No. 2 of Grant County, Washington, by and through its counsel, hereby requests that the Court take judicial notice pursuant to Federal Rule of Evidence 201 of the following documents:

1. *San Diego Gas & Elec. Co.*, 96 FERC ¶ 61,120 (July 25, 2001), a true and correct copy of which is attached hereto as Exhibit 1.

2. *San Diego Gas & Elec. Co.*, 97 FERC ¶ 61,275 (December 19, 2001), a true and correct copy of which is attached hereto as Exhibit 2.

3. *San Diego Gas & Elec. Co.*, 102 FERC ¶ 61,317 (March 26, 2003), a true and correct copy of which is attached hereto as Exhibit 3.

4. *San Diego Gas & Elec. Co.*, Docket Nos. EL00-95-081 and EL00-98-069, Request for Rehearing of Public Utility District No. 2 of Grant County, Washington (filed Apr. 24, 2003), a true and correct copy of which is attached hereto as Exhibit 4.

5. *San Diego Gas & Elec. Co.*, 105 FERC ¶ 61,066 (October 16, 2003), a true and correct copy of which is attached hereto as Exhibit 5.

6. *San Diego Gas & Elec. Co.*, 109 FERC ¶ 61,218 (November 23, 2004), a true and correct copy of which is attached hereto as Exhibit 6.

7. *Bonneville Power Admin. v. Fed. Energy Regulatory Comm'n*, 9th Cir. No. 02-70262, *et al.*, Judgment in Lieu of Mandate (April 5, 2007), a true and correct copy of which is attached hereto as Exhibit 7.

8. *Bonneville Power Admin. v. Fed. Energy Regulatory Comm'n*, No. 02-70262, *et al.*, Order Denying California Parties' Motion to Extend Settlement Time-Out Period in Bonneville (Oct. 23, 2006), a true and correct copy of which is attached hereto as Exhibit 8.

9. *Bonneville Power Admin. v. Fed. Energy Regulatory Comm'n*, No. 02-70262, *et al.*, Order Re: Petition for Reh'g and Reh'g En Banc (Mar. 7, 2007), a true and correct copy of which is attached hereto as Exhibit 9.

10.   *Bonneville Power Admin. v. Fed. Energy Regulatory Comm'n*, No. 02-70262, *et al.*, Order Denying California Parties' Motion to Stay the Mandate (Mar. 28, 2007), a true and correct copy of which is attached hereto as Exhibit 10.

Dated: August 3, 2007                              Respectfully submitted,


By: /s/ Peter G. McAllen
    Peter G. McAllen, CA SB#107416

Attorneys for Claimant
PUBLIC UTILITY DISTRICT NO. 2 OF
GRANT COUNTY WASHINGTON