# EXHIBIT 7

**FILED**

**MAY 10 2007**

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| BONNEVILLE POWER ADMINISTRATION,<br><br>Petitioner,<br><br>CITY OF TACOMA; PORT OF SEATTLE; CORAL POWER, L.L.C.; CONSTELLATION ENERGY COMMODITIES GROUP, INC.,<br><br>Intervenors,<br><br>v.<br><br>FEDERAL ENERGY REGULATORY COMMISSION,<br><br>Respondent,<br><br>PACIFICORP,<br><br>Respondent-Intervenor. | Nos. 02-70262<br>02-70270<br>02-70274<br>02-70294<br>03-70185<br><br>FERC No. EL00-95-001<br>District of Oregon,<br>Portland<br><br>ORDER |

Before: THOMAS, McKEOWN, and CLIFTON, Circuit Judges.

The order filed on March 7, 2007, is amended to include Docket Nos. 02-70270, 02-70274, 02-70294, and 03-70185.

Having considered the California parties' arguments, the panel votes to deny the Petition for Rehearing and Petition for Rehearing en banc. The panel opinion

does not conflict with the D.C. Circuit's decision in Pacific Gas & Electric Company v. FERC, 306 F.3d 1112 (D.C. Cir. 2002). In that case, which arose in a different context under § 205 of the Federal Power Act ("FPA"), 16 U.S.C. § 824d, and did not rest on a jurisdictional analysis under FPA § 201(f), the D.C. Circuit stated that "[a]s a general matter, publicly-owned utilities are not subject to FERC's §§ 205 and 206 jurisdiction, see FPA § 201(f), 16 U.S.C. § 824(f), although FERC may analyze and consider the rates of non-jurisdictional utilities to the extent that those rates affect jurisdictional transactions." Pacific Gas, 306 F.3d at 1114. The court did not say, or even imply, that FERC may assert jurisdiction over a non-jurisdictional entity for purposes of ordering a refund. The parties' other claim of a circuit conflict with United Distribution Companies v. FERC, 88 F.3d 1105 (D.C. Cir. 1996), is no more persuasive, as we explained earlier in the panel opinion.

The full court has been advised of the petition for rehearing and rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

The petition for panel rehearing and the petition for rehearing en banc are denied.

An amended mandate shall be issued by the clerk to include Docket Nos. 02-70270, 02-70274, 02-70294, and 03-70185.

2

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| BONNEVILLE POWER ADMINISTRATION,<br><br>Petitioner,<br><br>CITY OF TACOMA; et al.,<br><br>Intervenors,<br><br>v.<br><br>FEDERAL ENERGY REGULATORY COMMISSION,<br><br>Respondent,<br><br>PACIFICORP,<br><br>Respondent-Intervenor. | No. 02-70262<br>FERC No. EL00-95-001<br><br><br><br>**JUDGMENT** |
| AZUSA, BANNING, COLTON, AND RIVERSIDE, CALIFORNIA,<br><br>Petitioner,<br><br>CORAL POWER, L.L.C.; et al.,<br><br>Intervenors,<br><br>v.<br><br>FEDERAL ENERGY REGULATORY COMMISSION, | No. 02-70270<br>FERC No. EL00-95<br><br><br><br>**JUDGMENT** |

Respondent,

PACIFICORP,

Respondent-Intervenor.

---

SACRAMENTO MUNICIPAL UTILITY DISTRICT,

Petitioner,

PORT OF SEATTLE; et al.,

Petitioners - Intervenors,

CITY OF PASADENA, CALIFORNIA,

Intervenor,

v.

FEDERAL ENERGY REGULATORY COMMISSION,

Respondent.

No. 02-70274
FERC No. FERC-EL95-001

**JUDGMENT**

---

SOUTHERN CALIFORNIA EDISON COMPANY; et al.,

Petitioners,

PORT OF SEATTLE; et al.,

Petitioners - Intervenors,

No. 02-70294
FERC No. FERC-EL00-95-004

**JUDGMENT**

| | |
|---|---|
| v.<br><br>FEDERAL ENERGY REGULATORY COMMISSION,<br><br>Respondent. | |
| ARIZONA ELECTRIC POWER COOPERATIVE, INC.; et al.,<br><br>Petitioners,<br><br>CORAL POWER, L.L.C.,<br><br>Intervenor,<br><br>v.<br><br>FEDERAL ENERGY REGULATORY COMMISSION,<br><br>Respondent. | No.  03-70185<br>FERC No.  Power Act<br><br><br><br>**JUDGMENT** |

Upon Petition to Review a Decision of the

Federal Energy Regulatory Commission

This cause came on to be heard on the Transcript of the Record from the Federal Energy Regulatory Commission and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the decision of the Federal Energy Regulatory Commission in this cause be, and hereby is **GRANTED**.

**Filed and entered Tuesday, September 06, 2005**




Cathy A. Catterson
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

(415) 355-8000

April 5, 2007

Robert H. Solomon, Solicitor
FERC - FEDERAL ENERGY REGULATORY COMMISSION
Rm. 9A-03
888 First St., NE
Washington, DC 20426

| No. | Title | Agency/D.C. No. |
|---|---|---|
| 02-70262 | BPA v. FERC | EL00-95-001 |
| 02-70270 | Cities of Anaheim, v. FERC | EL00-95 |
| 02-70274 | Sacramento Municipal v. FERC | FERC-EL95-001 |
| 02-70294 | City of Los Angeles v. FERC | FERC-EL00-95-004 |
| 03-70185 | Arizona Electric v. FERC | Power Act |

Dear Clerk:

The following document in the above listed causes are being sent to you under cover of this letter.

• *Certified copy of the Decree of the Court*

The record on appeal will follow under separate cover. Please acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

Cathy A. Catterson
Clerk of Court

*Bradley Ybarreta*
By: Bradley Ybarreta
Deputy Clerk

Enclosure(s)