**EXHIBIT 10**



CIRCUIT MEDIATION OFFICE
UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
JAMES R. BROWNING UNITED STATES COURTHOUSE
95 SEVENTH STREET
P.O. BOX 193939
SAN FRANCISCO, CALIFORNIA 94119-3939

DAVID E. LOMBARDI, JR.
CHIEF CIRCUIT MEDIATOR

TEL (415) 355-7900
FAX (415) 355-8566

CLAUDIA L. BERNARD
CHRISTOPHER A. GOELZ
ANN JULIUS
C. LEWIS ROSS
MARGARET A. CORRIGAN
ROXANE G. ASHE
LISA J. EVANS
PETER W. SHERWOOD
STEPHEN LIACOURAS
CIRCUIT MEDIATORS

March 28, 2007

Re: <u>Bonneville Power Administration v. FERC</u> - 02-70262

Dear Counsel:

    Attached for your review is a courtesy copy of the order filed this morning denying the California Parties' Motion to Stay the Mandate Pending the Petition for Writ of Certiorari.

Very truly yours,

Lisa J. Evans
Circuit Mediator

Attachment

cc:    The Honorable Edward Leavy
       Lee Ann Watson, Esq.

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 28 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BONNEVILLE POWER ADMINISTRATION, Petitioner, CITY OF TACOMA; PORT OF SEATTLE; CORAL POWER, L.L.C.; CONSTELLATION ENERGY COMMODITIES GROUP, INC., Intervenors, v. FEDERAL ENERGY REGULATORY COMMISSION, Respondent, PACIFICORP, Respondent-Intervenor. | No. 02-70262 FERC No. EL00-95-001 District of Oregon, Portland ORDER |

Before: THOMAS, McKEOWN, and CLIFTON, Circuit Judges.

The California Parties' Motion to Stay the Mandate Pending the Petition for Writ of Certiorari is DENIED. Fed. R. App. P. 41(d)(2).