Peter G. McAllen (State Bar No. 107416)
JONES DAY
555 S. Flower St., 50th Floor
Los Angeles, CA 90071
Telephone:    (213) 489-3939
Facsimile:    (213) 243-2539
E-mail:       pmcallen@jonesday.com

Tobias S. Keller  (State Bar No. 151445)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104-1500
Telephone:    (415) 626-3939
Facsimile:    (415) 875-5700
E-mail:tkeller@jonesday.com

Attorneys for Plaintiff
PUBLIC UTILITY DISTRICT NO. 2 OF GRANT
COUNTY, WASHINGTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC UTILITY DISTRICT NO. 2 OF GRANT COUNTY, WASHINGTON<br><br>Plaintiff.<br><br>vs.<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>Defendant. | Case No. C 07-03243 JSW<br><br>Chapter 11 Case<br><br>Bankr. Case No. 01-30923 DM<br><br>**[PROPOSED] ORDER GRANTING PUBLIC UTILITY DISTRICT NO. 2 OF GRANT COUNTY WASHINGTON'S MOTION FOR (I) WITHDRAWAL OF REFERENCE OF PROOF OF CLAIM AND (II) TRANSFER OF VENUE THEREOF TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON** |

LAI-2890291v1

**[PROPOSED] ORDER**

This matter came on for hearing on October 12, 2007, on claimant Public Utility District No. 2 of Grant County Washington's ("Grant") Motion for (i) Withdrawal of Reference of Proof of Claim and (ii) Transfer of Venue Thereof to the United States District Court for the Eastern District of Washington (the "Motion"). The Court has read the papers submitted in connection with the Motion, and considered arguments of counsel and the authorities cited to the Court. The Court has concluded that the Motion should be granted and that the reference with respect to the contested matter to liquidate Grant's proof of claim number 7864 (the "Grant Claim") in the chapter 11 case of Pacific Gas and Electric Company (the "Chapter 11 Case") should be withdrawn from the United States Bankruptcy Court for the Northern District of California (the "California Bankruptcy Court") and the matter should be transferred to the United States District Court for the Eastern District of Washington (the "Washington District Court").

IT IS HEREBY ORDERED THAT:

1. The Motion is hereby GRANTED.

2. The reference is hereby withdrawn pursuant to 28 U.S.C. § 157(d) with respect to the liquidation of the Grant Claim from the California Bankruptcy Court to this Court.

3. Venue with respect to the liquidation of the Grant Claim is hereby transferred pursuant to 28 U.S.C. §§ 1404 and 1412 from this Court to the Washington District Court so that the matter may be consolidated with proceedings pending there.

4. The withdrawal of the reference and transfer of venue pursuant to this Order is solely to liquidate the allowed amount of the Grant Claim. The ultimate satisfaction of the allowed amount of the Grant Claim remains subject to the terms and conditions of the Plan of Reorganization that was confirmed in the Chapter 11 Case and to the jurisdiction of the California Bankruptcy Court.

IT IS SO ORDERED.

Dated: _____, 2007

_____
Honorable Jeffrey S. White
United States District Judge

LAI-2890291v1

**[PROPOSED] ORDER**