Peter G. McAllen (State Bar No. 107416)
JONES DAY
555 S. Flower St., 50th Floor
Los Angeles, CA 90071
Telephone:   (213) 489-3939
Facsimile:   (213) 243-2539
E-mail:      pmcallen@jonesday.com

Tobias S. Keller  (State Bar No. 151445)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104-1500
Telephone:   (415) 626-3939
Facsimile:   (415) 875-5700
E-mail:      tkeller@jonesday.com

Attorneys for Plaintiff
PUBLIC UTILITY DISTRICT NO. 2 OF
GRANT COUNTY, WASHINGTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC UTILITY DISTRICT NO. 2 OF GRANT COUNTY, WASHINGTON<br><br>Plaintiff.<br><br>vs.<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>Defendant. | Case No. C 07-03243 JSW<br><br>Chapter 11 Case<br><br>Bankr. Case No. 01-30923 DM<br><br>**CERTIFICATE OF SERVICE** |

1

LAI-2890297v1

1        I am a citizen of the United States and employed in Franklin County, Ohio.  I

2    am over the age of eighteen years and not a party to the within-entitled action.  My

3    business address is 325 John H. McConnell Boulevard, Columbus, Ohio 43215.  On

4    August 3, 2007, I served a true and correct copy of the following documents:

5        PUBLIC UTILITY DISTRICT NO. 2 OF GRANT COUNTY
     WASHINGTON'S MOTION FOR (I) WITHDRAWAL OF
6    REFERENCE OF PROOF OF CLAIM AND (II) TRANSFER OF
     VENUE THEREOF TO THE UNITED STATES DISTRICT
7    COURT FOR THE EASTERN DISTRICT OF WASHINGTON

8        PUBLIC UTILITY DISTRICT NO. 2 OF GRANT COUNTY
     WASHINGTON'S MEMORANDUM OF POINTS AND
9    AUTHORITIES IN SUPPORT OF MOTION FOR
     (I) WITHDRAWAL OF REFERENCE OF PROOF OF CLAIM
10   AND (II) TRANSFER OF VENUE THEREOF TO THE UNITED
     STATES DISTRICT COURT FOR THE EASTERN DISTRICT
11   OF WASHINGTON

12       DECLARATION OF PETER G. MCALLEN IN SUPPORT OF
     PUBLIC UTILITY DISTRICT NO. 2 OF GRANT COUNTY
13   WASHINGTON'S MOTION FOR (I) WITHDRAWAL OF
     REFERENCE OF PROOF OF CLAIM AND (II) TRANSFER OF
14   VENUE THEREOF TO THE UNITED STATES DISTRICT
     COURT FOR THE EASTERN DISTRICT OF WASHINGTON
15

16       DECLARATION OF TIM J. CULBERTSON IN SUPPORT OF
     PUBLIC UTILITY DISTRICT NO. 2 OF GRANT COUNTY
17   WASHINGTON'S MOTION FOR (I) WITHDRAWAL OF
     REFERENCE OF PROOF OF CLAIM AND (II) TRANSFER OF
18   VENUE THEREOF TO THE UNITED STATES DISTRICT
     COURT FOR THE EASTERN DISTRICT OF WASHINGTON

19       REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PUBLIC
     UTILITY DISTRICT NO. 2 OF GRANT COUNTY
20   WASHINGTON'S MOTION FOR (I) WITHDRAWAL OF
     REFERENCE OF PROOF OF CLAIM AND (II) TRANSFER OF
21   VENUE THEREOF TO THE UNITED STATES DISTRICT
     COURT FOR THE EASTERN DISTRICT OF WASHINGTON
22

23       NOTICE OF PUBLIC UTILITY DISTRICT NO. 2 OF GRANT
     COUNTY WASHINGTON'S MOTION FOR (I) WITHDRAWAL
24   OF REFERENCE OF PROOF OF CLAIM AND (II) TRANSFER
     OF VENUE THEREOF TO THE UNITED STATES DISTRICT
25   COURT FOR THE EASTERN DISTRICT OF WASHINGTON

26       [PROPOSED] ORDER GRANTING  PUBLIC UTILITY
     DISTRICT NO. 2 OF GRANT COUNTY WASHINGTON'S
27   MOTION FOR (I) WITHDRAWAL OF REFERENCE OF PROOF
     OF CLAIM AND (II) TRANSFER OF VENUE THEREOF TO
28   THE UNITED STATES DISTRICT COURT FOR THE EASTERN
     DISTRICT OF WASHINGTON

CERTIFICATE OF SERVICE

1   JUDGE WHITE'S CIVIL STANDING ORDERS

2   ECF REGISTRATION INFORMATION HANDOUT

3   CERTIFICATE OF SERVICE

4   on the below parties in these action by placing true copies thereof in sealed

5   envelopes, addressed as shown, for collection and mailing by overnight delivery

6   service:

7               James L. Lopes
                Gary M. Kaplan
8               Howard, Rice, Nemerovski, Canady,
                    Falk & Rabkin
9               A Professional Corporation
                Three Embarcadero Center, 7th Floor
10
                San Francisco, California  94111-4024
11
12       I declare under penalty of perjury that the foregoing is true and correct.

13

14                                  /s/ Joseph M. Witalec_____
                                    Joseph M. Witalec
15

16

17

18

19

20

21

22

23

24

25

26

27

28