1  Peter G. McAllen (State Bar No. 107416)
   JONES DAY
2  555 S. Flower St., 50th Floor
   Los Angeles, CA 90071
3  Telephone:  (213) 489-3939
   Facsimile:   (213) 243-2539
4  E-mail:      pmcallen@jonesday.com

5  Tobias S. Keller  (State Bar No. 151445)
   JONES DAY
6  555 California Street, 26th Floor
   San Francisco, CA  94104-1500
7  Telephone:  (415) 626-3939
   Facsimile:   (415) 875-5700
8  E-mail:      tkeller@jonesday.com

9  Attorneys for Plaintiff
   PUBLIC UTILITY DISTRICT NO. 2 OF
10 GRANT COUNTY, WASHINGTON

11
12                      UNITED STATES DISTRICT COURT
13                     NORTHERN DISTRICT OF CALIFORNIA
14                          SAN FRANCISCO DIVISION

15

| | |
|---|---|
| 16  PUBLIC UTILITY DISTRICT NO. 2 OF GRANT COUNTY, WASHINGTON | Case No. 07-3243 JSW |
| 17              Plaintiff. | Chapter 11 Case |
| 18     vs. | Bankr. Case No. 01-30923 DM |
| 19  PACIFIC GAS AND ELECTRIC COMPANY | **SECOND STIPULATION SETTING BRIEFING AND HEARING SCHEDULE; [PROPOSED] ORDER THEREON** |
| 20              Defendant. | |

21
22
23
24
25
26
27
28

LAI-2897014v1                             1

**SECOND STIPULATION AND [PROPOSED] SCHEDULING ORDER**

1    Pursuant to Local Rule 7-7, Plaintiff Public Utility District No. 2 of Grant
2  County, Washington ("Grant County") and Defendant Pacific Gas and Electric
3  Company ("PG&E"), by and through their respective attorneys of record, hereby
4  stipulate and agree, and respectfully request an order of the Court, as follows:
5    WHEREAS, Grant County filed its Motion for (I) Withdrawal of Reference
6  of Proof of Claim and (II) Transfer of Venue Thereof to the United States District
7  Court for the Eastern District of Washington (the "Motion") in PG&E's chapter 11
8  bankruptcy case, Case No. 01-30923 DM, pending in the United States Bankruptcy
9  Court for the Northern District of California, San Francisco Division (the
10 "Bankruptcy Court");
11   WHEREAS, the Motion has been transferred to this Court and assigned to
12 Judge Jeffrey S. White and designated Case No. 07-3243 JSW;
13   WHEREAS, on July 24, 2007, this Court entered an order (docket no. 3)
14 approving the Stipulation Setting Briefing and Hearing Schedule (the "July 24
15 Scheduling Order"), which set the dates and page limits for the filing of certain
16 briefs by the parties in connection with the Motion and set a hearing for the Motion
17 on September 14, 2007 at 9:00 a.m.;
18   WHEREAS, on August 2, 2007, the Clerk for this Court filed a notice
19 (docket no. 4) indicating that the hearing on the Motion would be moved from
20 September 14, 2007 to October 12, 2007 at 9:00 a.m. and that the briefing schedule
21 set in the July 24 Scheduling Order would remain the same; and
22   WHEREAS, in light of the movement of the hearing on the Motion, the
23 parties desire additional time to brief the issues set forth in Motion, while leaving
24 the Court with sufficient time to review all relevant pleadings prior to the hearing.
25
26
27
28

LAI-2897014v1                      2
**SECOND STIPULATION AND [PROPOSED] SCHEDULING ORDER**

1    NOW THEREFORE, the parties hereto stipulate and agree:

2    1.    The hearing on the Motion shall take place before the Court on
3    October 12, 2007 at 9:00 a.m. or as soon thereafter as counsel my be heard.

4    2.    Any opposition to the Motion and any related supporting materials
5    must be served and filed no later than September 5, 2007 in compliance with the
6    local rules of this Court and Judge White's civil standing orders; *provided,*
7    *however,* that any brief in support of such opposition may not exceed 25 pages in
8    length, exclusive of title pages, indices of cases, table of contents, exhibits and
9    summaries of arguments.[1]

10   4.    Any reply to an opposition will be subject to the 15 page limit set forth
11   in Judge White's civil standing orders, and must be filed along with any related
12   supporting materials no later than September 21, 2007.[2]

13   5.    The briefing and hearing schedule, and page limits, set forth herein
14   may be modified by further order of the Court on motion of Grant County or PG&E
15   for good cause shown, or on the Court's own motion.

16   The parties hereto respectfully request that the Court enter an Order
17   according to these stipulated terms.

---

[1] The deadline for filing oppositions and supporting materials was August 24, 2007 in the July 24 Scheduling Order.

[2] The deadline for filing replies and supporting materials was August 31, 2007 in the July 24 Scheduling Order.

Dated:  August 17, 2007

Respectfully submitted,

JONES DAY

By:  /s/ Peter G. McAllen
       Peter G. McAllen, CA SB#107416

Attorneys for Plaintiff
PUBLIC UTILITY DISTRICT NO. 2 OF GRANT COUNTY, WASHINGTON

HOWARD, RICE, NEMEROVSKI, CANADY, FALK & RABKIN

By:  /s/ Gary M. Kaplan
       GARY M. KAPLAN, CA SB#155530

Attorneys for Defendant
PACIFIC GAS AND ELECTRIC COMPANY

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  _____, 2007

_____
Honorable Jeffrey S. White
United States District Judge