1 | Peter G. McAllen (State Bar No. 107416)
    JONES DAY
2 | 555 S. Flower St., 50th Floor
    Los Angeles, CA 90071
3 | Telephone:  (213) 489-3939
    Facsimile:   (213) 243-2539
4 | E-mail:      pmcallen@jonesday.com

5 | Tobias S. Keller  (State Bar No. 151445)
    JONES DAY
6 | 555 California Street, 26th Floor
    San Francisco, CA  94104-1500
7 | Telephone:  (415) 626-3939
    Facsimile:   (415) 875-5700
8 | E-mail:      tkeller@jonesday.com

9 | Attorneys for Plaintiff
    PUBLIC UTILITY DISTRICT NO. 2 OF
10 | GRANT COUNTY, WASHINGTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC UTILITY DISTRICT NO. 2 OF GRANT COUNTY, WASHINGTON<br><br>Plaintiff.<br><br>vs.<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>Defendant. | Case No. 07-3243 JSW<br><br>Chapter 11 Case<br><br>Bankr. Case No. 01-30923 DM<br><br>**SECOND STIPULATION SETTING BRIEFING AND HEARING SCHEDULE; [PROPOSED] ORDER THEREON** |

LAI-2897014v1

1

**SECOND STIPULATION AND [PROPOSED] SCHEDULING ORDER**

Pursuant to Local Rule 7-7, Plaintiff Public Utility District No. 2 of Grant County, Washington ("Grant County") and Defendant Pacific Gas and Electric Company ("PG&E"), by and through their respective attorneys of record, hereby stipulate and agree, and respectfully request an order of the Court, as follows:

WHEREAS, Grant County filed its Motion for (I) Withdrawal of Reference of Proof of Claim and (II) Transfer of Venue Thereof to the United States District Court for the Eastern District of Washington (the "Motion") in PG&E's chapter 11 bankruptcy case, Case No. 01-30923 DM, pending in the United States Bankruptcy Court for the Northern District of California, San Francisco Division (the "Bankruptcy Court");

WHEREAS, the Motion has been transferred to this Court and assigned to Judge Jeffrey S. White and designated Case No. 07-3243 JSW;

WHEREAS, on July 24, 2007, this Court entered an order (docket no. 3) approving the Stipulation Setting Briefing and Hearing Schedule (the "July 24 Scheduling Order"), which set the dates and page limits for the filing of certain briefs by the parties in connection with the Motion and set a hearing for the Motion on September 14, 2007 at 9:00 a.m.;

WHEREAS, on August 2, 2007, the Clerk for this Court filed a notice (docket no. 4) indicating that the hearing on the Motion would be moved from September 14, 2007 to October 12, 2007 at 9:00 a.m. and that the briefing schedule set in the July 24 Scheduling Order would remain the same; and

WHEREAS, in light of the movement of the hearing on the Motion, the parties desire additional time to brief the issues set forth in Motion, while leaving the Court with sufficient time to review all relevant pleadings prior to the hearing.

LAI-2897014v1                              2
SECOND STIPULATION AND [PROPOSED] SCHEDULING ORDER

1      NOW THEREFORE, the parties hereto stipulate and agree:

2      1.    The hearing on the Motion shall take place before the Court on
3 October 12, 2007 at 9:00 a.m. or as soon thereafter as counsel my be heard.

4      2.    Any opposition to the Motion and any related supporting materials
5 must be served and filed no later than September 5, 2007 in compliance with the
6 local rules of this Court and Judge White's civil standing orders; *provided,*
7 *however,* that any brief in support of such opposition may not exceed 25 pages in
8 length, exclusive of title pages, indices of cases, table of contents, exhibits and
9 summaries of arguments.[1]

10     4.    Any reply to an opposition will be subject to the 15 page limit set forth
11 in Judge White's civil standing orders, and must be filed along with any related
12 supporting materials no later than September 21, 2007.[2]

13     5.    The briefing and hearing schedule, and page limits, set forth herein
14 may be modified by further order of the Court on motion of Grant County or PG&E
15 for good cause shown, or on the Court's own motion.

16     The parties hereto respectfully request that the Court enter an Order
17 according to these stipulated terms.

---

[1] The deadline for filing oppositions and supporting materials was August 24, 2007 in the July 24 Scheduling Order.

[2] The deadline for filing replies and supporting materials was August 31, 2007 in the July 24 Scheduling Order.

LAI-2897014v1                                -3-

**SECOND STIPULATION AND [PROPOSED] SCHEDULING ORDER**

1  Dated: August 17, 2007                Respectfully submitted,

                                         JONES DAY

                                         By: /s/ Peter G. McAllen
                                             Peter G. McAllen, CA SB#107416

                                         Attorneys for Plaintiff
                                         PUBLIC UTILITY DISTRICT NO. 2 OF
                                         GRANT COUNTY, WASHINGTON


                                         HOWARD, RICE, NEMEROVSKI,
                                         CANADY, FALK & RABKIN


                                         By: /s/ Gary M. Kaplan
                                             GARY M. KAPLAN, CA SB#155530

                                         Attorneys for Defendant
                                         PACIFIC GAS AND ELECTRIC
                                         COMPANY


**ORDER**

~~PURSUANT TO STIPULATION, IT IS SO ORDERED.~~

DATED: __August 17__, 2007

                                         _____
                                         Honorable Jeffrey S. White
                                         United States District Judge

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — DENIED WITHOUT PREJUDICE, Judge Jeffrey S. White]

                                         Denied without prejudice for parties to
                                         show good cause for extension of time.

LAI-2897014v1                          -4-

**SECOND STIPULATION AND [~~PROPOSED~~] SCHEDULING ORDER**