1   WILLIAM J. LAFFERTY (No. 120814)
    GARY M. KAPLAN (No. 155530)
2   HOWARD RICE NEMEROVSKI CANADY
        FALK & RABKIN
3   A Professional Corporation
    Three Embarcadero Center, 7th Floor
4   San Francisco, California  94111-4065
    Telephone:   415/434-1600
5   Facsimile:   415/217-5910
    E-Mail:      gmkaplan@howardrice.com
6
    Attorneys for Defendant
7   PACIFIC GAS AND ELECTRIC COMPANY

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN FRANCISCO DIVISION

11

12  | In re | Bankr. Case No. 01-30923 |

13  | PACIFIC GAS AND ELECTRIC COMPANY, a California corporation, | Chapter 11 |

14

    | Debtor. |

15  | Federal I.D. No. 9400742640 |

16

17  | PUBLIC UTILITY DISTRICT NO. 2 OF GRANT COUNTY, WASHINGTON, | Case No. C 07-03243 JSW |

18

    | Plaintiff, |

19

    | v. |

20

    | PACIFIC GAS AND ELECTRIC COMPANY, |

21

22  | Defendant. |

23

24              **REQUEST TO REMOVE E-MAIL FROM CASE**

25

26

27

28

1  Please be advised that attorney Kimberly Bliss, State Bar No. 207857, of the Office of
2  the San Francisco City Attorney, and formerly an associate at the law firm of Howard Rice
3  Nemerovski Canady Falk & Rabkin, A Professional Corporation, is no longer affiliated with
4  the above-captioned matter and should be removed from all electronic notification by e-mail.

DATED: August 23, 2007

HOWARD, RICE, NEMEROVSKI, CANADY,
 FALK & RABKIN
A Professional Corporation


By: _____/s/_____
       GARY M. KAPLAN

Defendant PACIFIC GAS AND ELECTRIC
COMPANY

W03 141990013/1395447/v2

REQUEST TO REMOVE E-MAIL FROM CASE
-1-