1  WILLIAM J. LAFFERTY (No. 120814)
   GARY M. KAPLAN (No. 155530)
2  HOWARD RICE NEMEROVSKI CANADY
       FALK & RABKIN
3  A Professional Corporation
   Three Embarcadero Center, 7th Floor
4  San Francisco, California 94111-4065
   Telephone: 415/434-1600
5  Facsimile: 415/217-5910
   E-Mail: gmkaplan@howardrice.com
6
   Attorneys for Defendant
7  PACIFIC GAS AND ELECTRIC COMPANY

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

| 12 | In re | Bankr. Case No. 01-30923 |
|---|---|---|
| 13 | PACIFIC GAS AND ELECTRIC COMPANY, a California corporation, | Chapter 11 |
| 14 | Debtor. | |
| 15 | Federal I.D. No. 9400742640 | |
| 16 | | |
| 17 | PUBLIC UTILITY DISTRICT NO. 2 OF GRANT COUNTY, WASHINGTON, | Case No. C 07-03243 JSW |
| 18 | Plaintiff, | |
| 19 | v. | |
| 20 | PACIFIC GAS AND ELECTRIC COMPANY, | |
| 21 | | |
| 22 | Defendant. | |

23
24     **PROOF OF SERVICE FOR REQUEST TO REMOVE E-MAIL FROM CASE**
25
26
27
28
                              PROOF OF SERVICE

**PROOF OF SERVICE BY MAIL**

I am employed in the City and County of San Francisco, State of California. I am over the age of eighteen (18) years and not a party to the within action; my business address is Three Embarcadero Center, 7th Floor, San Francisco, California 94111-4024.

I am readily familiar with the practice for collection and processing of documents for mailing with the United States Postal Service of Howard Rice Nemerovski Canady Falk & Rabkin, A Professional Corporation, and that practice is that the documents are deposited with the United States Postal Service with postage fully prepaid the same day as the day of collection in the ordinary course of business.

On August 23, 2007, I served the following document(s) described as: **Request to Remove E-mail from Case** on the persons listed below by placing the document(s) for deposit in the United States Postal Service through the regular mail collection process at the law offices of Howard Rice Nemerovski Canady Falk & Rabkin, A Professional Corporation, located at Three Embarcadero Center, 7th Floor, San Francisco, California, to be served by mail addressed as follows:

Peter G. McAllen
Jones Day
555 S. Flower St., 50th Floor
Los Angeles, CA 90071

*[Counsel for PUD No. 2 of Grant County, Washington]*

Tobias S. Keller
Jones Day
555 California St., 26th Floor
San Francisco, CA 94104

*[Counsel for PUD No. 2 of Grant County, Washington]*

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on August 23, 2007.

/s/
Kathryn A. Sakamoto

PROOF OF SERVICE

-1-

1 W03 141990061/1412473/v1

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
*A Professional Corporation*

PROOF OF SERVICE

-2-