WILLIAM J. LAFFERTY (No. 120814)
GARY M. KAPLAN (No. 155530)
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4065
Telephone:   415/434-1600
Facsimile:    415/217-5910
E-Mail:        gmkaplan@howardrice.com

Attorneys for Defendant
PACIFIC GAS AND ELECTRIC COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PACIFIC GAS AND ELECTRIC COMPANY, a California corporation,<br><br>Debtor.<br><br>Federal I.D. No. 9400742640 | Bankr. Case No. 01-30923<br><br>Chapter 11 |
| PUBLIC UTILITY DISTRICT NO. 2 OF GRANT COUNTY, WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Defendant. | Case No. C 07-03243 JSW |

**REQUEST TO REMOVE E-MAIL FROM CASE**

Please be advised that attorney Kimberly Bliss, State Bar No. 207857, of the Office of the San Francisco City Attorney, and formerly an associate at the law firm of Howard Rice Nemerovski Canady Falk & Rabkin, A Professional Corporation, is no longer affiliated with the above-captioned matter and should be removed from all electronic notification by e-mail.

DATED: August 23, 2007

HOWARD, RICE, NEMEROVSKI, CANADY, FALK & RABKIN
A Professional Corporation

By: _____/s/_____
GARY M. KAPLAN

Defendant PACIFIC GAS AND ELECTRIC COMPANY

W03 141990013/1395447/v2

GRANTED
[Signature: Jeffrey S. White]
Judge Jeffrey S. White
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dated: August 23, 2007

REQUEST TO REMOVE E-MAIL FROM CASE
-1-