1  Marie Fiala (State Bar No. 79676)
2  Russell P. Cohen (State Bar No. 213105)
   HELLER EHRMAN LLP
3  333 Bush Street
   San Francisco, CA  94104-2878
4  Telephone:  (415) 772-6000
   Facsimile: (415) 772-6268
5  Email:  Marie.Fiala@hellerehrman.com

6
   Gary M. Kaplan (State Bar No. 155530)
7  HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
   A Professional Corporation
8  Three Embarcadero Center, Seventh Floor
   San Francisco, CA 94111-4024
9  Telephone  (415) 434-1600
   Facsimile  (415) 217-5910
10 Email:  gmkaplan@howardrice.com

11 Attorneys for Defendant  PACIFIC GAS & ELECTRIC COMPANY

12

13                    UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15                         SAN FRANCISCO DIVISION

16 PUBLIC UTILITY DISTRICT NO. 2 OF          Case No.: C 07-03243 JSW
   GRANT COUNTY, WASHINGTON,
17                                           Chapter 11 Case
18                 Plaintiff,
                                             Bankr. Case No.  01-30923 DM
19      vs.
                                             **REQUEST FOR JUDICIAL NOTICE
20 PACIFIC GAS AND ELECTRIC COMPANY,         IN SUPPORT OF DEFENDANT
                                             PACIFIC GAS AND ELECTRIC
21                 Defendant.                COMPANY'S OPPOSITION TO
                                             PLAINTIFF'S MOTION FOR (I)
22                                           WITHDRAWAL OF REFERENCE OF
                                             PROOF OF CLAIM AND (II)
23                                           TRANSFER OF VENUE THEREOF**
24
                                             Date:  October 12, 2007
25                                           Time:  9:00 a.m.
                                             Courtroom:  2, 17th Floor
26                                           Judge:  Hon. Jeffrey S. White
27

28

REQUEST FOR JUDICIAL NOTICE ISO DEFENDANT PG&E CO.'S OPPOSITION TO PLAINTIFF'S MOTION
FOR WITHDRAWAL AND TRANSFER – CASE NO. C 07-03243 JSW

1  In accordance with Federal Rule of Evidence 201, Defendant Pacific Gas and Electric
2  Company respectfully request that this Court take judicial notice of each of the following exhibits
3  accompanying this Request for Judicial Notice:
4      1.  Motion to Intervene Out of Time of Public Utility District No. 2 of Grant County,
5  Washington, *San Diego Gas & Elec. Co.*, FERC No. EL00-95-004, *et al.* (Aug. 10, 2001), a true an
6  correct copy of which is attached hereto as Exhibit 1.
7      2.  Excerpts of the FERC Electric Tariff First Replacement Volume No. 1 of California
8  Independent System Operator Corporation filed with the Federal Energy Regulatory Commission,
9  effective October 13, 2000, a true and correct of which is attached hereto as Exhibit 2.
10     3.  Excerpts of the California Power Exchange Corporation FERC Electric Service
11 Tariff No. 2 filed with the Federal Energy Regulatory Commission, effective June 7, 2000, a true
12 and correct excerpt of which is attached hereto as Exhibit 3.
13     4.  Order Confirming Plan of Reorganization Under Chapter 11 of the Bankruptcy Code
14 for Pacific Gas and Electric Company Proposed by the Pacific Gas and Electric Company, PG&E
15 Corporation and the Official Committee of Unsecured Creditors Dated July 31, 2003, As Modified,
16 *In re Pacific Gas and Electric Company*, Case No. 01-30923 DM (filed Dec. 22, 2003), a true and
17 correct copy of which is attached hereto as Exhibit 4.
18     5.  Notice of (1) Occurrence of Effective Date of Confirmed Plan of Reorganization
19 Under Chapter 11 of the Bankruptcy Code for Pacific Gas and Electric Company Dated July 31,
20 2003, As Modified; and (2) Related Deadlines, *In re Pacific Gas and Electric Company*, Case No.
21 01-30923 DM (filed Apr. 13, 2004), a true and correct copy of which is attached hereto as Exhibit
22 5.
23     6.  Excerpts of the transcript of a hearing before Judge Dennis Montalli on March 5,
24 2004, *In re Pacific Gas and Electric Company*, Case No. 01-30923 DM, a true and correct copy of
25 which is attached hereto as Exhibit 6.
26     7.  PG&E's 11th Post-Confirmation Report for the Quarter Ending: 3/31/2007, *In re*
27 *Pacific Gas and Electric Company*, Case No. 01-30923 DM (dated May 15, 2007), a true and
28 correct copy of which is attached hereto as Exhibit 7.

1

1   Federal Rule of Evidence 201 allows a court to take judicial notice of facts that are "not
2   subject to reasonable dispute in that [they are] either (1) generally known within the territorial
3   jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources
4   whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). Pursuant to Rule 201, the
5   court may take judicial notice of public or quasi-public records, including prior court proceedings,
6   administrative orders and decisions, city ordinances, and documents filed with administrative
7   agencies. *See Transmission Agency of N. Cal. v. Sierra Pac. Power Co.*, 295 F.3d 918, 924 n.3 (9th
8   Cir. 2002) (taking judicial notice of order of Federal Energy Regulatory Commission ("FERC"));
9   *Papai v. Harbor Tug & Barge Co.*, 67 F.3d 203, 207, n.5 (9th Cir. 1995), *rev'd on other grounds*,
10  520 U.S. 548 (1997) ("Judicial notice is properly taken of orders and decisions made by other
11  courts or administrative agencies."); *U.S. ex rel. Robinson Rancheria Citizens Council v. Borneo,
12  Inc.*, 971 F.2d 244, 248 (9th Cir. 1992) (taking judicial notice of proceedings in other courts);
13  *Burbank-Glendale-Pasadena Airport Auth. v. City of Burbank*, 136 F.3d 1360, 1364 (9th Cir. 1998)
14  (granting request for judicial notice of pleadings in related action).

DATED: August 24, 2007                     Respectfully submitted,

                                           HOWARD RICE NEMEROVSKI CANADY FALK &
                                           RABKIN
                                           A Professional Corporation

                                           HELLER EHRMAN LLP


                                           By /s/ Marie Fiala
                                              Marie Fiala

                                           Attorneys for Defendant
                                           PACIFIC GAS & ELECTRIC CO.

2
REQUEST FOR JUDICIAL NOTICE ISO DEFENDANT PG&E CO.'S OPPOSITION TO PLAINTIFF'S MOTION
FOR WITHDRAWAL AND TRANSFER – CASE NO. C 07-03243 JSW