# Exhibit 2

Case 3:07-cv-03243-JSW    Document 17-3    Filed 08/24/2007    Page 1 of 10

CALIFORNIA INDEPENDENT SYSTEM OPERATOR CORPORATION
FERC ELECTRIC TARIFF
FIRST REPLACEMENT VOLUME NO. I

FERC ELECTRIC TARIFF

FIRST REPLACEMENT VOLUME NO. I

OF

CALIFORNIA INDEPENDENT SYSTEM OPERATOR CORPORATION

FILED WITH THE

FEDERAL ENERGY REGULATORY COMMISSION

COMMUNICATIONS CONCERNING THIS TARIFF SHOULD BE SENT TO:

Roger Smith
Senior Regulatory Counsel

CALIFORNIA INDEPENDENT SYSTEM OPERATOR CORPORATION

151 Blue Ravine Road

Folsom, California  95630

Issued by: Roger Smith, Senior Regulatory Counsel
Issued on: October 13, 2000                                    Effective: October 13, 2000

CALIFORNIA INDEPENDENT SYSTEM OPERATOR CORPORATION
FERC ELECTRIC TARIFF
FIRST REPLACEMENT VOLUME NO. I                                    Original Sheet No. i

## INDEX

| Article Number | Provisions | Sheet No. |
|---|---|---|
| **1. DEFINITIONS AND INTERPRETATION.** | | **1** |
| **2. ISO OPERATIONS.** | | **2** |
| 2.1 Access to the ISO Controlled Grid. | | 2 |
| 2.2 Scheduling. | | 3 |
| 2.3 System Operations under Normal and Emergency Operating Conditions. | | 33 |
| 2.4 [Not Used] | | 50 |
| 2.4.3 Existing Contracts for Transmission Service | | 50 |
| 2.5 Ancillary Services. | | 61 |
| 2.6 Incorporation of the ISO Market Monitoring & Information Protocol | | 139 |
| **3. RELATIONSHIP BETWEEN ISO AND PARTICIPATING TOS.** | | **140** |
| 3.1 Nature of Relationship. | | 140 |
| 3.2 Transmission Expansion. | | 141 |
| 3.3 Metered Subsystems | | 150 |
| **4. RELATIONSHIP BETWEEN ISO AND UDCS.** | | **161** |
| 4.1 General Nature of Relationship Between ISO and UDCs. | | 161 |
| 4.2 Coordinating Maintenance Outages of UDC Facilities. | | 162 |
| 4.3 UDC Responsibilities. | | 162 |
| 4.4 System Emergencies. | | 163 |
| 4.5 Electrical Emergency Plan (EEP). | | 164 |
| 4.6 System Emergency Reports: UDC Obligations. | | 164 |
| 4.7 Coordination of Expansion or Modifications to UDC Facilities. | | 165 |
| 4.8 Information Sharing. | | 165 |
| 4.9 UDC Facilities under ISO Control. | | 167 |
| **5. RELATIONSHIP BETWEEN ISO AND GENERATORS.** | | **167** |
| 5.1 General Responsibilities. | | 167 |
| 5.2 Procurement of Reliability Must-Run Generation by the ISO. | | 170 |
| 5.3 Identification of Generating Units. | | 179 |
| 5.4 Generator Performance Standard. | | 179 |
| 5.5 Outages. | | 179 |
| 5.6 System Emergencies. | | 180 |

Issued by: Roger Smith, Senior Regulatory Counsel
Issued on: October 13, 2000                                        Effective: October 13, 2000

CALIFORNIA INDEPENDENT SYSTEM OPERATOR CORPORATION
FERC ELECTRIC TARIFF
FIRST REPLACEMENT VOLUME NO. I                                Original Sheet No. ii

