# Exhibit 6

```
                    UNITED STATES BANKRUPTCY COURT
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
                BEFORE THE HONORABLE DENNIS MONTALI, JUDGE
In Re:                             ) Case No. 01-30923 DM
                                   ) Chapter 11
                                   )
                                   )
PACIFIC GAS and ELECTRIC COMPANY,  )
a California corporation,          )
                                   )
                                   )
                                   )
              Debtor.              ) Friday, March 5, 2004
                                   ) 1:29 p.m. - 3:21 p.m.
                                   ) San Francisco, California
```

Hearing on:

1. Omnibus objection to ISO and Generator claims for reliability must-run service agreement charges as to Mirant Delta, 8875, and Mirant Potrero, 8876.
   CONTINUED TO APRIL 5, 2004 at 1:30 p.m.
2. Motion for order allowing administrative claim of Commonwealth Energy Corp.
   CONTINUED TO APRIL 29, 2004 at 1:30 p.m.
3. Objection to amended claim of Crystal River Oil & Gas, LLC (Claim No. 13330).
4. Debtor's objection to claim of Bank of America (No. 7243).
   CONTINUED TO MARCH 15, 2004 at 1:30 p.m.
5. Debtor's objection to claim of Bank of America (No. 7211) and request for allowance and payment of administrative expense claim filed by Bank of America, as administrative agent and as letter of credit issuing bank.
   CONTINUED TO MARCH 15, 2004 at 1:30 p.m.
6. Motion by the Port of Stockton to permit filing of late proof of claim.
   CONTINUED TO MARCH 22, 2004 at 1:30 p.m.
7. Motion for extension of time to object to certain proofs of claim and for related relief.
8. Motion for approval re disputed escrow accounts.

Hearing matters continued on next page.

9.  Debtor's motion for order approving settlement agreement among the debtor Enron Canada Corp.; Enron Energy Marketing Corp.; Enron Energy Services, Inc.; Enron North America Corp.; and Enron Power Marketing, Inc.

Appearances:

| | |
|---|---|
| For the Debtor and Debtor-in-Possession: | Howard, Rice, Nemerovski, Canady, Falk & Rabkin, P.C.<br>By:  Kimberly A. Bliss,<br>Gary M. Kaplan,<br>James L. Lopes, and<br>Ethan P. Schulman, Attorneys at Law<br>Three Embarcadero Center, Seventh Floor<br>San Francisco, California  94111-4065<br>(415) 399-3012 |
| For Enron Energy Services and Enron Energy Marketing Corp.: | LeBoeuf, Lamb, Greene & MacRae<br>By:  Bennett G. Young, Attorney at Law<br>One Embarcadero Center<br>San Francisco, California  94111<br>(415) 951-1180 |
| For Powerex Corp. and Portland General Electric Company (via telephone): | Peitzman, Glassman, Weg & Kempinsky LLP<br>By:  Howard J. Weg, Attorney at Law<br>1801 Avenue of the Stars, Suite 1225<br>Los Angeles, California  90067<br>(310) 552-3100 |
| For Mirant Delta and Mirant Potrero, LLC: | White & Case<br>By:  Roberto J. Kampfner, Attorney at Law<br>Three Embarcadero Center, 22nd Floor<br>San Francisco, California  94111-3162<br>(415) 544-1100 |
| For Federal Insurance Company (via telephone): | Duane Morris, LLP<br>By:  Lawrence J. Kotler, Attorney at Law<br>One Liberty Plaza<br>Philadelphia, Pennsylvania  19103-7396<br>(215) 979-1514 |
| For Midway-Sunset Cogeneration Co. (via telephone): | Mayer, Brown, Rowe & Maw, LLP<br>By:  Kimberly Winick, Attorney at Law<br>350 South Grand Avenue, 25th Floor<br>Los Angeles, California  90071-1503 |

