# Exhibit 7

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: Case No. 01 30923 DM, Chapter 11 Case
PACIFIC GAS AND ELECTRIC COMPANY,
a California Corporation, Debtor.
Federal I.D. No. 94-0742640

Debtor (s)

PG&E's 11th (10th crossed out) Post-Confirmation Report
For the quarter ending: 03/31/2007 [1]

The revested debtor hereby submits the following post-confirmation report for this calendar quarter:

1. Date of entry of order confirming plan: 12/22/2003

2. Cash balance at beginning of quarter (in millions): $70 [3]
   Total receipts during quarter: _____ [2,3]
   Total disbursements during quarter: _____ [2,3]
   Cash balance at end of quarter (in millions): $37 [3]

3. Payments made pursuant to the Plan this quarter (in millions): $ - [4]

   Total payments to be made pursuant to the Plan: to be determined
   Cumulative paid to date (in millions): $397 [4]
   Balance remaining to be made under the Plan: to be determined

   As of the end of this reporting period                               Yes         No

4. Are all payments required by the confirmed plan current
   at this time? [If not, attach explanatory statement
   identifying payments not made (by creditor, amount
   and date due), reason for non-payment, and an
   estimated date as to when payments will be brought
   current.]                                                              X          ___

5. Do you currently anticipate a circumstance/event
   which will cause an interruption or cessation of
   payments or other performance under the Plan?
   (If yes, attach an explanatory statement.)                            ___          X

6. Have quarterly fees due to the United States
   Trustee to the date of this report been paid
   pursuant to 28 U.S.C. § 1930(a)(6) and the Plan?                       X          ___

---

[1] First report shall be filed for the portion of the calendar quarter from date of confirmation to the end of quarter, and subsequent reports shall be filed at the expiration of each calendar quarter thereafter until dismissal, conversion or entry of a final decree closing the case. Reports shall be filed with the court and served on the UST not later than forty-five (45) days after expiration of the reported period. Reports following December 31 quarter-ends will be filed not later than sixty (60) days after expiration of the reported period.

|  |  | Yes | No |
|---|---|---|---|
| 7. | Have all motions, contested matters, and adversary proceedings been resolved? (If no, for each such pending motion, contested matter or adversary proceeding, identify the parties and nature of the dispute and state the anticipated resolution.) | ___ | X [5] |
| 8. | Has the order confirming the Plan become nonappealable? | X | ___ |
| 9. | Have deposits, if any, required by the Plan been distributed pursuant to the Plan? (If no, please explain.) | X | ___ [6] |
| 10. | Has any property proposed by the Plan to be transferred been transferred pursuant to the Plan? | X (in process) | ___ |
| 11. | Does any property remain to be transferred pursuant to the Plan? (If yes, identify each such property and the anticipated date of transfer pursuant to the Plan.) | X | ___ [7] |
| 12. | Has the revested debtor(s) or the successor of the debtor(s) assumed the business or management of the property dealt with by the Plan? | X | ___ |
| 13. | Anticipated date of motion for final decree: | 2013 |  |

---

[2] Please see attached the Consolidated Statement of Cash Flows for the twelve months ended December 31, 2006 and the Condensed Consolidated Statement of Cash Flows for the three months ended March 31, 2007 from Pacific Gas and Electric Company's Form 10-Q as filed with the Securities and Exchange Commission. We have also included the Consolidated Balance Sheets as of December 31, 2006 and the Condensed Consolidated Balance Sheets as of March 31, 2007.

[3] Pacific Gas and Electric Company's Consolidated Statements of Cash Flows include the cash flow activities related to its subsidiaries. The subsidiaries' cash balances are also included in the beginning and ending cash balances presented above.

[4] Payments reflected are subsequent to the Effective Date (April 12, 2004) of Pacific Gas and Electric Company's plan of reorganization.

[5] There are various pending contested matters involving Pacific Gas and Electric Company's objections to claims filed against it by certain creditors. There are also a pending appeal in one claim-related matter.

[6] Pacific Gas and Electric Company has placed funds in five escrow accounts pursuant to an order of the Bankruptcy Court for the payment of disputed claims as they are resolved. Disbursements have been made from each of these accounts; each account has funds remaining which will be paid out as claims are resolved.

