Marie Fiala (State Bar No. 79676)
Russell P. Cohen (State Bar No. 213105)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
Email: Marie.Fiala@hellerehrman.com

Gary M. Kaplan (State Bar No. 155530)
HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, Seventh Floor
San Francisco, CA 94111-4024
Telephone (415) 434-1600
Facsimile (415) 217-5910
Email: gmkaplan@howardrice.com

Attorneys for Defendant PACIFIC GAS & ELECTRIC COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC UTILITY DISTRICT NO. 2 OF GRANT COUNTY, WASHINGTON,<br><br>                    Plaintiff,<br><br>     vs.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                    Defendant. | Case No.: C 07-03243 JSW<br><br>Chapter 11 Case<br><br>Bankr. Case No. 01-30923 DM<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR (I) WITHDRAWAL OF REFERENCE OF PROOF OF CLAIM AND (II) TRANSFER OF VENUE THEREOF**<br><br>Date: October 12, 2007<br>Time: 9:00 a.m.<br>Courtroom: 2, 17th Floor<br>Judge: Hon. Jeffrey S. White |

[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR WITHDRAWAL AND TRANSFER – CASE NO. C 07-03243 JSW

1 | THIS MATTER came before this Court on Plaintiff's Motion for (i) Withdrawal of
2 | Reference of Proof of Claim and (ii) Transfer of Venue Thereof ("the Motion"). The Court has
3 | reviewed the Motion. The Court having considered the pleadings and papers on file herein and
4 | being fully advised in the premises, hereby orders:

5 | The Motion is DENIED.

7 | Entered this ___ day of _____, 2007.

10 | The Honorable Jeffrey S. White
11 | United States District Court – N.D. Cal.