UNITED STATES DISTRICT COURT

Northern District of California

PUBLIC UTILITY DISTRICT NO. 2 OF
GRANT COUNTY, WASHINGTON,

CASE NO.  C 07 03243 JSW

Plaintiff(s),

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

v.

PACIFIC GAS AND ELECTRIC
COMPANY,

Defendant(s).
_____/

Stanley A. Berman    , an active member in good standing of the bar of

the Supreme Court of the State of Washington        whose business address and telephone number

(particular court to which applicant is admitted)

is

Heller Ehrman LLP
701 Fifth Avenue, Suite 6100, Seattle, WA 98104
(206) 447-0900

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing Pacific Gas and Electric Company,

IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice.* Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing.*

Dated:  SEP 1 3 2007

Jeffery S. White
United States District Judge

UNITED STATES DISTRICT COURT
For the Northern District of California