| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | ROBERT A. VAN NEST - #84065 |
| 2 | JON B. STREETER - #101970 |
| | 710 Sansome Street |
| 3 | San Francisco, CA  94111-1704 |
| | Telephone:  (415) 391-5400 |
| 4 | Facsimile:  (415) 397-7188 |
| 5 | Attorneys for Defendant |
| | PACIFIC GAS AND ELECTRIC COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Bankr. Case No. 01-30923 |
| PACIFIC GAS AND ELECTRIC COMPANY, a California corporation, | Chapter 11 |
| Debtor. | |
| Federal I.D. No. 9400742640 | |
| | Case No. C 07-03243 JSW |
| PUBLIC UTILITY DISTRICT NO. 2 OF GRANT COUNTY, WASHINGTON, | |
| Plaintiff, | |
| v. | |
| PACIFIC GAS AND ELECTRIC COMPANY, | |
| Defendant. | |

**REQUEST TO REMOVE E-MAIL FROM CASE**

1 | Please be advised that Keker & Van Nest no longer has a role as counsel of record for any party in this matter, is no longer affiliated with the above-captioned matter, and should be removed from all electronic notification by e-mail.

Dated: September 19, 2007

KEKER & VAN NEST, LLP

By: /s/ Jon B. Streeter
JON B. STREETER
Attorneys for Defendant
PACIFIC GAS AND ELECTRIC COMPANY