IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**          **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: October 12, 2007           **Court Reporter:** Jim Yeomans

**CASE NO.: C-07-3243 JSW**

**TITLE:** Public Utility District No. 2 of Grant County Washington v. Pacific Gas & Electric

**COUNSEL FOR PLAINTIFF:**          **COUNSEL FOR DEFENDANT:**

Peter McAllen                        Peter Benvenutti
                                     Stan Berman
                                     Gary Kaplan

**PROCEEDINGS:** Motion for Withdrawal of Proof of Claim and Transfer of Venue

**RESULTS:**  *The Court **tentatively DENIES** Plaintiff's motion for withdrawal of reference and transfer of venue.*

The Court heard argument from counsel.
The motion is under submission. A written ruling shall issue.