1   Peter G. McAllen (State Bar No. 107416)
    JONES DAY
2   555 S. Flower St., 50th Floor
    Los Angeles, CA 90071
3   Telephone:   (213) 489-3939
    Facsimile:   (213) 243-2539
4   E-mail:      pmcallen@jonesday.com

5   Tobias S. Keller  (State Bar No. 151445)
    JONES DAY
6   555 California Street, 26th Floor
    San Francisco, CA  94104-1500
7   Telephone:  (415) 626-3939
    Facsimile:   (415) 875-5700
8   E-mail:      tkeller@jonesday.com

9   Attorneys for Plaintiff
    PUBLIC UTILITY DISTRICT NO. 2 OF
10  GRANT COUNTY, WASHINGTON

11              UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13                SAN FRANCISCO DIVISION

14

15  PUBLIC UTILITY DISTRICT NO. 2 OF          Case No. C 07-03243 JSW
    GRANT COUNTY, WASHINGTON
16                                            Chapter 11 Case
                    Plaintiff.
17                                            Bankr. Case No. 01-30923 DM

18           vs.                              **PUBLIC UTILITY DISTRICT
                                              NO. 2 OF GRANT COUNTY
    PACIFIC GAS AND ELECTRIC                  WASHINGTON'S STATEMENT
19  COMPANY                                   OF RECENT DECISION OF
                                              THE FEDERAL ENERGY
20                  Defendant.                REGULATORY COMMISSION**

21

22

23

24

25

26

27

28

    LAI-2910084v2

1    On October 12, 2007, this Court held a hearing on the Motion for

2  (I) Withdrawal of the Reference of Proof of Claim and (II) Transfer of Venue

3  Thereof to the United States District Court for the Eastern District of Washington

4  (docket no. 1) (the "Motion") filed by Plaintiff Public Utility District No. 2 of Grant

5  County, Washington ("Grant").  At the hearing, the Court heard arguments from

6  counsel for and against the Motion and took the Motion under submission,

7  indicating that a written ruling shall issue.

8    On October 18, 2007, the Federal Energy Regulatory Commission ("FERC")

9  issued a Fact Sheet that is potentially relevant to this Court's consideration of the

10 Motion.  A copy of the Fact Sheet is attached to this Statement as Exhibit A.  FERC

11 has not yet made public a copy of the order referenced in the Fact Sheet, but Grant

12 will file an additional Statement of Recent Decision when the FERC order becomes

13 available.

14

15 Dated:  October 18, 2007                    Respectfully submitted,

16

17                                      By: /s/ Peter G. McAllen
                                             Peter G. McAllen, CA SB#107416

18                                      Attorneys for Plaintiff
                                        PUBLIC UTILITY DISTRICT NO. 2
19                                      OF GRANT COUNTY
                                        WASHINGTON
20

21

22

23

24

25

26

27

28

LAI-2910084v2

**STATEMENT OF RECENT DECISION**