Peter G. McAllen (State Bar No. 107416)
JONES DAY
555 S. Flower St., 50th Floor
Los Angeles, CA 90071
Telephone:  (213) 489-3939
Facsimile:  (213) 243-2539
E-mail:  pmcallen@jonesday.com

Tobias S. Keller  (State Bar No. 151445)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104-1500
Telephone:  (415) 626-3939
Facsimile:  (415) 875-5700
E-mail:  tkeller@jonesday.com

Attorneys for Plaintiff
PUBLIC UTILITY DISTRICT NO. 2 OF
GRANT COUNTY, WASHINGTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC UTILITY DISTRICT NO. 2 OF GRANT COUNTY, WASHINGTON<br><br>Plaintiff.<br><br>vs.<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>Defendant. | Case No. C 07-03243 JSW<br><br>Chapter 11 Case<br><br>Bankr. Case No. 01-30923 DM<br><br>**PUBLIC UTILITY DISTRICT NO. 2 OF GRANT COUNTY WASHINGTON'S SECOND STATEMENT OF RECENT DECISION OF THE FEDERAL ENERGY REGULATORY COMMISSION** |

LAI-2910386v1

**STATEMENT OF RECENT DECISION**

1   On October 12, 2007, this Court held a hearing on the Motion for
2   (I) Withdrawal of the Reference of Proof of Claim and (II) Transfer of Venue
3   Thereof to the United States District Court for the Eastern District of Washington
4   (docket no. 1) (the "Motion") filed by Plaintiff Public Utility District No. 2 of Grant
5   County, Washington ("Grant"). At the hearing, the Court heard arguments from
6   counsel for and against the Motion and took the Motion under submission,
7   indicating that a written ruling shall issue.

8   On October 18, 2007, the Federal Energy Regulatory Commission ("FERC")
9   issued a Fact Sheet that is potentially relevant to this Court's consideration of the
10  Motion, which Grant previously submitted to the Court (docket no. 26). On
11  October 19, 2007, FERC issued the order referenced in the Fact Sheet. A copy of
12  the order is attached to this Statement as <u>Exhibit A</u>. Grant respectfully draws the
13  Court's attention to numbered paragraphs 36, 57, 68 and 76 of the order, which
14  appear on pages 14-15, 23, 29 and 31, respectively.

Dated: October 19, 2007                         Respectfully submitted,

                                                By: /s/ Peter G. McAllen
                                                    Peter G. McAllen, CA SB#107416

                                                Attorneys for Plaintiff
                                                PUBLIC UTILITY DISTRICT NO. 2
                                                OF GRANT COUNTY
                                                WASHINGTON

LAI-2910386v1

**STATEMENT OF RECENT DECISION**