Marie Fiala (State Bar No. 79676)
Peter J. Benvenutti (State Bar No. 60566)
Russell P. Cohen (State Bar No. 213105)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone:  (415) 772-6000
Facsimile: (415) 772-6268
Email:  Marie.Fiala@hellerehrman.com

Gary M. Kaplan (State Bar No. 155530)
HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, Seventh Floor
San Francisco, CA 94111-4024
Telephone  (415) 434-1600
Facsimile  (415) 217-5910
Email:  gmkaplan@howardrice.com

Attorneys for Defendant  PACIFIC GAS & ELECTRIC COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC UTILITY DISTRICT NO. 2 OF GRANT COUNTY, WASHINGTON,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Defendant. | Case No.: C 07-03243 JSW<br><br>Chapter 11 Case<br><br>Bankr. Case No.  01-30923 DM<br><br>**NOTICE OF FILING OF EXPEDITED REQUEST FOR CLARIFICATION OR LIMITED REHEARING OF FERC'S OCTOBER 19, 2007 ORDER** |

1 On October 19, 2007, Plaintiff Public Utility District No. 2 of Grant County, Washington ("Grant County") filed with the Court an order issued by the Federal Energy Regulatory Commission on that same date ("October 19 Order"). Grant County represented that the October 19 Order was potentially relevant to Grant County's pending Motion for (I) Withdrawal of the Reference of Proof of Claim and (II) Transfer of Venue Thereof to the United States District Court for the Eastern District of Washington, which was heard before this Court on October 12, 2007 and is currently under submission. On behalf of Pacific Gas and Electric Company ("PG&E"), we submit that the October 19 Order is not relevant to the pending motion.

In any event, PG&E filed an Expedited Request for Clarification or Limited Rehearing ("Request for Clarification") of the October 19 Order at FERC on October 25, 2007, seeking clarification or modification of a substantive provision of that Order. On October 29, 2007, FERC shortened time for consideration of the Request for Clarification, ordering interested parties to file answers to the Request by November 5, 2007. The Request for Clarification asks that FERC rule by November 19, 2007.

The Request for Clarification, as well as the October 29 Order shortening time, are attached hereto as Exhibits A and B, respectively, for the Court's convenience.

DATED: November 5, 2007             Respectfully submitted,

HOWARD RICE NEMEROVSKI CANADY FALK
& RABKIN
A Professional Corporation

HELLER EHRMAN LLP


By _____/s/_____
        Peter J. Benvenutti

Attorneys for Defendant
PACIFIC GAS & ELECTRIC CO.

1
NOTICE OF FILING OF EXPEDITED REQUEST FOR CLARIFICATION OR LIMITED REHEARING OF FERC'S OCTOBER 19, 2007 ORDER – CASE NO. C 07-03243 JSW