# Exhibit B

UNITED STATES OF AMERICA
FEDERAL ENERGY REGULATORY COMMISSION

San Diego Gas & Electric Company

      v.      Docket No. EL00-95-164

Sellers of Energy and Ancillary Services
Into Markets Operated by the California
Independent System Operator Corporation and
the California Power Exchange

Investigation of Practices of the California   Docket No. EL00-98-184
Independent System Operator and the
California Power Exchange

NOTICE SHORTENING ANSWER PERIOD

(October 29, 2007)

  On October 25, 2007, the California Parties[1] filed an Expedited Request for Clarification or Limited Request for Rehearing of Paragraph 36 of the Commission's order issued October 19, 2007, in the above-referenced proceeding. Included in the filing was a request to shorten the date for filing answers to the request for clarification. By this notice, the date for filing answers to the California Parties' request for clarification is shortened to and including November 5, 2007.

              Kimberly D. Bose,
               Secretary.

---

[1] The California Parties are the People of the State of California *ex rel.* Edmund G. Brown, Attorney General, the California Electricity Oversight Board, the Public Utilities Commission of the State of California, Pacific Gas and Electric Company, Southern California Edison Company, and San Diego Gas & Electric Company.