Marie L. Fiala (State Bar No. 79676)
Peter J. Benvenutti (State Bar No. 60566)
Russell P. Cohen (State Bar No. 213105)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone:  (415) 772-6000
Facsimile: (415) 772-6268
Email:  Marie.Fiala@hellerehrman.com

Gary M. Kaplan (State Bar No. 155530)
HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, Seventh Floor
San Francisco, CA 94111-4024
Telephone  (415) 434-1600
Facsimile  (415) 217-5910
Email:  gmkaplan@howardrice.com

Attorneys for Defendant PACIFIC GAS AND ELECTRIC COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC UTILITY DISTRICT NO. 2 OF GRANT COUNTY, WASHINGTON,<br><br>                    Plaintiff,<br><br>    vs.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                    Defendant. | Case No.: C 07-03243 JSW<br><br>Chapter 11 Case<br><br>Bankr. Case No.  01-30923 DM<br><br>**NOTICE OF NOVEMBER 19, 2007 ORDER ISSUED BY THE FEDERAL ENERGY REGULATORY COMMISSION** |

On October 19, 2007, Plaintiff Public Utility District No. 2 of Grant County, Washington ("Grant County") filed with the Court an order issued by the Federal Energy Regulatory Commission ("FERC") on that same date ("October 19 Order") (Docket No. 27). Grant County represented that the October 19 Order was potentially relevant to Grant County's pending Motion for (I) Withdrawal of the Reference of Proof of Claim and (II) Transfer of Venue Thereof to the United States District Court for the Eastern District of Washington, which was heard before this Court on October 12, 2007 and is currently under submission. On October 25, 2007, Pacific Gas and Electric Company ("PG&E") filed an Expedited Request for Clarification or Limited Rehearing ("Request for Clarification") of the October 19 Order at FERC, seeking clarification or modification of a substantive provision of that Order. On November 5, 2007, PG&E filed notice of its Request for Clarification in this Court (Docket No. 29).

On November 19, 2007, FERC issued an Order on Clarification ("November 19 Order") granting PG&E's Request for Clarification. The November 19 Order is attached hereto as Exhibit A for the Court's convenience.

DATED: November 20, 2007                Respectfully submitted,

                                  HOWARD RICE NEMEROVSKI CANADY FALK
                                  & RABKIN
                                  A Professional Corporation

                                  HELLER EHRMAN LLP

                                  By _____/s/_____
                                      Peter J. Benvenutti

                                  Attorneys for Defendant
                                  PACIFIC GAS AND ELECTRIC COMPANY