Marie L. Fiala (State Bar No. 79676)
Peter J. Benvenutti (State Bar No. 60566)
Russell P. Cohen (State Bar No. 213105)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone:  (415) 772-6000
Facsimile: (415) 772-6268
Email:  Marie.Fiala@hellerehrman.com

Gary M. Kaplan (State Bar No. 155530)
HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, Seventh Floor
San Francisco, CA 94111-4024
Telephone  (415) 434-1600
Facsimile  (415) 217-5910
Email:  gmkaplan@howardrice.com

Attorneys for Defendant PACIFIC GAS AND ELECTRIC COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC UTILITY DISTRICT NO. 2 OF GRANT COUNTY, WASHINGTON,<br><br>                    Plaintiff,<br><br>  vs.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                    Defendant. | Case No.: C 07-03243 JSW<br><br>Chapter 11 Case<br><br>Bankr. Case No.  01-30923 DM<br><br>**NOTICE OF DECEMBER 4 ORDER BY JUDGE WENDELL MORTIMER, JR. OF THE  LOS ANGELES SUPERIOR COURT.** |

On April 9, 2007, Defendant Pacific Gas & Electric ("PG&E") and others filed a breach of contract action in Los Angeles Superior Court against governmental sellers of electric power, including Public Utility District No. 2 of Grant County, Washington ("Grant County"). *PG&E et al. v. Arizona Elec. Power Cooperative, Inc. et al.*, Case No. BC 369141, Los Angeles Superior Court (filed Apr. 9, 2007) (the "Los Angeles Action"). On September 25, 2007, the Court dismissed the claims against Grant County on the basis that the Court lacked personal jurisdiction over Grant County. That decision is on appeal. On December 4, 2007, Judge Wendell Mortimer, Jr. of the Los Angeles Superior Court issued a ruling overruling virtually all demurrers filed by defendants in the Los Angeles Action against PG&E. Among other rulings, the Court held that, by filing a claim in PG&E's bankruptcy, the defendant governmental sellers had waived their sovereign immunity.

Judge Mortimer's December 4 Order is attached hereto as Exhibit A for the Court's convenience.

DATED: December 6, 2007            Respectfully submitted,

HOWARD RICE NEMEROVSKI CANADY FALK
& RABKIN
A Professional Corporation

HELLER EHRMAN LLP


By _____/s/_____
        Peter J. Benvenutti

Attorneys for Defendant
PACIFIC GAS AND ELECTRIC COMPANY

1
NOTICE OF DECEMBER 4 ORDER BY JUDGE WENDELL MORTIMER, JR. OF THE LOS ANGELES SUPERIOR COURT.