Peter G. McAllen (State Bar No. 107416)
JONES DAY
555 S. Flower St., 50th Floor
Los Angeles, CA 90071
Telephone:   (213) 489-3939
Facsimile:   (213) 243-2539
E-mail:      pmcallen@jonesday.com

Tobias S. Keller  (State Bar No. 151445)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104-1500
Telephone:   (415) 626-3939
Facsimile:   (415) 875-5700
E-mail:      tkeller@jonesday.com

Attorneys for Plaintiff
PUBLIC UTILITY DISTRICT NO. 2 OF
GRANT COUNTY, WASHINGTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC UTILITY DISTRICT NO. 2 OF GRANT COUNTY, WASHINGTON<br><br>Plaintiff.<br><br>vs.<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>Defendant. | Case No. C 07-03243 JSW<br><br>Chapter 11 Case<br><br>Bankr. Case No. 01-30923 DM<br><br>**PUBLIC UTILITY DISTRICT NO. 2 OF GRANT COUNTY WASHINGTON'S STATEMENT OF RECENT DECISION OF THE UNITED STATES SUPREME COURT** |

LAI-2921503v1

**STATEMENT OF RECENT DECISION**

1  On October 12, 2007, this Court held a hearing on the Motion for (I) Withdrawal of the Reference of Proof of Claim and (II) Transfer of Venue Thereof to the United States District Court for the Eastern District of Washington (docket no. 1) (the "Withdrawal Motion") filed by Plaintiff Public Utility District No. 2 of Grant County, Washington ("Grant"). At the hearing, the Court heard arguments from counsel for and against the Motion and took the Motion under submission, indicating that a written ruling shall issue.

Grant files this Statement in order to inform the Court that on December 10, 2007, the United States Supreme Court denied *certiorari* in *Bonneville Power Administration v. Federal Energy Regulatory Commission*, 422 F.3d 908 (9th Cir. 2005). *Pacific Gas and Electric Co. v. Bonneville Power Administration,* No. 07-155 (United States Supreme Court, Dec. 10, 2007). The Ninth Circuit's decision in *Bonneville* was cited and discussed in the briefs supporting and opposing the Withdrawal Motion.

A copy of the Supreme Court's Order List for December 10, 2007 is attached to this Statement as Exhibit A.

Dated:  December 20, 2007                    Respectfully submitted,


By: /s/ Peter G. McAllen
   Peter G. McAllen, CA SB#107416

Attorneys for Plaintiff
PUBLIC UTILITY DISTRICT NO. 2
OF GRANT COUNTY
WASHINGTON

LAI-2921503v1

**STATEMENT OF RECENT DECISION**