# Exhibit A

(ORDER LIST: 552 U.S.)

MONDAY, DECEMBER 10, 2007

CERTIORARI -- SUMMARY DISPOSITION

07-6032  LOPEZ, JOSE E. V. UNITED STATES

The motion of petitioner for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated and the case is remanded to the United States Court of Appeals for the Eleventh Circuit for further consideration in light of *Bowles* v. *Russell*, 551 U. S. ___ (2007).

ORDERS IN PENDING CASES

07M25  THOMAS, DOMINICK N. V. WATSON, WARDEN

The motion to direct the Clerk to file a petition for a writ of certiorari out of time is denied.

07M26  ABELE, MEL V. TOLBERT, GRANT, ET AL.

The motion of petitioner for leave to proceed as a veteran is denied.

07M27  CREPEAU, PATRICIA A. V. DEPT. OF LABOR

The motion to direct the Clerk to file a petition for a writ of certiorari out of time is denied.

06-937   QUANTA COMPUTER, INC., ET AL. V. LG ELECTRONICS, INC.
06-1082  VIRGINIA V. MOORE, DAVID L.

The motions of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument are granted.

1

| | |
|---|---|
| 07-5439 | BAZE, RALPH, ET AL. V. REES, COMM'R, KY DOC, ET AL. |

The motion of petitioners for leave to file Volume IV of the joint appendix under seal is granted.

**CERTIORARI DENIED**

| | |
|---|---|
| 06-1475 | HALE, JOSHUA, ET AL. V. KEMPTHORNE, SEC. OF INTERIOR |
| 07-73 | DAYAN, ISAAC V. UNITED STATES |
| 07-141 | PUBLIC CITIZEN V. USDC DC |
| 07-155 | PACIFIC GAS & ELEC., ET AL. V. BONNEVILLE POWER ADMIN., ET AL. |
| 07-159 | NEWPORT NEWS, VA, ET AL. V. SCIOLINO, CHRISTOPHER A. |
| 07-187 | DAVENPORT, GORDON E. V. UNITED STATES |
| 07-285 | AMERICAN FUTURE SYSTEMS, INC. V. BETTER BUSINESS BUREAU |
| 07-353 | SANCHEZ, JOSE, ET AL. V. TRIPLE-S MANAGEMENT, ET AL. |
| 07-413 | CRAWFORD, DEMETRIS V. GREAT AMERICAN CASH ADVANCE |
| 07-467 | ADAMS, AVRIL V. CA DEPT. OF HEALTH SERV., ET AL. |
| 07-469 | SARIOL, ARMANDO V. FLORIDA CRYSTALS CORP., ET AL. |
| 07-479 | HUGH JOHNSON ENTERPRISES V. WINTER PARK, FL |
| 07-503 | RUSEV, ROSEN, ET UX. V. MUKASEY, ATT'Y GEN. |
| 07-519 | TRANSPORTADORA EGOBA, S.A. V. ARREDONDO, JOSE A., ET AL. |
| 07-554 | BONILLA, PERCY, ET AL. V. BAKER CONCRETE CONSTRUCTION |
| 07-5379 | LINDSEY, GREGORY D. V. UNITED STATES |
| 07-5739 | LUCIO, GILBERTO R. V. UNITED STATES |
| 07-5762 | HEREDIA, CARMEN D. V. UNITED STATES |
| 07-5782 | LOGGINS, DEBRA V. UNITED STATES |
| 07-5849 ) | MENDES, MANUEL L. V. UNITED STATES |
| 07-5948 ) | CUSTER, CHRISTOPHER V. UNITED STATES |
| 07-6016 | BROOKS, JIMMY L. V. ALABAMA |
| 07-6351 | WALKER, JAMES E. V. ALABAMA |
| 07-6909 | HAVENS, PAUL G. V. QUARTERMAN, DIR., TX DCJ |

```
07-6921      GRANDOIT, GERARD D. V. LIBERTY MUTUAL INSURANCE CO.
07-6924      FOUST, DEBRA V. NEW JERSEY
07-6926      FOOTE, RICKY L. V. MASTO, ATT'Y GEN. OF NV, ET AL.
07-6930      GLEAN, MICHAEL V. BATTLE, WARDEN
07-6933      MARTINEZ-GONZALEZ, LORENZO V. PUERTO RICO
07-6937      STEELE, WILLIAM S. V. McDONOUGH, SEC., FL DOC
07-6939      SALAS, ZACKARY V. GA DOC
07-6940      PAQUETTE, RICHARD V. McDONOUGH, SEC., FL DOC
07-6944      WEST, MICHAEL T. V. EVANS, WARDEN
07-6950      PORTER, ARTHUR V. BERGHUIS, WARDEN
07-6952      ROLLE, RANDALL L. V. DILMORE, MICHAEL, ET AL.
07-6970      POLLY, DERRICK A. V. QUARTERMAN, DIR., TX DOC
07-6983      KING, DAVID P. V. McDONOUGH, SEC., FL DOC
07-7025      GHEE, DEDRA V. PANOS, JUDGE, ETC.
07-7051      VANDERBILT, MYRTLE V. ASTRUE, COMM'R, SOCIAL SEC.
07-7069      ANGELO, SUSAN A. V. HENRY, WARDEN
07-7109      BEDFORD, MARK I. V. JOHNSON, DIR., VA DOC
07-7146      GEFFKEN, RICHARD H. V. McDONOUGH, SEC., FL DOC, ET AL.
07-7181      COLON, RAYMOND V. MASSACHUSETTS
07-7184      WELSH, GEOFFREY V. FRANK, CLAYTON A., ET AL.
07-7207      CESAL, CRAIG V. BUREAU OF PRISONS, ET AL.
07-7212      BATES, MICHAEL D. V. HILL, SUPT., SNAKE RIVER
07-7216      SYKES, TONITA V. UNITED STATES
07-7219      BOSTON, J. B. V. McCANN, WARDEN
07-7226      JONES, MIKE V. HUDSON, WARDEN
07-7227      PALACIOS, FRANCISCO V. McDONOUGH, SEC., FL DOC, ET AL.
07-7229      SPILLER, MARVIN V. GEORGIA
07-7256      SMITH, SUSAN L. V. AMERICAN FEDERATION
```

