1   Peter G. McAllen (State Bar No. 107416)
    JONES DAY
2   555 S. Flower St., 50th Floor
    Los Angeles, CA 90071
3   Telephone:    (213) 489-3939
    Facsimile:    (213) 243-2539
4   E-mail:       pmcallen@jonesday.com

5   Tobias S. Keller  (State Bar No. 151445)
    JONES DAY
6   555 California Street, 26th Floor
    San Francisco, CA  94104-1500
7   Telephone:    (415) 626-3939
    Facsimile:    (415) 875-5700
8   E-mail:       tkeller@jonesday.com

9   Attorneys for Plaintiff
    PUBLIC UTILITY DISTRICT NO. 2 OF GRANT
10  COUNTY, WASHINGTON

11                  UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION

14

15  PUBLIC UTILITY DISTRICT NO. 2 OF          Case No. C 07-03243 JSW
    GRANT COUNTY, WASHINGTON
16                                            Chapter 11 Case
                  Plaintiff.
17                                            Bankr. Case No. 01-30923 DM
        vs.
18                                            **DECLARATION OF PETER G.
    PACIFIC GAS AND ELECTRIC COMPANY          MCALLEN IN SUPPORT OF
19                                            MOTION OF PUBLIC UTILITY
                  Defendant.                  DISTRICT NO. 2 OF GRANT
20                                            COUNTY WASHINGTON TO
                                              STRIKE NOTICE OF DECEMBER 4
21                                            ORDER BY JUDGE WENDELL
                                              MORTIMER, JR. OF THE LOS
22                                            ANGELES COUNTY SUPERIOR
                                              COURT**

23

24

25

26

27

28

LAI-2921486v1

**DECLARATION OF PETER G. MCALLEN**

1    **DECLARATION OF PETER G. McALLEN**

2         I, Peter G. McAllen, do hereby declare,

3         1.    I am a member in good standing of the State Bar of California and am admitted to

4    practice before all courts of the State.  I am a partner at Jones Day, attorneys of record for

5    Plaintiff Public Utility District No. 2 of Grant County, Washington ("Grant County") in the

6    above-entitled chapter 11 case.  I submit this Declaration in support of Grant County's Motion to

7    Strike Notice of December 4 Order by Judge Wendell Mortimer, Jr. of the Los Angeles Superior

8    Court (the "Motion").  I have personal and first-hand knowledge of the facts set forth in this

9    Declaration and, if called as a witness, I could and would testify competently thereto.

10        2.    A copy of the September 27, 2007 notice of the order dismissing Grant County

11   from the breach of contract action captioned *PG&E et al. v. Arizona Elec. Power Cooperative,*

12   *Inc. et al.*, Case No. BC 369141, Los Angeles County Superior Court (the "Los Angeles Action")

13   is attached hereto as Exhibit A.

14        3.    An excerpt from the Plaintiffs' Memorandum in Opposition to Defendants'

15   Demurrers, filed in the Los Angeles Action, is attached hereto as Exhibit B.

16        Executed this 20th day of December, 2007 in Los Angeles, California.

17

18                                            /s/ Peter G. McAllen
                                              Peter G. McAllen
19

20

21

22

23

24

25

26

27

28

1

LAI-2921486v1

**DECLARATION OF PETER G. MCALLEN**