# Exhibit A

Lawrence P. Riff (State Bar No. 104826)
Jay E. Smith (State Bar No. 162832)
**STEPTOE & JOHNSON** LLP
633 West Fifth Street, Suite 700
Los Angeles, California 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

Attorneys for Plaintiff
SOUTHERN CALIFORNIA EDISON COMPANY

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

# FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| COORDINATION PROCEEDING SPECIAL TITLE (RULE 1550(b)) | Judicial Council Coordination Proceeding No. 4512 |
| ELECTRIC REFUND CASES | Coordination Trial Judge, Hon. Wendell Mortimer, Dept. 307 |
| Included actions:<br><br>-*Pacific Gas & Electric Company, et al. v. Arizona Electric Power Cooperative, Inc., et al.* (Los Angeles Superior Court Case No. BC369141)<br><br>-*California ex rel. Lockyer v. The City of Riverside* (Sacramento Superior Court Case No. 06AS02500)<br><br>-*California ex rel. Lockyer v. The City of Anaheim* (Sacramento Superior Court Case No. 06AS02501)<br><br>-*California ex rel. Lockyer v. Los Angeles Department of Water & Power* (Sacramento Superior Court Case No. 06AS05354) | **NOTICE OF ENTRY OF ORDER ON PRELIMINARY MOTIONS OF DEFENDANT PUBLIC UTILITY DISTRICT NO. 2 OF GRANT COUNTY, WASHINGTON** |
| This document pertains to:<br><br>*Pacific Gas & Electric Company, et al. v. Arizona Electric Power Cooperative, Inc., et al.* (Los Angeles Superior Court Case No. BC369141) | |

1

DOC. # LA-165790 V.1

**NOTICE OF ENTRY OF ORDER ON PRELIMINARY MOTIONS OF DEFENDANT PUBLIC UTILITY DISTRICT NO. 2 OF GRANT COUNTY, WASHINGTON**

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, on September 25, 2007, the Court entered the Minute Order attached hereto as Exhibit "A".

DATED: September 27, 2007          STEPTOE & JOHNSON LLP

By: _____
   JAY E. SMITH

Attorneys for Plaintiff
SOUTHERN CALIFORNIA EDISON COMPANY

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| | |
|---|---|
| DATE: 09/25/07 | DEPT. 307 |
| HONORABLE Wendell Mortimer, Jr. JUDGE | M.F. LOPEZ DEPUTY CLERK |
| HONORABLE #9 JUDGE PRO TEM | ELECTRONIC RECORDING MONITOR |
| R. SANCHEZ, C.A. Deputy Sheriff | NONE Reporter |

11:00 am  JCCP4512

Coordination Proceeding Special

VS

ELECTRIC REFUND CASES

Plaintiff Counsel
Defendant Counsel

(NO APPEARANCES)

**NATURE OF PROCEEDINGS:**

RULING ON SUBMITTED MATTER HEARD SEPTEMBER 21, 2007 -

2)   MOTION OF DEFENDANT, PUBLIC UTILITY DISTRICT NO.2 OF GRANT COUNTY, WASHINGTON TO QUASH SERVICE OF SUMMONS AND DISMISS FOR LACK OF PERSONAL JURISDICTION;   [BC369141]

3)   MOTION OF DEFENDANT, PUBLIC UTILITY DISTRICT NO.2 OF GRANT COUNTY, WASHINGTON TO SEVER AND STAY PROCEEDINGS;   [BC369141]

In the matter heretofore taken under submission on September 21, 2007, the Court hereby issues its ruling as follows:

Judicial notice is taken as requested.  No opposition.

