1  Peter G. McAllen (State Bar No. 107416)
   JONES DAY
2  555 S. Flower St., 50th Floor
   Los Angeles, CA 90071
3  Telephone:     (213) 489-3939
   Facsimile:      (213) 243-2539
4  E-mail:         pmcallen@jonesday.com

5  Tobias S. Keller  (State Bar No. 151445)
   JONES DAY
6  555 California Street, 26th Floor
   San Francisco, CA  94104-1500
7  Telephone:     (415) 626-3939
   Facsimile:      (415) 875-5700
8  E-mail:tkeller@jonesday.com

9  Attorneys for Plaintiff
   PUBLIC UTILITY DISTRICT NO. 2 OF GRANT
10 COUNTY, WASHINGTON

11                   UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                        SAN FRANCISCO DIVISION

| PUBLIC UTILITY DISTRICT NO. 2 OF GRANT COUNTY, WASHINGTON<br><br>Plaintiff.<br><br>vs.<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>Defendant. | Case No. C 07-03243 JSW<br><br>Chapter 11 Case<br><br>Bankr. Case No. 01-30923 DM<br><br>**[PROPOSED] ORDER STRIKING NOTICE OF DECEMBER 4 ORDER BY JUDGE WENDELL MORTIMER, JR. OF THE LOS ANGELES SUPERIOR COURT** |
|---|---|

LAI-2921452v1

**[PROPOSED] ORDER TO STRIKE NOTICE**

1    This matter came on for hearing on January 25, 2008, on Plaintiff Public Utility District No. 2 of Grant County Washington's Motion to Strike Notice of December 4 Order by Judge Wendell Mortimer, Jr. of the Los Angeles Superior Court (the "Motion").  The Court has read the papers submitted in connection with the Motion, and considered arguments of counsel and the authorities cited to the Court.  The Court has concluded that the Motion should be granted and that the Notice of December 4 Order by Judge Wendell Mortimer, Jr. of the Los Angeles Superior Court (Docket No. 31) (the "December 6 Notice"), which was filed by Defendant Pacific Gas & Electric ("PG&E") on December 6, 2007, should be stricken as immaterial and impertinent pursuant to Rule 12(f) of the Federal Rules of Civil Procedure (the "Federal Rules").

IT IS HEREBY ORDERED THAT:

1.   The Motion is hereby GRANTED.

2.   The December 6 Notice is hereby stricken pursuant to Federal Rule 12(f).

IT IS SO ORDERED.

Dated: _____, 2008

_____
Honorable Jeffrey S. White
United States District Judge

LAI-2921452v1

**[PROPOSED] ORDER TO STRIKE NOTICE**