| | |
|---|---|
| 1 | Peter G. McAllen (State Bar No. 107416) |
| | JONES DAY |
| 2 | 555 S. Flower St., 50th Floor |
| | Los Angeles, CA 90071 |
| 3 | Telephone:  (213) 489-3939 |
| | Facsimile:   (213) 243-2539 |
| 4 | E-mail:        pmcallen@jonesday.com |
| 5 | Tobias S. Keller  (State Bar No. 151445) |
| | JONES DAY |
| 6 | 555 California Street, 26th Floor |
| | San Francisco, CA  94104-1500 |
| 7 | Telephone:  (415) 626-3939 |
| | Facsimile:   (415) 875-5700 |
| 8 | E-mail:        tkeller@jonesday.com |
| 9 | Attorneys for Plaintiff |
| | PUBLIC UTILITY DISTRICT NO. 2 OF |
| 10 | GRANT COUNTY, WASHINGTON |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC UTILITY DISTRICT NO. 2 OF GRANT COUNTY, WASHINGTON<br><br>Plaintiff.<br><br>vs.<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>Defendant. | Case No. C 07-03243 JSW<br><br>Chapter 11 Case<br><br>Bankr. Case No. 01-30923 DM<br><br>**AMENDED NOTICE OF MOTION OF PUBLIC UTILITY DISTRICT NO. 2 OF GRANT COUNTY WASHINGTON TO STRIKE NOTICE OF DECEMBER 4 ORDER BY JUDGE WENDELL MORTIMER, JR. OF THE LOS ANGELES COUNTY SUPERIOR COURT**<br><br>Date:        March 7, 2008<br>Time:       9:00 a.m.<br>Courtroom: 2, 17th Floor<br>Judge:       Hon. Jeffrey S. White |

LAI-2923350v1

**AMENDED NOTICE OF MOTION TO STRIKE**

1   TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2   PLEASE TAKE NOTICE that on December 20, 2007, plaintiff Public Utility District No. 2 of Grant County Washington ("Grant County") filed its Motion to Strike the Notice of December 4 Order by Judge Wendell Mortimer, Jr. of the Los Angeles County Superior Court (Docket No. 33) (the "Motion"). The Motion was initially noticed for hearing on January 25, 2008. That date, however, is closed on the Court's calendar. Accordingly, Grant County hereby files this Amended Notice that it will bring the Motion for hearing before this Court in the courtroom of The Honorable Jeffrey S. White, United States District Court, 450 Golden Gate Avenue, Courtroom 2, 17th Floor, San Francisco, California 94102 on March 7, 2008, at 9:00 a.m., or as soon thereafter as the matter may be heard. Grant County is willing to waive oral argument on the Motion provided that no other party objects.

PLEASE TAKE FURTHER NOTICE that, by the Motion, Grant County seeks an order of the Court striking the Notice of December 4 Order by Judge Wendell Mortimer, Jr. of the Los Angeles County Superior Court (Docket No. 31), which was filed by Defendant Pacific Gas & Electric on December 6, 2007, as immaterial and impertinent pursuant to Rule 12(f) of the Federal Rules of Civil Procedure.

Grant County's Motion is based upon the Motion, the Declaration filed in support the Motion, and upon all other papers on file herein.

Dated: January 4, 2008     Respectfully submitted,

By: /s/ Peter G. McAllen
   Peter G. McAllen, CA SB#107416

Attorneys for Claimant
PUBLIC UTILITY DISTRICT NO. 2 OF
GRANT COUNTY WASHINGTON