IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUBLIC UTILITY DISTRICT NO. 2 OF GRANT COUNTY, WASHINGTON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>　　　　Defendant.<br>_____/ | No. C 07-03243 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO STRIKE** |

　　　This matter is set for a hearing on March 7, 2008 on Plaintiff Public Utility District No. 2 of Grant County, Washington's motion to strike. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than January 18, 2008 and a reply brief shall be filed by no later than January 25, 2008.

　　　If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

　　　**IT IS SO ORDERED.**

Dated: January 8, 2008

　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE