Marie L. Fiala (State Bar No. 79676)
Peter J. Benvenutti (State Bar No. 60566)
Russell P. Cohen (State Bar No. 213105)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
Email: Marie.Fiala@hellerehrman.com

Gary M. Kaplan (State Bar No. 155530)
HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, Seventh Floor
San Francisco, CA 94111-4024
Telephone (415) 434-1600
Facsimile (415) 217-5910
Email: gmkaplan@howardrice.com

Attorneys for Defendant PACIFIC GAS AND ELECTRIC COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC UTILITY DISTRICT NO. 2 OF GRANT COUNTY, WASHINGTON,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Defendant. | Case No.: C 07-03243 JSW<br><br>Chapter 11 Case<br><br>Bankr. Case No. 01-30923 DM<br><br>**OPPOSITION TO MOTION TO STRIKE NOTICE OF DECEMBER 4 ORDER BY JUDGE WENDELL MORTIMER, JR. OF THE LOS ANGELES SUPERIOR COURT** |

1  Public Utility District No. 2 of Grant County, Washington ("Grant County") moves to strike Notice Of December 4 Order By Judge Wendell Mortimer, Jr. Of The Los Angeles Superior Court. Defendant Pacific Gas & Electric Company ("PG&E") opposes Grant County's misconceived and unnecessary motion, which appears to be nothing more than an improper attempt to reargue its underlying Motion for (I) Withdrawal of Reference of Proof of Claim and (II) Transfer of Venue Thereof to the United States District Court for the Eastern District of Washington

There is no reason for this Court to strike the Notice filed by PG&E. That Notice was intended to apprise the Court of a ruling in *PG&E et al. v. Arizona Elec. Power Cooperative, Inc. et al.*, Case No. BC 369141, Los Angeles Superior Court (filed Apr. 9, 2007), a case discussed by *Grant County itself* in its opening brief filed in support of its Motion for (I) Withdrawal of Reference of Proof of Claim and (II) Transfer of Venue Thereof to the United States District Court for the Eastern District of Washington (Docket # 6). *See* pp. 11-12. As explained by PG&E in the Notice, on December 4, 2007, Judge Wendell Mortimer, Jr. overruled demurrers filed by defendants, including defendants similarly situated to Grant County. Although Grant County has now been dismissed from *PG&E et al. v. Arizona Elec. Power Cooperative, Inc. et al.* on the basis that the Court lacked personal jurisdiction over Grant County, that dismissal is on appeal. Regardless, however, of Grant County's present status in that case, notice to this Court of a key ruling in a case discussed by Grant County in its own papers is entirely appropriate. Accordingly, Grant County's motion should be denied.

PG&E requests that this motion be resolved without oral argument.

1
OPPOSITION TO MOTION TO STRIKE NOTICE OF DECEMBER 4 ORDER BY JUDGE WENDELL MORTIMER, JR. OF THE LOS ANGELES SUPERIOR COURT

DATED: January 15, 2008

Respectfully submitted,

HOWARD RICE NEMEROVSKI CANADY FALK
& RABKIN
A Professional Corporation

HELLER EHRMAN LLP

By _____/s/_____
      Peter J. Benvenutti

Attorneys for Defendant
PACIFIC GAS AND ELECTRIC COMPANY