Marie L. Fiala (State Bar No. 79676)
Peter J. Benvenutti (State Bar No. 60566)
Russell P. Cohen (State Bar No. 213105)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone:  (415) 772-6000
Facsimile: (415) 772-6268
Email:  Marie.Fiala@hellerehrman.com

Gary M. Kaplan (State Bar No. 155530)
HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, Seventh Floor
San Francisco, CA 94111-4024
Telephone  (415) 434-1600
Facsimile  (415) 217-5910
Email:  gmkaplan@howardrice.com

Attorneys for Defendant PACIFIC GAS AND ELECTRIC COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC UTILITY DISTRICT NO. 2 OF GRANT COUNTY, WASHINGTON,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Defendant. | Case No.: C 07-03243 JSW<br><br>Chapter 11 Case<br><br>Bankr. Case No.  01-30923 DM<br><br>**[PROPOSED] ORDER DENYING MOTION TO STRIKE NOTICE OF DECEMBER 4 ORDER BY JUDGE WENDELL MORTIMER, JR. OF THE LOS ANGELES SUPERIOR COURT** |

[PROPOSED] ORDER DENYING MOTION TO STRIKE

Public Utility District No. 2 of Grant County, Washington ("Grant County") moves to strike Notice Of December 4 Order By Judge Wendell Mortimer, Jr. Of The Los Angeles Superior Court. The Court has read the papers submitted in connection with the motion and has concluded that the motion should be denied.

IT IS HEREBY ORDERED THAT:

1. Grant County's Motion to Strike Notice Of December 4 Order By Judge Wendell Mortimer, Jr. Of The Los Angeles Superior Court is DENIED.

IT IS SO ORDERED.

DATED: _____, 2008

_____
Honorable Jeffrey S. White
United States District Judge