Marie L. Fiala (State Bar No. 79676)
Peter J. Benvenutti (State Bar No. 60566)
Russell P. Cohen (State Bar No. 213105)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone:  (415) 772-6000
Facsimile: (415) 772-6268
Email:  Marie.Fiala@hellerehrman.com

Gary M. Kaplan (State Bar No. 155530)
HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, Seventh Floor
San Francisco, CA 94111-4024
Telephone  (415) 434-1600
Facsimile  (415) 217-5910
Email:  gmkaplan@howardrice.com

Attorneys for Defendant PACIFIC GAS AND ELECTRIC COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC UTILITY DISTRICT NO. 2 OF GRANT COUNTY, WASHINGTON,<br><br>                           Plaintiff,<br><br>     vs.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                           Defendant. | Case No.: C 07-03243 JSW<br><br>Chapter 11 Case<br><br>Bankr. Case No.  01-30923 DM<br><br>**JOINT NOTICE OF SETTLEMENT IN PRINCIPLE** |

On June 7, 2007, Public Utility District No. 2 of Grant County ("Grant County") filed in this Court a Motion for (I) Withdrawal of Reference of Proof of Claim and (II) Transfer of Venue Thereof to the United States District Court for the Eastern District of Washington (Docket No. 1) (the "Motion") against defendant Pacific Gas and Electric Company.  The Court held oral argument on the Motion on October 12, 2007 and took the Motion under submission at that time.

Also pending before this court is Grant's Motion to Strike Notice Of December 4 Order By Judge Wendell Mortimer, Jr. Of The Los Angeles Superior Court  (Docket No. 33) (the "Motion to Strike").  Grant's reply in support of its Motion to Strike is due this Friday, January 25, 2008.

The parties hereby provide notice to this Court that they have agreed to a settlement in principle and are in the process of entering into a written settlement agreement.  In light of their impending settlement, the parties respectfully request that this Court hold in abeyance a ruling on the Motion and suspend the time for Grant to file any reply in support of its Motion to Strike.  The parties will promptly notify the Court once settlement is final or any other change in status.

Dated: January 24, 2008

Respectfully submitted,

HOWARD RICE NEMEROVSKI CANADY
FALK & RABKIN
A Professional Corporation

HELLER EHRMAN LLP

By _____/s/_____

    Peter J. Benvenutti

Attorneys for Defendant
PACIFIC GAS AND ELECTRIC COMPANY

JONES DAY

By _____/s/_____

    Peter G. McAllen

Attorneys for Plaintiff
PUBLIC UTILITY DISTRICT NO. 2 OF GRANT
COUNTY, WASHINGTON