Marie L. Fiala (State Bar No. 79676)
Peter J. Benvenutti (State Bar No. 60566)
Russell P. Cohen (State Bar No. 213105)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone:  (415) 772-6000
Facsimile: (415) 772-6268
Email:  Marie.Fiala@hellerehrman.com

Gary M. Kaplan (State Bar No. 155530)
HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, Seventh Floor
San Francisco, CA 94111-4024
Telephone  (415) 434-1600
Facsimile  (415) 217-5910
Email:  gmkaplan@howardrice.com

Attorneys for Defendant PACIFIC GAS AND ELECTRIC COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC UTILITY DISTRICT NO. 2 OF GRANT COUNTY, WASHINGTON,<br><br>             Plaintiff,<br><br>      vs.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>             Defendant. | Case No.: C 07-03243 JSW<br><br>Chapter 11 Case<br><br>Bankr. Case No.  01-30923 DM<br><br>**STIPULATION REGARDING SETTLEMENT IN PRINCIPLE; [PROPOSED] ORDER THEREON** |

STIPULATION AND [PROPOSED] ORDER REGARDING SETTLEMENT IN PRINCIPLE

Pursuant to Local Rule 7-7, Plaintiff Public Utility District No. 2 of Grant County, Washington ("Grant County") and Defendant Pacific Gas and Electric Company ("PG&E"), by and through their respective attorneys of record, hereby stipulate and agree, and respectfully request an order of the Court, as follows:

WHEREAS, Grant County filed in this Court its Motion for (I) Withdrawal of Reference of Proof of Claim and (II) Transfer of Venue Thereof to the United States District Court for the Eastern District of Washington (Docket No. 1) (the "Withdrawal Motion");

WHEREAS, Grant County also has filed in connection with the Withdrawal Motion its Motion to Strike Notice of December 4 Order by Judge Wendell Mortimer, Jr. of the Los Angeles County Superior Court (Docket No. 33) (the "Motion to Strike"), which was set for hearing on March 7, 2008 (the "March Hearing");

WHEREAS, the Court entered an order on January 8, 2008 (Docket No. 37) setting a briefing schedule on the Motion to Strike, including establishing deadlines of January 18, 2008 to file an opposition to the Motion to Strike and January 25, 2008 to file a reply brief to any such opposition (the "Reply Deadline");

WHEREAS, on January 15, 2008, PG&E filed an opposition to the Motion to Strike (Docket No. 38);

WHEREAS, on January 24, 2008, the parties filed a joint notice with the Court indicating that the parties have agreed to a settlement in principle and are in the process of entering into a written settlement agreement; and

WHEREAS, because the settlement, once final, will render the Withdrawal Motion and Motion to Strike moot, the parties desire that the Court hold in abeyance a ruling on the Withdrawal Motion and Motion to Strike, cancel the March Hearing and suspend the Reply Deadline pending finalization of the written settlement.

NOW THEREFORE, the parties hereto stipulate and agree:

1. Pending further order of the Court while the parties finalize the settlement in principle of the Withdrawal Motion and Motion to Strike: (a) the Court shall hold in abeyance rulings on the Withdrawal Motion and the Motion to Strike; (b) the March Hearing is cancelled

with respect to the Motion to Strike; and (c) the Reply Deadline is suspended.

The parties hereto respectfully request that the Court enter an Order according to these stipulated terms.

Dated: January 24, 2008                    Respectfully submitted,

 

HOWARD RICE NEMEROVSKI CANADY
FALK & RABKIN
A Professional Corporation

HELLER EHRMAN LLP


By _____/s/_____

    Peter J. Benvenutti

Attorneys for Defendant
PACIFIC GAS AND ELECTRIC COMPANY



JONES DAY


By _____/s/_____

    Peter G. McAllen

Attorneys for Plaintiff
PUBLIC UTILITY DISTRICT NO. 2 OF GRANT COUNTY, WASHINGTON

**<u>ORDER</u>**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 25, 2008

_____
Honorable Jeffrey S. White
United States District Judge