IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PUBLIC UTILITY DISTRICT NO. 2 OF
GRANT COUNTY, WASHINGTON,

    Plaintiff,

  v.

PACIFIC GAS & ELECTRIC COMPANY,

    Defendant.
_____/

No. C 07-03243 JSW

**ORDER REQUIRING JOINT STATUS REPORT**

On January 25, 2008, this Court entered an Order approving the parties' stipulation of settlement in principle, and suspended all deadlines in this case. There has been no further activity and a dismissal has not yet been filed. Accordingly, the parties are HEREBY ORDERED to file a joint status report apprising the Court of the status of the settlement and when they expect to dismiss this action. The joint status report shall be due on or before March 28, 2008. If the dismissal is filed before that date, this deadline shall be vacated.

**IT IS SO ORDERED.**

Dated: March 3, 2008

                                               JEFFREY S. WHITE
                                               UNITED STATES DISTRICT JUDGE