1  Peter G. McAllen (State Bar No. 107416)
   JONES DAY
2  555 S. Flower St., 50th Floor
   Los Angeles, CA 90071
3  Telephone:     (213) 489-3939
   Facsimile:     (213) 243-2539
4  E-mail:        pmcallen@jonesday.com

5  Tobias S. Keller  (State Bar No. 151445)
   JONES DAY
6  555 California Street, 26th Floor
   San Francisco, CA  94104-1500
7  Telephone:     (415) 626-3939
   Facsimile:     (415) 875-5700
8  E-mail:tkeller@jonesday.com

9  Attorneys for Plaintiff
   PUBLIC UTILITY DISTRICT NO. 2 OF GRANT
10 COUNTY, WASHINGTON

11 [Appearance of additional counsel noted on
   signature page]
12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                        SAN FRANCISCO DIVISION

16

17 | PUBLIC UTILITY DISTRICT NO. 2 OF    | Case No. 07-3243 JSW          |
   | GRANT COUNTY, WASHINGTON            |                               |
18 |                                     | Chapter 11 Case               |
   |             Plaintiff.              |                               |
19 |                                     | Bankr. Case No. 01-30923 DM   |
   |         vs.                         |                               |
20 |                                     | **JOINT STATUS REPORT ON**    |
   | PACIFIC GAS AND ELECTRIC COMPANY    | **SETTLEMENT**                |
21 |                                     |                               |
   |             Defendant.              |                               |
22

23

24

25

26

27

28
   LAI-2939489v3

Pursuant to this Court's March 3, 2008 Order (Docket No. 43), Plaintiff Public Utility District No. 2 of Grant County, Washington ("Grant County") and Defendant Pacific Gas and Electric Company ("PG&E"), by and through their respective attorneys of record, hereby file this Joint Status Report regarding the settlement in principle reached between the parties:

1. As reported to the Court in the Joint Notice of Settlement in Principle (Docket No. 40) filed on January 24, 2008, the parties have reached a settlement in principle on the matters underlying this proceeding. The parties have been working diligently since that date to complete their settlement negotiations and document the settlement in writing. In fact, they have exchanged drafts of a settlement agreement.

2. This process of documenting the settlement has been time-consuming and intensive because of the complexity of the issues involved, the number of parties that are parties to or will be affected by the settlement and the number of court and administrative proceedings that are involved in the settlement. For example, there are multiple parties to the settlement in addition to Grant County and PG&E, including Southern California Edison Company, San Diego Gas & Electric Company, People of the State of California, *ex rel*. Edmund G. Brown Jr., Attorney General, California Department of Water Resources-California Energy Resource Scheduling and the California Public Utilities Commission. In addition, the settlement as contemplated will require certain payments to be transferred from the California Power Exchange Corporation ("PX"), and will also require the PX and the California Independent System Operator Corporation to perform various calculations and make various adjustments to their books and records. Accordingly, those entities — even though they are not parties to the settlement agreement — must review and comment on the settlement as well. Moreover, the settlement involves the resolution of not only this proceeding, but other proceedings in state and federal courts, as well as administrative proceedings in front of the Federal Energy Regulatory Commission ("FERC").

3. Despite all of these moving parts to the settlement, the parties have made substantial progress over the last two months in reaching a definitive written settlement agreement and hope that a final version will be signed in the coming weeks. The settlement as

1  drafted has concrete incentives to achieve an effective date prior to June 1, 2008, and thus the
2  parties are working assiduously to finalize the agreement so that it can be submitted for FERC
3  approval with sufficient lead time to meet that deadline.  Once effective, Grant County's
4  bankruptcy claim in PG&E's bankruptcy case will be resolved and Grant County's request to the
5  Court in this case to withdraw the reference and transfer venue of the claim will become moot.
6  Accordingly, the parties believe that this action may be dismissed by June 1, 2008.  In the event
7  the action has not been dismissed by June 1, 2008, the parties propose to file a further joint status
8  report on that date.
9      4.  In view of the progress reported above and the likelihood that this matter will be
10 resolved through settlement, the parties respectfully request that the Court's January 25, 2008
11 Order holding these proceedings in abeyance remain in effect for the time being.

//

//

| | |
|---|---|
| Dated: March 28, 2008 | Respectfully submitted, |
| | JONES DAY |
| | By: /s/ Peter G. McAllen |
| |     Peter G. McAllen, CA SB#107416 |
| | Attorneys for Plaintiff PUBLIC UTILITY DISTRICT NO. 2 OF GRANT COUNTY, WASHINGTON |
| | HELLER EHRMAN LLP |
| | By: /s/ Peter J. Benvenutti |
| |     Peter J. Benvenutti |
| | Attorneys for Defendant PACIFIC GAS AND ELECTRIC COMPANY |

Marie L. Fiala (State Bar No. 79676)
Peter J. Benvenutti (State Bar No. 60566)
Russell P. Cohen (State Bar No. 213105)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone:  (415) 772-6000
Facsimile: (415) 772-6268
Email:  Marie.Fiala@hellerehrman.com

Gary M. Kaplan (State Bar No. 155530)
HOWARD RICE NEMEROVSKI CANADY
FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, Seventh Floor
San Francisco, CA 94111-4024
Telephone  (415) 434-1600
Facsimile  (415) 217-5910
Email:  gmkaplan@howardrice.com

Attorneys for Defendant PACIFIC GAS AND ELECTRIC COMPANY