| | |
|---|---:|
| 5.7 Interconnection to the ISO Controlled Grid. | 181 |
| 5.8 Recordkeeping; Information Sharing. | 182 |
| 5.9 Access Right. | 183 |
| 5.10 Black Start Services. | 184 |
| **6. TRANSMISSION SYSTEM INFORMATION AND COMMUNICATIONS.** | **185** |
| 6.1 WEnet. | 185 |
| 6.2 Reliable Operation of the WEnet. | 187 |
| 6.3 Information to be Provided By Connected Entities to the ISO. | 188 |
| 6.4 Failure or Corruption of the WEnet. | 188 |
| 6.5 Confidentiality. | 189 |
| 6.6 Standards of Conduct. | 189 |
| **7. TRANSMISSION PRICING.** | **189** |
| 7.1 Access Charges. | 189 |
| 7.2 Zonal Congestion Management. | 198 |
| 7.3 Usage Charges and Grid Operations Charges. | 207 |
| 7.4 Transmission Losses. | 213 |
| **8. GRID MANAGEMENT CHARGE.** | **215** |
| 8.1 ISO's Obligations. | 215 |
| 8.2 Components of the Grid Management Charge. | 216 |
| 8.3 Allocation of the Grid Management Charge Among Scheduling Coordinators. | 217 |
| 8.4 Calculation and Adjustment of the Grid Management Charge. | 217 |
| 8.5 Operating and Reserve Account. | 218 |
| 8.6 Transition Mechanism | 218 |
| **9. FIRM TRANSMISSION RIGHTS** | **219** |
| 9.1 General | 219 |
| 9.2 Characteristics of Firm Transmission Rights | 219 |
| 9.3 Maximum Number of Firm Transmission Rights | 221 |
| 9.4 Issuance of Firm Transmission Rights by the ISO by Auction | 222 |
| 9.5 Distribution of Auction Revenues Received by the ISO for Firm Transmission Rights | 228 |
| 9.6 Distribution of Usage Charges to FTR Holders | 228 |
| 9.7 Scheduling Priority of FTR Holders | 230 |
| 9.8 Assignment of Firm Transmission Rights | 231 |

Issued by: Roger Smith, Senior Regulatory Counsel
Issued on: October 13, 2000                                Effective: October 13, 2000

CALIFORNIA INDEPENDENT SYSTEM OPERATOR CORPORATION
FERC ELECTRIC TARIFF
FIRST REPLACEMENT VOLUME NO. I                                              Original Sheet No. iii

| | |
|---|---|
| **10. METERING.** | **233** |
| 10.1 Applicability. | 233 |
| 10.2 Responsibilities of ISO Metered Entities | 233 |
| 10.3 Meter Service Agreements for ISO Metered Entities. | 237 |
| 10.4 Low Side Metering. | 238 |
| 10.5 Audit, Testing Inspection and Certification Requirements. | 239 |
| 10.6 Metering for Scheduling Coordinator Metered Entities. | 239 |
| **11. ISO SETTLEMENTS AND BILLING.** | **245** |
| 11.1 Settlement Principles. | 245 |
| 11.2 Calculations of Settlements. | 246 |
| 11.3 Billing and Payment Process. | 253 |
| 11.4 General Principles for Production of Settlement Statements. | 253 |
| 11.5 Calculation in the Event of Lack of Meter Data for the Balancing of Market Accounts. | 254 |
| 11.6 Settlements Cycle. | 255 |
| 11.7 Confirmation and Validation. | 257 |
| 11.8 Payment Procedures. | 259 |
| 11.9 Invoices. | 260 |
| 11.10 Instructions for Payment. | 260 |
| 11.11 ISO's Responsibilities. | 260 |
| 11.12 Non-payment by a Scheduling Coordinator. | 261 |
| 11.13 Payment to ISO Creditors. | 261 |
| 11.14 Using the ISO Reserve Account. | 261 |
| 11.15 Prohibition on transfers. | 262 |
| 11.16 Alternative Payment Procedures. | 262 |
| 11.17 [DELETED] | 262 |
| 11.18 Payment Errors. | 262 |
| 11.19 Defaults. | 263 |
| 11.20 Proceedings to Recover Overdue Amounts. | 264 |
| 11.21 Data Gathering and Storage. | 264 |
| 11.22 Confidentiality. | 265 |
| 11.23 Communications. | 265 |
| 11.24 ISO Payments Calendar. | 266 |

Issued by:  Roger Smith, Senior Regulatory Counsel
Issued on:  October 13, 2000                                              Effective:  October 13, 2000