Appearances continued on next page.

```
                    Appearances continued:
For Public Utility           Jones Day
District #2 of Grant         By:  Peter McAllen, Attorney at Law
County:                      555 West Fifth Street, Suite 4600
                             Los Angeles, California  90013-1025
                             (213) 489-3939
For Banca Nazionale          Jones Day
del Lavoro, SpA (BNL):       By:  John W. Edwards II, Attorney at Law
                             2882 Sand Hill Road, Suite 240
                             Menlo Park, California  94025
                             (650) 739-3939
For Creditor Crystal         Timothy P. Kindelan, Attorney at Law
River Oil & Gas:             Hacienda Corporate Center
                             12625 High Bluff Drive, Suite 306
                             San Diego, California  92130-2054
                             (858) 259-0115
For Creditor                 Kaye Scholer LLP
Reorganized California       By:  Marc S. Cohen, Attorney at Law
Power Exchange Corp.:        1999 Avenue of the Stars, Suite 1700
                             Los Angeles, California  90067-6048
                             (310) 788-1000
Electronic Court             United States Bankruptcy Court
Recorder:                    Miriam Huichapan
                             235 Pine Street, 23rd Floor (94104)
                             Post Office Box 7341
                             San Francisco, California  94120
                             (415) 268-2383
Certified Electronic         Palmer Reporting Services
Transcriber:                 P. O. Box 30727
                             Stockton, California  95213-0727
          Proceedings recorded by digital recording;
    transcript produced by federally-approved transcription service.

page
```

```
 1              MR. COHEN:  In that regard, Your Honor, - Marc Cohen
 2   for the reorganized PX - we have our issues with Grant County as
 3   well and its contention that it has claims against the PX.  And
 4   we want to make sure - Mr. Lopes agrees to this - we want to
 5   make sure that this notice motion procedure means that it will
 6   be on notice to the California Power Exchange as well.  And,
 7   once again, we'll take it upon ourselves to advise all the Class
 8   6 claimants if Grant County makes such a motion.
 9              THE COURT:  Well, are you Grant County's counsel?
10              MR. McALLEN:  Yeah.  Peter McAllen, Your Honor, for
11   Grant County.
12              THE COURT:  Yes.  You just commit on the record that
13   if you do take an affirmative step to have the claim allowed
14   you'll notice the Cal PX?
15              MR. McALLEN:  I will confirm that on the record.
16              And the main reason that we wanted this paragraph
17   included in the order, if I can just add a couple of words to
18   what Mr. Lopes said, we do believe we are in a different
19   position from all of the other Class 6 claimants.
20              We do believe that the FERC has decided that it has no
21   jurisdiction over us.  We do believe, as we said in our papers,
22   that that order is as to that determination final and
23   unreviewable.  I know that the papers filed by PG&E take issue
24   with that.
25              THE COURT:  No, I understand.  I mean it -
```

```
1           MR. McALLEN:  That's an issue that doesn't need to be
2    decided here today, but we do expect that if we are unable to
3    reach an agreed resolution with all of the interested parties,
4    who would be Grant County, the PX, PG&E, and ISO, and come back
5    to the Court with a stipulated order that implements an agreed
6    resolution, we will be back with the motion.
7           THE COURT:  As I understand the issue here, you
8    contend and the debtor disagrees that FERC had jurisdiction to
9    say that it had no jurisdiction over your client.
10          MR. McALLEN:  Yes.  And we -
11          THE COURT:  And they - and -
12          MR. McALLEN:  We had learned that that was their
13   position when we saw their reply brief.
14          THE COURT:  Okay.  Well, it's sort of the jurisdiction
15   and nonjurisdiction issue, okay.  But - you've seen the form of
16   order and you're satisfied?
17          MR. McALLEN:  We have seen the form of order and we
18   are satisfied.
19          THE COURT:  And, Mr. Lopes, what about -
20          MR. LOPES:  Midway-Sunset has also been resolved, Your
21   Honor.
22          THE COURT:  Midway-Sunset, right.
23          MS. BLISS:  It does, but we have one small
24   housekeeping matter, Your Honor.  I believe Midway-Sunset's
25   counsel is on the line, Ms. Winick.
```

```
 1              MS. WINICK:  Yes.  This is Kimberly Winick, Mayer,
 2   Brown, Rowe and Maw on behalf of -
 3              THE COURT:  Ms. Winick, good afternoon.
 4              MS. BLISS:  We've agreed to take care of
 5   Midway-Sunset's objection by having them withdraw their claim,
 6   their prepetition claim Number 6738 -
 7              THE COURT:  Right.
 8              MS. BLISS:  - right now on the record.  And so I just
 9   wanted -
10              THE COURT:  Okay, yes.
11              MS. BLISS:  And then we'll withdraw the motion as to
12   Midway-Sunset.
13              THE COURT:  And then they just line up as a
14   postpetition claim.
15              MS. BLISS:  Well, then they have an administrative
16   claim that will be taken care of pursuant to the agreement that
17   the parties entered into in November and that Your Honor has -
18              THE COURT:  Right.
19              MS. BLISS:  - already approved, yes.
20              THE COURT:  Do you contemplate a separate order that
21   memorializes this?
22              MS. BLISS:  I don't, Your Honor.  I think the parties
23   are comfortable with the fact that the agreement has already
24   been approved by the Court and that once this motion's
25   withdrawn -
```