[7] Pursuant to the Plan of Reorganization, Pacific Gas and Electric Company is to donate certain real property or place conservation easements on such property. The transactions are in process to accomplish this transfer or encumbrance of property. In addition, Pacific Gas and Electric Company has approximately $1.2 billion in escrow as of March 31, 2007 pending resolution of disputed claims.

I declare under penalty of perjury that the statements set forth above are true and accurate.

_____5/15/07_____            _____[signature]_____
Dated:                           Responsible Individual (signature)

                                 ____ROBERT POWELL____
                                 Print Name


                                 Current Address:
                                 PG&E Corporation
                                 1 Market, Spear Tower, Suite 2400
                                 San Francisco, CA 94105


                                 Telephone Number:
                                 (415) 267-7154

Pacific Gas and Electric Company
CONSOLIDATED STATEMENTS OF CASH FLOWS
(in millions)

|  | Year ended December 31, | | |
|---|---:|---:|---:|
|  | 2006 | 2005 | 2004 |
| **Cash Flows From Operating Activities** | | | |
| Net income | $ 985 | $ 934 | $ 3,982 |
| Adjustments to reconcile net income to net cash provided by operating activities: | | | |
| Depreciation, amortization, decommissioning and allowance for equity funds used during construction | 1,755 | 1,697 | 1,494 |
| Gain on sale of assets | (11) | – | – |
| Recognition of regulatory assets | – | – | (4,900) |
| Deferred income taxes and tax credits, net | (287) | (636) | 2,580 |
| Other deferred charges and noncurrent liabilities | 116 | 21 | (391) |
| Net effect of changes in operating assets and liabilities: | | | |
| Accounts receivable | 128 | (245) | (85) |
| Inventories | 34 | (60) | (12) |
| Accounts payable | 21 | 257 | 273 |
| Accrued taxes/income taxes receivable | 28 | (150) | 52 |
| Regulatory balancing accounts, net | 329 | 254 | (590) |
| Other current assets | (273) | 2 | 55 |
| Other current liabilities | (235) | 273 | 395 |
| Payments authorized by the Bankruptcy Court on amounts classified as liabilities subject to compromise | – | – | (1,022) |
| Other | (13) | 19 | 7 |
| **Net cash provided by operating activities** | 2,577 | 2,366 | 1,838 |
| **Cash Flows From Investing Activities** | | | |
| Capital expenditures | (2,402) | (1,803) | (1,559) |
| Net proceeds from sale of assets | 17 | 39 | 35 |
| Decrease (increase) in restricted cash | 115 | 434 | (1,577) |
| Proceeds from nuclear decommissioning trust sales | 1,087 | 2,918 | 1,821 |
| Purchases of nuclear decommissioning trust investments | (1,244) | (3,008) | (1,972) |
| Other | 1 | 61 | (27) |
| **Net cash used in investing activities** | (2,426) | (1,359) | (3,279) |
| **Cash Flows From Financing Activities** | | | |
| Borrowings under accounts receivable facility and working capital facility | 350 | 260 | 300 |
| Repayments under accounts receivable facility and working capital facility | (310) | (300) | – |
| Net issuance of commercial paper, net of discount of $2 million | 458 | – | – |
| Proceeds from issuance of long-term debt, net of issuance costs of $3 million in 2005 and $107 million in 2004 | – | 451 | 7,742 |
| Proceeds from issuance of energy recovery bonds, net of issuance costs of $21 million in 2005 | – | 2,711 | – |
| Long-term debt matured, redeemed or repurchased | – | (1,554) | (8,402) |
| Rate reduction bonds matured | (290) | (290) | (290) |
| Energy recovery bonds matured | (316) | (140) | – |
| Preferred stock dividends paid | (14) | (16) | (90) |
| Common stock dividends paid | (460) | (445) | – |
| Preferred stock with mandatory redemption provisions redeemed | – | (122) | (15) |
| Preferred stock without mandatory redemption provisions redeemed | – | (37) | – |
| Common stock repurchased | – | (1,910) | – |
| Other | 38 | 65 | – |
| **Net cash used in financing activities** | (544) | (1,327) | (755) |
| **Net change in cash and cash equivalents** | (393) | (320) | (2,196) |
| Cash and cash equivalents at January 1 | 463 | 783 | 2,979 |
| **Cash and cash equivalents at December 31** | $ 70 | $ 463 | $ 783 |