3

| | |
|---|---|
| 07-7267 | JACOBS, SHAWN L. V. LOONEY, WARDEN, ET AL. |
| 07-7268 | PETERSON, DANIEL V. MS. JAMES, ET AL. |
| 07-7274 | VAN SWAIT, ARTHUR V. EVANS, WARDEN |
| 07-7294 | JOHNSON, STEPHEN R. V. CALIFORNIA |
| 07-7362 | STEWARD, LARRY V. UNITED STATES |
| 07-7383 | PRICE, CALVIN A. V. MICHIGAN |
| 07-7406 | PETTIGREW, RYAN A. V. COLORADO |
| 07-7413 | McDONALD, GARY W. V. SMITH, SUPT., CASWELL |
| 07-7443 | BOYD, VERNITA D. V. DOT |
| 07-7455 | WEBSTER, MICHAEL V. NEW YORK |
| 07-7466 | DELESTON, DWAYNE V. SOUTH CAROLINA, ET AL. |
| 07-7485 | WASHINGTON, KEVIN V. UNITED STATES |
| 07-7498 | RAZZ, RONALD L. V. UNITED STATES |
| 07-7500 | RANGEL-TREVINO, GUADALUPE V. UNITED STATES |
| 07-7501 | RODRIGUEZ, JILLIAN D. V. UNITED STATES |
| 07-7506 | LIVINGSTON, KWADENE V. UNITED STATES |
| 07-7508 | NEIRA, JOSE A. V. UNITED STATES |
| 07-7509 | SAMUELS, LAWRENCE V. UNITED STATES |
| 07-7516 | HUDSON, JOSEPH V. UNITED STATES |
| 07-7518 | HUFF, MICHAEL V. UNITED STATES |
| 07-7519 | GARNER, BILLY J. V. UNITED STATES |
| 07-7521 | GORDON, HUGH A. V. UNITED STATES |
| 07-7522 | HAUN, STEVEN W. V. UNITED STATES |
| 07-7529 | ABDULLAH, MUTTAQIN F. V. UNITED STATES |
| 07-7534 | VALLADARES-PUERTO, JOSE A. V. UNITED STATES |
| 07-7537 | CONTRERAS-MARTINEZ, FRANCISCO V. UNITED STATES |
| 07-7542 | ESPINAL, GEORGE V. UNITED STATES |
| 07-7544 | VALLES-JUAREZ, SERGIO E. V. UNITED STATES |

```
07-7545    ZAMORANO-GRAJEDA, LUIS R. V. UNITED STATES
07-7546    WILLIAMS, DARRYL V. UNITED STATES
07-7547    AMAYA-RODRIGUEZ, JELVIS A. V. UNITED STATES
07-7549    OCHOA-FLORES, JOSE M. V. UNITED STATES
07-7551    JEFFREYS, BRENDA K. V. UNITED STATES
07-7552    SIMONSON, MICHAEL V. UNITED STATES
07-7553    SOLIS-ARZAGA, ADRIAN V. UNITED STATES
07-7554    MORALES, DANNY V. UNITED STATES
07-7555    SMITH, MICHAEL V. UNITED STATES
07-7558    CAMPBELL, STEVEN G. V. UNITED STATES
07-7559    DAVIS, JOHN L. V. UNITED STATES
07-7563    OXENDINE, LEON V. UNITED STATES
07-7566    LANG, BRETT V. UNITED STATES
07-7568    MENDEZ-LOPEZ, ERIK A. V. UNITED STATES
07-7569    PADILLA-PEREZ, JUAN L. V. UNITED STATES
07-7570    MELTON, GEORGE D. V. UNITED STATES
07-7571    MENERA-RAMIREZ, MARTIN V. UNITED STATES
07-7578    MORTON, JAMISON J. V. UNITED STATES
07-7596    EDGERSON, KEITH E. V. UNITED STATES
07-7600    CARTWRIGHT, RAYMOND V. UNITED STATES
07-7604    HENOUD, JOHN M. V. UNITED STATES
07-7605    FLORES-SOTO, GERARDO V. UNITED STATES
07-7606    HOFFMAN, JOSEPH F. V. UNITED STATES
07-7607    GONZALES, STEVEN V. UNITED STATES
07-7608    FLORES, JOE V. UNITED STATES
07-7609    HICIANO-AMARO, JOSE M. V. UNITED STATES
07-7610    GONZALEZ-NINO, PEDRO N. V. UNITED STATES
07-7613    WILLIS, NANCY V. UNITED STATES
```