2) Motion to Quash: (A) Is there specific jurisdiction over Grant?  Plaintiffs have not shown the factors necessary to establish that Grant's activities were part of an ongoing relationship.  See Burger King (1985) 471 U.S. 462.  The place of delivery was Oregon, not California, and Grant never entered into the forum state.  There were no forum related activities in California.  (B) Did Grant consent to jurisdiction?  The FERC order does not address personal jurisdiction issues.  It is not disputed that Grant did not expressly consent to the terms of the ISO tariff.  There are not facts to support the proposition that Grant impliedly consented to

MINUTES ENTERED
09/25/07
COUNTY CLERK

**EXHIBIT A**

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| | |
|---|---|
| DATE: 09/25/07 | DEPT. 307 |
| HONORABLE Wendell Mortimer, Jr. JUDGE | M.F. LOPEZ DEPUTY CLERK |
| HONORABLE #9  JUDGE PRO TEM | ELECTRONIC RECORDING MONITOR |
| R. SANCHEZ, C.A. Deputy Sheriff | NONE Reporter |

| 11:00 am | JCCP4512 | Plaintiff Counsel | |
|---|---|---|---|
| | Coordination Proceeding Special | | (NO APPEARANCES) |
| | VS | Defendant Counsel | |
| | ELECTRIC REFUND CASES | | |

**NATURE OF PROCEEDINGS:**

the forum selection clause. Motion to Quash is granted.

3) Motion to Sever and Stay is moot.

Counsel Lawrence P. Riff is to give notice.

CLERK'S CERTIFICATE OF MAILING/
NOTICE OF ENTRY OF ORDER

I, the below named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that this date I served Notice of Entry of the above minute order of 9/25/07 upon each party or counsel named below by depositing in the United States mail at the courthouse in Los Angeles, California, one copy of the original entered herein in a separate sealed envelope for each, addressed as shown below with the postage thereon fully prepaid.

Date: September 25, 2007

John A. Clarke, Executive Officer/Clerk

By: _____
       M.F. LOPEZ

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| | |
|---|---|
| DATE: 09/25/07 | DEPT. 307 |
| HONORABLE Wendell Mortimer, Jr. JUDGE | M.F. LOPEZ  DEPUTY CLERK |
| HONORABLE #9  JUDGE PRO TEM | ELECTRONIC RECORDING MONITOR |
| R. SANCHEZ, C.A.  Deputy Sheriff | NONE  Reporter |

| 11:00 am | JCCP4512 | Plaintiff Counsel | (NO APPEARANCES) |
|---|---|---|---|
| | Coordination Proceeding Special | | |
| | VS | Defendant Counsel | |
| | ELECTRIC REFUND CASES | | |

**NATURE OF PROCEEDINGS:**

Lawrence P. Riff
Jay E. Smith
STEPTOE & JOHNSON
633 West Fifth Street
Suite 700
Los Angeles, CA 90071

Benjamin L. Webster
PILLSBURY WINTHROP SHAW
400 Capitol Mall
Suite 1700
Sacramento, CA 95814-4419

Steven Russo
ELECTRICITY OVERSIGHT BOARD
770 L Street, Suite 1250
Sacramento, CA 95814

Laura Lindgren
Robert W. Mockler
HENNIGAN BENNET & DORMAN
865 S. Figueroa Street
Suite 2900
Los Angeles, CA 90017

Dennis M.P. Ehling
KIRKPATRICK & LOCKHART
10100 Santa Monica Blvd
Seventh Floor
Los Angeles, CA 90067

Barry F. McCarthy
McCARTHY & BERLIN, LLP
100 Park Center Plaza
Suite 501
San Jose, CA 95113

Kalia C. Petmecky
AKIN, GUMP, STAUSS
2029 Century Park East
Suite 2600
Los Angeles, CA 90067

Ray Foianini
FOIANINI LAW OFFICES
521 W. Division
P.O. Box 908
Ephrata, WA 98823

Peter McAllen
JONES DAY
555 South Flower Street
5th Floor

Stan Berman
HELLER EHRMAN WHITE
701 Fifth Avenue
Suite 6100

MINUTES ENTERED
09/25/07
COUNTY CLERK

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| | |
|---|---|
| DATE: 09/25/07 | DEPT. 307 |
| HONORABLE Wendell Mortimer, Jr.   JUDGE | M.F. LOPEZ   DEPUTY CLERK |
| HONORABLE #9                      JUDGE PRO TEM | ELECTRONIC RECORDING MONITOR |
| R. SANCHEZ, C.A.   Deputy Sheriff | NONE   Reporter |

| 11:00 am | JCCP4512 | Plaintiff Counsel | |
| --- | --- | --- | --- |
| | Coordination Proceeding Special | | (NO APPEARANCES) |
| | VS | Defendant Counsel | |
| | ELECTRIC REFUND CASES | | |