CALIFORNIA INDEPENDENT SYSTEM OPERATOR CORPORATION
FERC ELECTRIC TARIFF
FIRST REPLACEMENT VOLUME NO. I                                    Original Sheet No. iv

| | |
|---|---|
| **12. AUDITS.** | **266** |
| 12.1 Materials Subject to Audit. | 266 |
| 12.2 ISO Audit Committee. | 266 |
| 12.3 Audit Results. | 268 |
| 12.4 Availability of Records. | 268 |
| 12.5 Confidentiality of Information. | 268 |
| 12.6 Payments. | 269 |
| **13. DISPUTE RESOLUTION.** | **269** |
| 13.1 Applicability. | 269 |
| 13.2 Negotiation and Mediation. | 270 |
| 13.3 Arbitration. | 272 |
| 13.4 Appeal of Award. | 281 |
| 13.5 Allocation of Awards Payable by or to the ISO | 282 |
| **14. LIABILITY AND INDEMNIFICATION.** | **284** |
| **14.1 Liability for Damages.** | **284** |
| 14.2 Exclusion of Certain Types of Loss. | 284 |
| 14.3 Market Participant's Indemnity. | 284 |
| **15. UNCONTROLLABLE FORCES.** | **285** |
| **16. ISO GRID OPERATIONS COMMITTEE; CHANGES TO ISO PROTOCOLS.** | **286** |
| 16.1 ISO Grid Operations Committee | 286 |
| 16.2 ISO Protocol Amendment Process | 286 |
| 16.3 Market Surveillance: Changes to Operating Rules and Protocols | 286 |
| **17. ASSIGNMENT.** | **287** |
| **18. TERM AND TERMINATION.** | **287** |
| **19. REGULATORY FILINGS.** | **287** |
| **20. MISCELLANEOUS.** | **288** |
| 20.1 Notice. | 288 |
| 20.2 Waiver. | 289 |
| 20.3 Confidentiality. | 289 |
| 20.4 Staffing and Training To Meet Obligations. | 292 |
| 20.5 Accounts and Reports. | 292 |
| 20.6 Titles. | 292 |
| 20.7 Applicable Law and Forum. | 292 |

Issued by: Roger Smith, Senior Regulatory Counsel
Issued on: October 13, 2000                                     Effective: October 13, 2000

CALIFORNIA INDEPENDENT SYSTEM OPERATOR CORPORATION  
FERC ELECTRIC TARIFF  
FIRST REPLACEMENT VOLUME NO. I                                    Original Sheet No. v

| | |
|---|---|
| 20.8 Consistency with Federal Laws and Regulations | 293 |
| **21. GENERATION METER MULTIPLIERS.** | **294** |
| 21.1 Temporary Simplification Relating to GMM Loss Factors. | 294 |
| 21.2 Application. | 294 |
| 21.3 Notices of Full-Scale Operations. | 295 |
| **22. SCHEDULE VALIDATION TOLERANCES.** | **295** |
| 22.1 Temporary Simplification of Schedule Validation Tolerances. | 295 |
| 22.2 Application. | 296 |
| 22.3 Notices of Full-Scale Operations. | 296 |
| **23. [NOT USED]** | **297** |
| **24. [NOT USED]** | **297** |
| **25. [NOT USED]** | **297** |
| **26. TEMPORARY CHANGES TO ANCILLARY SERVICES PENALTIES** | **297** |
| 26.1 Application and Termination | 297 |
| **27. TEMPORARY RULE LIMITING ADJUSTMENT BIDS APPLICABLE TO DISPATCHABLE LOADS AND EXPORTS** | **297** |
| 27.1 Application and Termination | 297 |
| **28. NOTICE REGARDING DISQUALIFICATION OF CERTAIN BIDS** | **298** |
| **29. [NOT USED]** | **298** |
| **30. YEAR 2000 COMPLIANCE** | **298** |
| 30.1 Y2K Compliance | 298 |
| 30.2 Responsibility for Y2K Compliance | 299 |
| 30.3 Disconnection of Non-Y2K Compliant Systems and Processes | 299 |
| **APPENDIX A - MASTER DEFINITIONS SUPPLEMENT** | **300** |
| **APPENDIX B - SCHEDULING COORDINATOR AGREEMENT** | **358** |
| **APPENDIX C - ISO SCHEDULING PROCESS** | **363** |
| **APPENDIX D - BLACK START UNITS** | **367** |
| **APPENDIX E - VERIFICATION OF SUBMITTED DATA FOR ANCILLARY SERVICES** | **369** |
| **APPENDIX F - RATE SCHEDULES** | **372** |
| **APPENDIX G - MUST-RUN AGREEMENTS** | **388** |
| **APPENDIX H - METHODOLOGY FOR DEVELOPING THE WEIGHTED AVERAGE RATE FOR WHEELING SERVICE** | **389** |
| **APPENDIX I - ISO CONGESTION MANAGEMENT ZONES** | **391** |