Source: PG&E CORP, 10-K, February 22, 2007

| | | | | | | |
|---|---:|---:|---:|---:|---:|---:|
| **Supplemental disclosures of cash flow information** | | | | | | |
| Cash received for: | | | | | | |
| Reorganization interest income | $ | – | $ | – | $ | 16 |
| Cash paid for: | | | | | | |
| Interest (net of amounts capitalized) | | 476 | | 390 | | 512 |
| Income taxes paid, net | | 897 | | 1,397 | | 109 |
| Reorganization professional fees and expenses | | – | | – | | 61 |
| **Supplemental disclosures of noncash investing and financing activities** | | | | | | |
| Transfer of liabilities and other payables subject to compromise to operating assets and liabilities | $ | – | $ | – | $ | (2,877) |
| Equity contribution for settlement of plan of reorganization, or POR, payable | | – | | – | | (129) |
| Assumption of capital lease obligation | | 408 | | – | | – |
| Transfer of Gateway Generating Station asset | | 69 | | – | | – |

See accompanying Notes to the Consolidated Financial Statements.

64

Source: PG&E CORP, 10-K, February 22, 2007

**PACIFIC GAS AND ELECTRIC COMPANY**
**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS**

| (in millions) | (Unaudited) Three Months Ended March 31, | |
|---|---|---|
| | 2007 | 2006 |
| **Cash Flows From Operating Activities** | | |
| Net income | $ 261 | $ 217 |
| Adjustments to reconcile net income to net cash provided by operating activities: | | |
|   Depreciation, amortization, decommissioning and allowance for equity funds used during construction | 454 | 401 |
|   Deferred income taxes and tax credits, net | 143 | (27) |
|   Other deferred charges and noncurrent liabilities | 68 | 55 |
| Net effect of changes in operating assets and liabilities: | | |
|   Accounts receivable | 237 | 303 |
|   Inventories | 75 | 146 |
|   Accounts payable | (99) | (124) |
|   Accrued taxes/income taxes receivable | 41 | 202 |
|   Regulatory balancing accounts, net | (275) | (55) |
|   Other current assets | 174 | (80) |
|   Other current liabilities | (98) | 41 |
|   Other | (7) | 15 |
| **Net cash provided by operating activities** | 974 | 1,094 |
| **Cash Flows From Investing Activities** | | |
| Capital expenditures | (673) | (576) |
| Net proceeds from sale of assets | 4 | 3 |
| Decrease (increase) in restricted cash | (11) | 52 |
| Proceeds from nuclear decommissioning trust sales | 181 | 435 |
| Purchases of nuclear decommissioning trust investments | (199) | (477) |
| Other | - | 11 |
| **Net cash used in investing activities** | (698) | (552) |
| **Cash Flows From Financing Activities** | | |
| Borrowings under accounts receivable facility and working capital facility | - | 50 |
| Repayments under accounts receivable facility and working capital facility | (300) | (310) |
| Net repayment of commercial paper, net of $4 million discount on borrowings | (425) | - |
| Proceeds from issuance of long-term debt, net of discount and issuance costs of $10 million in 2007 | 690 | - |
| Rate reduction bonds matured | (75) | (74) |
| Energy recovery bonds matured | (83) | (56) |
| Common stock dividends paid | (127) | (115) |
| Preferred stock dividends paid | (3) | (3) |
| Other | 14 | 107 |
| **Net cash used in financing activities** | (309) | (401) |
| **Net change in cash and cash equivalents** | (33) | 141 |
| **Cash and cash equivalents at January 1** | 70 | 463 |
| **Cash and cash equivalents at March 31** | $ 37 | $ 604 |
| **Supplemental disclosures of cash flow information** | | |
| Cash paid for: | | |
|   Interest (net of amounts capitalized) | $ 115 | $ 154 |
|   Income taxes paid (refunded), net | (30) | (42) |

See accompanying Notes to the Condensed Consolidated Financial Statements.