| | |
|---|---|
| 07-7620 | MOSER, THOMAS C. V. UNITED STATES |
| 07-7622 | NASH, JACKIE G. V. UNITED STATES |

    The petitions for writs of certiorari are denied.

| | |
|---|---|
| 07-199 | MARSHALL, WARDEN V. HENRY, ROBERT |

    The motion of respondent for leave to proceed *in forma pauperis* is granted. The petition for a writ of certiorari is denied.

### HABEAS CORPUS DENIED

| | |
|---|---|
| 07-7679 | IN RE OSCAR DIAZ |
| 07-7704 | IN RE JIMMIE L. WILLIAMS |

    The petitions for writs of habeas corpus are denied.

### REHEARINGS DENIED

| | |
|---|---|
| 06-1592 | SULLIVAN, DONALD V. PENDER COUNTY, NC, ET AL. |
| 06-11132 | LUBOWA, DANIEL V. KEISLER, ACTING ATT'Y GEN. |
| 06-11296 | PIN, RAYMOND K. L. V. ROBINSON, WARDEN |
| 06-11299 | BOWLES, TIMOTHY R. V. BELL, WARDEN |
| 06-11306 | MORGAN, STEVE A. V. QUARTERMAN, DIR., TX DCJ |
| 06-11562 | JOHNSON, MONICA L. B. V. SUBURBAN MOBILITY AUTH., ET AL. |
| 06-11718 | FAULKNER, JEFFREY J. V. SCHRIRO, DIR., AZ DOC, ET AL. |
| 06-11727 | EVANS, JAMAR J. V. TERMINIX INTERNATIONAL CO. |
| 06-11820 | DEAVER, JAMES E. V. UNITED STATES |
| 06-11855 | GROVES, RAND V. MERRILL LYNCH, ET AL. |
| 06-11935 | BELL, TYRIE V. UNITED STATES |
| 06-12114 | DOGGETT, RODNEY S. V. UNITED STATES |
| 07-209 | WONG, PO K. V. BOSTON RETIREMENT BOARD |
| 07-5030 | MARCH, DEMARCIS V. UNITED STATES |
| 07-5165 | JOHNSON, SHELIAH M. V. CELIS, CAROLYN, ET AL. |
| 07-5245 | LEWIS, LaTONYA R. V. DC DEPT. OF EMPLOYMENT SERVICES |

6

```
07-5259      IN RE ANDREW TOLIVER

07-5296      MONROE, THOMAS J. V. QUARTERMAN, DIR., TX DCJ

07-5357      METCALF, BRADFORD V. UNITED STATES

07-5435      GRICE, JOSEPH V. UNITED STATES

07-5470      OPARAJI, MAURICE V. NY CITY DEPT. OF ED., ET AL.

07-5706      JORDAN, LARRY V. UNITED STATES

07-5777      MAGAZINE, RAYMOND V. WHITE, WARDEN, ET AL.

07-5936      WITMER, JASON N. V. HOUSTON, DIR., NE DOC

07-5937      WELLS, KATHLEEN V. A-1 PROPERTY MANAGEMENT

07-5955      KAUFMAN, COLIN K. V. COMMISSION FOR LAWYER DISCIPLINE

07-6306      TERAN, CLIFTON V. UNITED STATES

07-6321      LUNDY, SIMON V. UNITED STATES

07-6576      BIGGS, CALVIN V. UNITED STATES

07-6748      JONES, LAMELL T. V. UNITED STATES
```

The petitions for rehearing are denied.