**NATURE OF PROCEEDINGS:**

Los Angeles, CA 90071              Seattle, WA 98104-7098

Marie L. Fiala                     Leon Bass, Jr.
HELLER EHRMAN WHITE                SOUTHERN CALIFORNIA EDISON
333 Bush Street                    2244 Walnut Grove Avenue
San Francisco, CA 94104            Rosemead, CA 91770

Sean M. Neal                       Robert M. Bruning
DUNCAN, WEINBERG, GENZER           COOPER & BRUNING LLP
915 L Street                       600 S. Lake Avenue
Suite 1410                         Suite 402
Sacramento, CA 95814               Pasadena, CA 91106

MINUTES ENTERED
09/25/07
COUNTY CLERK

# PROOF OF SERVICE
F.R.C.P. 5 / C.C.P. § 1013a(3)/ Cal. R. Ct. R. 2.260

I am a resident of, or employed in, the County of Los Angeles. I am over the age of 18 and not a party to this action. My business address is: Steptoe & Johnson LLP, 633 West Fifth Street, Suite 700, Los Angeles, California 90071.

On **September 27, 2007**, I served the following listed document(s), by method indicated below, on the parties in this action: **NOTICE OF ENTRY OF CASE MANAGEMENT ORDER NO. 1 – REGARDING ELECTRONIC SERVICE IN ALL INCLUDED ACTIONS WITHIN JCCP 4512**

*SEE ATTACHED SERVICE LIST*

☒ **BY U.S. MAIL**
By placing ☐ the original / ☒ a true copy thereof enclosed in a sealed envelope(s), with postage fully prepaid, addressed as per the attached service list, for collection and mailing at Steptoe & Johnson LLP, 633 W. Fifth Street, Suite 700, Los Angeles, California 90071, following ordinary business practices. I am readily familiar with Steptoe & Johnson LLP's practice for collection and processing of documents for mailing. Under that practice, the document is deposited with the United States Postal Service on the same day as it is collected and processed for mailing in the ordinary course of business.

☐ **BY OVERNIGHT DELIVERY**
By delivering the document(s) listed above in a sealed envelope(s) or package(s) designated by the express service carrier, with delivery fees paid or provided for, addressed as per the attached service list, to a facility regularly maintained by the express service carrier or to an authorized courier or driver authorized by the express service carrier to receive documents, who received these documents at 633 W. Fifth Street, Suite 700, Los Angeles, California, 90071.

☐ **BY PERSONAL SERVICE**
  ☐ By personally delivering and handing the document(s) listed above to the person(s) identified on the attached service list.

  ☐ By personally delivering the document(s) listed above to the office address(es) as shown on the attached service list and leaving said document(s) with a clerk or other person in charge, or if no one is in charge leaving it in a conspicuous place in the office(s).

  ☐ By personally delivering the document(s) listed above to the address(es) as shown on the attached service list and leaving said document(s) with someone of suitable age and discretion residing at said address(es).

☐ **BY ELECTRONIC SERVICE**
  **(via electronic filing service provider)**
By electronically transmitting the document(s) listed above to LexisNexis File and Serve, an electronic filing service provider at www.fileandserve.lexisnexis.com, from the email address _____@steptoe.com, at approximately _____. To my knowledge, the transmission was reported as complete and without error.

☐ **BY ELECTRONIC SERVICE**
  **(to individual persons)**
By electronically transmitting the document(s) listed above to the email address(es) of the person(s) set forth on the attached service list from the email address _____@steptoe.com at approximately _____. To my knowledge, the transmission was reported as complete and without error.