Issued by: Roger Smith, Senior Regulatory Counsel  
Issued on: October 13, 2000                                    Effective: October 13, 2000

CALIFORNIA INDEPENDENT SYSTEM OPERATOR CORPORATION
FERC ELECTRIC TARIFF
FIRST REPLACEMENT VOLUME NO. I                              Original Sheet No. vi

| | |
|---|---:|
| **APPENDIX J - END-USE METER STANDARDS & CAPABILITIES** | **393** |
| **APPENDIX K - [NOT USED]** | **396** |
| **APPENDIX L - ISO PROTOCOLS** | **397** |

Issued by: Roger Smith, Senior Regulatory Counsel
Issued on: October 13, 2000                                Effective: October 13, 2000

CALIFORNIA INDEPENDENT SYSTEM OPERATOR CORPORATION
FERC ELECTRIC TARIFF
FIRST REPLACEMENT VOLUME NO. I                                    Original Sheet No. 292

law.  The ISO shall cooperate with the affected Market Participant to obtain proprietary or confidential treatment of confidential information by the person to whom such information is disclosed prior to any such disclosure.

### 20.4    Staffing and Training To Meet Obligations.

The ISO shall engage sufficient staff to perform its obligations under this ISO Tariff in a satisfactory manner consistent with Good Utility Practice.  The ISO shall make its own arrangements for the engagement of all staff and labor necessary to perform its obligations hereunder and for their payment.  The ISO shall employ (or cause to be employed) only persons who are appropriately qualified, skilled and experienced in their respective trades or occupations.  ISO employees and contractors shall abide by the ISO Code of Conduct for employees contained in the ISO bylaws and approved by FERC.

### 20.5    Accounts and Reports.

The ISO shall notify Market Participants of any significant change in the accounting treatment or methodology of any costs or any change in the accounting procedures, which is expected to result in a significant cost increase to any Market Participant.  Such notice shall be given at the earliest possible time, but no later than, sixty (60) days before implementation of such change.

### 20.6    Titles.

The captions and headings in this ISO Tariff are inserted solely to facilitate reference and shall have no bearing upon the interpretation of any of the rates, terms, and conditions of this ISO Tariff.

### 20.7    Applicable Law and Forum.

This ISO Tariff shall be governed by and construed in accordance with the laws of the State of California, except its conflict of laws provisions.  Market Participants irrevocably

Issued by: Roger Smith, Senior Regulatory Counsel
Issued on: October 13, 2000                                       Effective: October 13, 2000

CALIFORNIA INDEPENDENT SYSTEM OPERATOR CORPORATION
FERC ELECTRIC TARIFF
FIRST REPLACEMENT VOLUME NO. I                                       Original Sheet No. 293

consent that any legal action or proceeding arising under or relating to this ISO Tariff to which the ISO ADR Procedures do not apply, shall be brought in any court of the State of California or any federal court of the United States of America located in the State of California. Market Participants irrevocably waive any objection that they may have now or in the future to said courts in the State of California as the proper and exclusive forum for any legal action or proceeding arising under or related to this ISO Tariff.

**20.8    Consistency with Federal Laws and Regulations**

(a)     Nothing in the Tariff shall compel any person or federal entity to: (1) violate federal statutes or regulations; or (2) in the case of a federal agency, to exceed its statutory authority, as defined by any applicable federal statutes, regulations, or orders lawfully promulgated thereunder. If any provision of this Tariff is inconsistent with any obligation imposed on any person or federal entity by federal law or regulation to that extent, it shall be inapplicable to that person or federal entity. No person or federal entity shall incur any liability by failing to comply with a Tariff provision that is inapplicable to it by reason of being inconsistent with any federal statutes, regulations, or orders lawfully promulgated thereunder; provided, however, that such person or federal entity shall use its best efforts to comply with the Tariff to the extent that applicable federal laws, regulations, and orders lawfully promulgated thereunder permit it to do so.

(b)     If any provision of this Tariff requiring any person or federal entity to give an indemnity or impose a sanction on any person is unenforceable against a federal entity, the ISO shall submit to the Secretary of Energy or other appropriate Departmental Secretary a report of any circumstances that would, but for this provision, have rendered a federal entity liable to indemnify any person or incur a sanction and may request the Secretary of Energy or other appropriate

Issued by: Roger Smith, Senior Regulatory Counsel
Issued on: October 13, 2000                                          Effective: October 13, 2000