Pacific Gas and Electric Company
**CONSOLIDATED BALANCE SHEETS**
(in millions)

|  | Balance at December 31, | |
|---|---:|---:|
|  | 2006 | 2005 |
| **ASSETS** | | |
| **Current Assets** | | |
| Cash and cash equivalents | $ 70 | $ 463 |
| Restricted cash | 1,415 | 1,546 |
| Accounts receivable: | | |
| Customers (net of allowance for doubtful accounts of $50 million in 2006 and $77 million in 2005) | 2,343 | 2,422 |
| Related parties | 6 | 3 |
| Regulatory balancing accounts | 607 | 727 |
| Inventories: | | |
| Gas stored underground and fuel oil | 181 | 231 |
| Materials and supplies | 149 | 133 |
| Income taxes receivable | 20 | 48 |
| Prepaid expenses and other | 714 | 183 |
| Total current assets | 5,505 | 5,756 |
| **Property, Plant and Equipment** | | |
| Electric | 24,036 | 22,482 |
| Gas | 9,115 | 8,794 |
| Construction work in progress | 1,047 | 738 |
| Total property, plant and equipment | 34,198 | 32,014 |
| Accumulated depreciation | (12,415) | (12,061) |
| Net property, plant and equipment | 21,783 | 19,953 |
| **Other Noncurrent Assets** | | |
| Regulatory assets | 4,902 | 5,578 |
| Nuclear decommissioning funds | 1,876 | 1,719 |
| Related parties receivable | 25 | 23 |
| Other | 280 | 754 |
| Total other noncurrent assets | 7,083 | 8,074 |
| **TOTAL ASSETS** | $ 34,371 | $ 33,783 |

See accompanying Notes to the Consolidated Financial Statements.

Source: PG&E CORP, 10-K, February 22, 2007

Pacific Gas and Electric Company
CONSOLIDATED BALANCE SHEETS
(in millions, except share amounts)

|  | Balance at December 31, | |
|---|---:|---:|
|  | 2006 | 2005 |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | |
| **Current Liabilities** | | |
| Short-term borrowings | $ 759 | $ 260 |
| Long-term debt, classified as current | 1 | 2 |
| Rate reduction bonds, classified as current | 290 | 290 |
| Energy recovery bonds, classified as current | 340 | 316 |
| Accounts payable: | | |
|   Trade creditors | 1,075 | 980 |
|   Disputed claims and customer refunds | 1,709 | 1,733 |
|   Related parties | 40 | 37 |
|   Regulatory balancing accounts | 1,030 | 840 |
|   Other | 402 | 423 |
| Interest payable | 570 | 460 |
| Deferred income taxes | 118 | 161 |
| Other | 1,346 | 1,255 |
| **Total current liabilities** | 7,680 | 6,757 |
| **Noncurrent Liabilities** | | |
| Long-term debt | 6,697 | 6,696 |
| Rate reduction bonds | — | 290 |
| Energy recovery bonds | 1,936 | 2,276 |
| Regulatory liabilities | 3,392 | 3,506 |
| Asset retirement obligations | 1,466 | 1,587 |
| Deferred income taxes | 2,972 | 3,218 |
| Deferred tax credits | 106 | 112 |
| Other | 1,922 | 1,691 |
| **Total noncurrent liabilities** | 18,491 | 19,376 |
| **Commitments and Contingencies (Notes 2, 4, 5, 6, 8, 9, 13, 15 and 17)** | | |
| **Shareholders' Equity** | | |
| Preferred stock without mandatory redemption provisions: | | |
|   Nonredeemable, 5.00% to 6.00%, outstanding 5,784,825 shares | 145 | 145 |
|   Redeemable, 4.36% to 5.00%, outstanding 4,534,958 shares | 113 | 113 |
| Common stock, $5 par value, authorized 800,000,000 shares, issued 279,624,823 shares in 2006 and 2005 | 1,398 | 1,398 |
| Common stock held by subsidiary, at cost, 19,481,213 shares | (475) | (475) |
| Additional paid-in capital | 1,822 | 1,776 |
| Reinvested earnings | 5,213 | 4,702 |
| Accumulated other comprehensive loss | (16) | (9) |
| **Total shareholders' equity** | 8,200 | 7,650 |
| **TOTAL LIABILITIES AND SHAREHOLDERS' EQUITY** | $ 34,371 | $ 33,783 |

See accompanying Notes to the Consolidated Financial Statements.