☐ **BY FACSIMILE**
By transmitting the document(s) listed above from Steptoe & Johnson LLP in Los Angeles, California to the facsimile machine telephone number(s) set forth on the attached service list. Service by facsimile transmission was made ☐ pursuant to agreement of the parties, confirmed in writing, or ☐ as a courtesy to the parties.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on **September 27, 2007** at Los Angeles, California

Carmen Markarian _____          _____
Type or Print Name                                  Signature

---

3                                                                 DOC. # LA-165790 V.1
**NOTICE OF ENTRY OF ORDER ON PRELIMINARY MOTIONS OF DEFENDANT PUBLIC UTILITY DISTRICT NO. 2 OF GRANT COUNTY, WASHINGTON**

# SERVICE LIST

*Electric Refund Cases – JCCP No. 4512*

## COORDINATION TRIAL JUDGE

The Honorable Wendell Mortimer, Jr.
**Los Angeles County Superior Court**
Department 307
600 South Commonwealth Avenue
Los Angeles, California 90005

## COUNSEL FOR PLAINTIFFS

*COUNSEL FOR PACIFIC GAS & ELECTRIC COMPANY*:
Marie L. Fiala, Esq.
Russell P. Cohen, Esq.
Cecilia Y. Chan, Esq.
**HELLER EHRMAN LLP**
333 Bush Street
San Francisco, California 94104-2878
Email: marie.fiala@hellerehrman.com
         russell.cohen@hellerehrman.com
         cecilia.chan@hellerehrman.com

Stan Berman, Esq.
Peggy J. Williams, Esq.
Lisa D. Hardie, Esq.
**HELLER EHRMAN LLP**
701 Fifth Avenue, Suite 6100
Seattle, Washington 98104
(206) 447-0900 (Main)
(206) 447-0849 (Facsimile)
Email: stan.berman@hellerehrman.com
         peggy.williams@hellerehrman.com
         lisa.hardie@hellerehrman.com

Mark Patrizio, Esq.
**Pacific Gas and Electric Company**
77 Beale Street, Mail Code B30A
San Francisco, California 94105
(415) 973-6344
(415) 973-5520 (Facsimile)
email: MDP5@pge.com

*COUNSEL FOR CALIFORNIA ELECTRIC OVERSIGHT BOARD*:
Erik N. Saltmarsh, Esq.
Steven Benito Russo, Esq.
**CALIFORNIA ELECTRICITY OVERSIGHT BOARD**
770 "L" Street, Suite 1250
Sacramento, California 95814
(916) 322-8601
(916) 322-8591 (Facsimile)
Email: steven.russo@eob.ca.gov
         esaltmarsh@eob.ca.gov

*COUNSEL FOR SAN DIEGO GAS & ELECTRIC COMPANY:*
J. Michael Hennigan, Esq.
Laura Lindgren, Esq.
Robert W. Mockler, Esq.
**HENNIGAN, BENNETT & DORMAN LLP**
865 South Figueroa Street
Los Angeles, California 90017
(213) 694-1200
(213) 694-1234 (Facsimile)
Email: hennigan@hbdlawyers.com
         lindgrenl@hbdlawyers.com
         mocklerr@hbdlawyers.com

**COUNSEL FOR THE PEOPLE OF THE STATE OF CALIFORNIA and the CALIFORNIA DEPT. OF WATER RESOURCES IN CASE NOS. 06AS02500, 06AS02501 and 06AS05354**

| | |
|---|---|
| Gary Alexander, Deputy Attorney General<br>**OFFICE OF THE ATTORNEY GENERAL STATE OF CALIFORNIA**<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, California 94102-70004<br>Gary.alexander@doj.ca.gov | Martin Goyette, Supervising Deputy Atty. General<br>**OFFICE OF THE ATTORNEY GENERAL STATE OF CALIFORNIA**<br>1515 Clay Street, 20th Floor<br>Oakland, California 94612<br>Martin.goyette@doj.ca.gov |