Source: PG&E CORP, 10-K, February 22, 2007

**PACIFIC GAS AND ELECTRIC COMPANY**
**CONDENSED CONSOLIDATED BALANCE SHEETS**

| (in millions) | Balance At | |
| --- | --- | --- |
| | March 31, 2007 (Unaudited) | December 31, 2006 |
| **ASSETS** | | |
| **Current Assets** | | |
| Cash and cash equivalents | $ 37 | $ 70 |
| Restricted cash | 1,426 | 1,415 |
| Accounts receivable: | | |
|   Customers (net of allowance for doubtful accounts of $55 million in 2007 and $50 million in 2006) | 2,108 | 2,343 |
|   Related parties | 4 | 6 |
|   Regulatory balancing accounts | 895 | 607 |
| Inventories: | | |
|   Gas stored underground and fuel oil | 95 | 181 |
|   Materials and supplies | 160 | 149 |
| Income taxes receivable | 25 | 20 |
| Prepaid expenses and other | 422 | 714 |
|   Total current assets | 5,172 | 5,505 |
| **Property, Plant and Equipment** | | |
| Electric | 24,281 | 24,036 |
| Gas | 9,176 | 9,115 |
| Construction work in progress | 1,203 | 1,047 |
|   Total property, plant and equipment | 34,660 | 34,198 |
| Accumulated depreciation | (12,516) | (12,415) |
|   Net property, plant and equipment | 22,144 | 21,783 |
| **Other Noncurrent Assets** | | |
| Regulatory assets | 4,726 | 4,902 |
| Nuclear decommissioning funds | 1,894 | 1,876 |
| Related parties receivable | 26 | 25 |
| Other | 293 | 280 |
|   Total other noncurrent assets | 6,939 | 7,083 |
| **TOTAL ASSETS** | $ 34,255 | $ 34,371 |

See accompanying Notes to the Condensed Consolidated Financial Statements.

8

**PACIFIC GAS AND ELECTRIC COMPANY**
**CONDENSED CONSOLIDATED BALANCE SHEETS**

| (in millions, except share amounts) | Balance At March 31, 2007 (Unaudited) | December 31, 2006 |
|---|---|---|
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | |
| **Current Liabilities** | | |
| Short-term borrowings | $ 39 | $ 759 |
| Long-term debt, classified as current | - | 1 |
| Rate reduction bonds, classified as current | 215 | 290 |
| Energy recovery bonds, classified as current | 341 | 340 |
| Accounts payable: | | |
|   Trade creditors | 805 | 1,075 |
|   Disputed claims and customer refunds | 1,709 | 1,709 |
|   Related parties | 27 | 40 |
|   Regulatory balancing accounts | 978 | 1,030 |
|   Other | 513 | 402 |
| Interest payable | 543 | 570 |
| Deferred income taxes | 193 | 118 |
| Other | 1,153 | 1,346 |
|   Total current liabilities | 6,516 | 7,680 |
| **Noncurrent Liabilities** | | |
| Long-term debt | 7,393 | 6,697 |
| Energy recovery bonds | 1,852 | 1,936 |
| Regulatory liabilities | 3,590 | 3,392 |
| Asset retirement obligations | 1,484 | 1,466 |
| Income taxes payable | 99 | - |
| Deferred income taxes | 3,010 | 2,972 |
| Deferred tax credits | 104 | 106 |
| Other | 1,882 | 1,922 |
|   Total noncurrent liabilities | 19,414 | 18,491 |
| **Commitments and Contingencies (Notes 2, 4, 5, 10 and 11)** | | |
| **Shareholders' Equity** | | |
| Preferred stock without mandatory redemption provisions: | | |
| Nonredeemable, 5.00% to 6.00%, outstanding 5,784,825 shares | 145 | 145 |
| Redeemable, 4.36% to 5.00%, outstanding 4,534,958 shares | 113 | 113 |
| Common stock, $5 par value, authorized 800,000,000 shares, issued 279,624,823 shares | 1,398 | 1,398 |
| Common stock held by subsidiary, at cost, 19,481,213 shares | (475) | (475) |
| Additional paid-in capital | 1,832 | 1,822 |
| Reinvested earnings | 5,323 | 5,213 |
| Accumulated other comprehensive loss | (11) | (16) |
|   Total shareholders' equity | 8,325 | 8,200 |
| **TOTAL LIABILITIES AND SHAREHOLDERS' EQUITY** | $ 34,255 | $ 34,371 |

See accompanying Notes to the Condensed Consolidated Financial Statements.