**COUNSEL FOR DEFENDANTS**

| | |
|---|---|
| *COUNSEL FOR ARIZONA ELECTRIC POWER COOPERATIVE*:<br>Geoff Spellberg, Esq.<br>**MEYERS NAVE RIBACK SILVER & WILSON**<br>575 Market Street, Suite 2600<br>San Francisco, California 94105<br>(415) 421-3711<br>(415) 421-3767 (Facsimile)<br>gspellberg@meyersnave.com<br><br>Kevin E. Gilbert, Esq.<br>Benjamin T. Reyes, II, Esq.<br>**MEYERS NAVE RIBACK SILVER & WILSON**<br>555 – 12th Street, Suite 1500<br>Oakland, California 94607<br>(510) 808-2000<br>(510) 444-1108 (Facsimile)<br>kgilbert@meyersnave.com<br>breyes@meyersnave.com<br><br>Robert D. Rosenburg, Esq.<br>**SLOVER & LOFTUS**<br>1224 – 17th Street, N.W.<br>Washington, D.C. 20036<br>rdr@sloverandloftus.com | *COUNSEL FOR CITY OF AZUSA; and CITY OF BANNING*:<br>Bonnie S. Blair, Esq.<br>Margaret Elizabeth McNaul, Esq.<br>**THOMPSON COBURN LLP**<br>1909 "K" Street, N.W., Suite 600<br>Washington, D.C. 20006-1167<br>bblair@thompsoncoburn.com<br>mmcnaul@thompsoncoburn.com<br><br>*COUNSEL FOR CITY OF ANAHEIM*:<br>Bonnie S. Blair, Esq.<br>Margaret Elizabeth McNaul, Esq.<br>**THOMPSON COBURN LLP**<br>1909 "K" Street, N.W., Suite 600<br>Washington, D.C. 20006-1167<br>bblair@thompsoncoburn.com<br>mmcnaul@thompsoncoburn.com<br><br>Jack L. White, City Attorney<br>Allison M. Kott, Asst. City Attorney<br>Moses W. Johnson, IV, Deputy City Attorney<br>200 South Anaheim Boulevard, Suite 356<br>Anaheim, California 92805<br>akott@anaheim.net<br>mjohnson@anaheim.net |

**NOTICE OF ENTRY OF ORDER ON PRELIMINARY MOTIONS OF DEFENDANT PUBLIC UTILITY DISTRICT NO. 2 OF GRANT COUNTY, WASHINGTON**

| | | |
|---|---|---|
| 1 | *COUNSEL FOR CITY OF BURBANK:* | *COUNSEL FOR CITY OF RIVERSIDE:* |

*COUNSEL FOR CITY OF BURBANK:*
John R. Stickman, Esq.
**DUNAN & ALLEN**
1575 Eye Street, N.W., Suite 300
Washington, D.C. 20005-1175
jrs@duncanallen.com

Dennis A. Barlow, City Attorney
Terry Stevenson, Sr. Asst. City Attorney
Richard J. Morillo, Sr. Asst. City Attorney
**CITY OF BURBANK**
275 East Olive Avenue
Burbank, California 91510-6459
tstevenson@ci.burbank.ca.us
rmorillo@ci.burbank.ca.us

*COUNSEL FOR CITY OF GLENDALE; and CITY OF PASADENA:*
Brand Cooper, Esq.
Robert M. Bruning, Esq.
**COOPER & BRUNING**
600 South Lake Avenue, Suite 402
Pasadena, California 91106
bc@cooperlaw.com
rmb@cooperlaw.com

*COUNSEL FOR CITY OF VERNON:*
Dennis M.P. Ehling, Esq.
Suzanne M. Henry, Esq.
Ashley J. Camron, Esq.
**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**
10100 Santa Monica Boulevard, 7th Floor
Los Angeles, California 90067
(310) 552-5000
(310) 552-5001 (Facsimile)

*COUNSEL FOR CITY OF RIVERSIDE:*
Bonnie S. Blair, Esq.
Margaret Elizabeth McNaul, Esq.
**THOMPSON COBURN LLP**
1909 "K" Street, N.W., Suite 600
Washington, D.C. 20006-1167
bblair@thompsoncoburn.com
mmcnaul@thompsoncoburn.com

Mark L. Parsons, Deputy City Attorney
3900 Main Street
Riverside, California 92522
mparsons@riversideca.gov

*COUNSEL FOR CITY OF SANTA CLARA d/b/a SILICON VALLEY POWER*:
Sean M. Neal, Esq.
**DUNCAN, WEINBERG, GENZER & PEMBROKE, P.C.**
915 "L" Street, Suite 1410
Sacramento, California 95814
(916) 498-0121
(202) 467-6379 (Facsimile)
smn@dwgp.com

Peter J. Scanlon, Esq. (*appearing pro hac vice*)
**DUNCAN, WEINBERG, GENZER & PEMBROKE, P.C.**
1615 "M" Street, N.W., Suite 800
Washington, D.C. 20036
(202) 467-6370
(202) 467-6379 (Facsimile)
pjs@dwgp.com

---

6                                                                                 DOC. # LA-165790 V.1
**NOTICE OF ENTRY OF ORDER ON PRELIMINARY MOTIONS OF DEFENDANT PUBLIC UTILITY DISTRICT NO. 2 OF GRANT COUNTY, WASHINGTON**

| | | |
|---|---|---|
| 1 | *COUNSEL FOR CITY OF LOS ANGELES; and* | *COUNSEL FOR MODESTO IRRIGATION* |
| 2 | *LOS ANGELES DEPARTMENT OF WATER AND POWER*: | *DISTRICT*: |
| | Howard V. Golub, Esq. | Sean M. Neal, Esq. |
| 3 | Stephen G. Schrey, Esq. | **DUNCAN, WEINBERG, GENZER &** |
| 4 | Lauren Cappelloni, Esq. | **PEMBROKE, P.C.** |
| | Andrew R. Neilson, Esq. | 915 "L" Street, Suite 1410 |
| 5 | **NIXON PEABODY LLP** | Sacramento, California 95814 |
| 6 | One Embarcadero Center, 18th Floor | (916) 498-0121 |
| | San Francisco, California 94111 | (202) 467-6379 (Facsimile) |
| 7 | (415) 984-8200 | smn@dwgp.com |
| 8 | (415) 984-8300 (Facsimile) | |
| | hgolub@nixonpeabody.com | Tim O'Lauglin, Esq. |
| 9 | sschrey@nixonpeabody.com | **MODESTO IRRIGATION DISTRICT** |
| 10 | lcappelloni@nixonpeabody.com | Post Office Box 4060 |
| | aneilson@nixonpeabody.com | Modesto, California 95352 |
| 11 | | (209) 526-7388 |
| 12 | Roger Crane, Esq. | (209) 526-7383 (Facsimile) |
| | **NIXON PEABODY LLP** | towater@olaughlinparis.com |
| 13 | 437 Madison Avenue | |
| 14 | New York, New York 10022 | *COUNSEL FOR CITY OF SEATTLE*: |
| | (212) 940-3000 | Kalia Christofides Petmecky, Esq. |
| 15 | (212) 940-3111 (Facsimile) | Jeremy F. Bollinger, Esq. |
| 16 | rcrane@nixonpeabody.com | Rex Heinke, Esq. |
| | | **AKIN GUMP STRAUSS HAUER & FELD** |
| 17 | Matthew Zandi, Esq. | **LLP** |
| 18 | **NIXON PEABODY LLP** | 2029 Century Park East, Suite 2400 |
| | Gas Company Tower | Los Angeles, California 90067 |
| 19 | 555 West Fifth Street, 46th Floor | (310) 229-1000 |
| 20 | Los Angeles, California 90013 | (310) 229-1001 (Facsimile) |
| | (213) 629-6000 | kpetmecky@akingump.com |
| 21 | (213) 629-6001 (Facsimile) | jbollinger@akingump.com |
| 22 | mzandi@nixonpeabody.com | rheinke@akingump.com |
| 23 | Rockard J. Delgadillo, City Attorney | Gregory C. Narver, Esq. |
| | Richard M. Brown, General Counsel | **SEATTLE CITY ATTORNEY'S OFFICE** |
| 24 | Stanton J. Snyder, Asst. City Attorney | 600 Fourth Avenue, 4th Floor |
| 25 | Marcia Haber Kamine, Asst. City Attorney | Post Office Box 94769 |
| | **LOS ANGELES DEPT. OF WATER &** | Seattle, Washington 98124-4769 |
| 26 | **POWER** | (206) 684-8233 |
| 27 | 111 North Hope Street, Suite 340 | (206) 684-8284 (Facsimile) |
| | Los Angeles, California 90012 | Gregory.narver@seattle.gov |
| 28 | (213) 367-4555 | |
| | (213) 367-4588 (Facsimile) | |

| | | |
|---|---|---|
| 1 | COUNSEL FOR NORTHERN CALIFORNIA POWER AGENCY: | COUNSEL FOR PUBLIC UTILITY DISTRICT NO. 2 OF GRANT COUNTY, WASHINGTON: |
| 2 | Benjamin T. Reyes, II, Esq. | Peter G. McAllen, Esq. |
| 3 | Geoffrey Spellberg, Esq. | Erin L. Burke, Esq. |
|   | Kevin E. Gilbert, Esq. | Kerry C. White, Esq. |
| 4 | **MEYERS NAVE RIBACK SILVER & WILSON** | **JONES DAY** |
| 5 | 575 Market Street, Suite 2600 | 555 South Flower Street, 50th Floor |
| 6 | San Francisco, California 94105 | Los Angeles, California 90071-2300 |
|   | (415) 421-3711 | (213) 489-3939 |
| 7 | (415) 421-3767 (Facsimile) | (213) 243-2539 (Facsimile) |
|   | breyes@meyersnave.com | pmcallen@jonesday.com |
| 8 | gspellberg@meyersnave.com | eburke@jones.day.com |
| 9 | kgilbert@meyersnave.com | Ray A. Foianini, Esq. |
| 10 | Robert C. McDiarmid, Esq. (*appearing pro hac vice*) | **FOIANINI LAW OFFICES** 120 First Avenue, N.W. |
| 11 | Peter J. Hopkins, Esq. (*appearing pro hac vice*) | Post Office Box 908 Ephrata, Washington 98823 |
| 12 | Margaret Meiser, Esq. (*appearing pro hac vice*) | (509) 754-3591 |
| 13 | Rebecca J. Baldwin, Esq. (*appearing pro hac vice*) | (509) 754-5076 (Facsimile) rfoiani@gcpud.org |
| 14 | **SPIEGEL & McDIARMID** | |
|   | 1333 New Hampshire Avenue, N.W. | |
| 15 | Washington, D.C. 20036 | |
| 16 | (202) 879-4000 | |
|   | (202) 393-2866 (Facsimile) | |
| 17 | Robert.mcdiarmid@spiegelmcd.com | |
|   | Peter.hopkins@spiegelmcd.com | |
| 18 | Meg.meiser@spiegelmcd.com | |
| 19 | Rebecca.baldwin@spiegelmcd.com | |
| 20 | COUNSEL FOR SACRAMENTO MUNICIPAL UTILITY DISTRICT: | COUNSEL FOR TURLOCK IRRIGATION DISTRICT: |
| 21 | Michael S. Hindus, Esq. | Jon R. Stickman, Esq. |
|   | Benjamin L. Webster, Esq. | **DUNCAN & ALLEN** |
| 22 | Ryan Stephensen, Esq. | 1575 "I" Street, N.W., Suite 300 |
| 23 | **PILLSBURY WINTHROP SHAW PITTMAN LLP** | Washington, D.C. 20005-1175 jrs@duncanallen.com |
| 24 | 400 Capitol Mall, Suite 1700 | |
|   | Sacramento, California 95814-4419 | Barry F. McCarthy, Esq. |
| 25 | (916) 329-4700 | C. Susie Berlin, Esq. |
| 26 | (916) 441-3583 (Facsimile) | **McCARTHY & BERLIN, LLP** |
|   | Michael.hindus@pillsburylaw.com | 100 Park Center Plaza, Suite 501 |
| 27 | Ben.webster@pillsburylaw.com | San Jose, California 95113 |
| 28 | Ryan.stephensen@pillsburylaw.com | bmcc@mccarthylaw.com sberlin@mccarthylaw.com |

8                                           DOC. # LA-165790 V.1

**NOTICE OF ENTRY OF ORDER ON PRELIMINARY MOTIONS OF DEFENDANT PUBLIC UTILITY DISTRICT NO. 2 OF GRANT COUNTY, WASHINGTON**

1  Harvey L. Reiter, Esq.
   **STINSON MORRISON HECKER LLP**
2  1150 – 18th Street, N.W., Suite 800
3  Washington, D.C. 20036-3816
   hreiter@stinson.com
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

9

DOC. # LA-165790 V.1

**NOTICE OF ENTRY OF ORDER ON PRELIMINARY MOTIONS OF DEFENDANT PUBLIC UTILITY DISTRICT NO. 2 OF GRANT COUNTY, WASHINGTON**