1  Peter G. McAllen (State Bar No. 107416)
   JONES DAY
2  555 S. Flower St., 50th Floor
   Los Angeles, CA 90071
3  Telephone:     (213) 489-3939
   Facsimile:     (213) 243-2539
4  E-mail:        pmcallen@jonesday.com

5  Tobias S. Keller  (State Bar No. 151445)
   JONES DAY
6  555 California Street, 26th Floor
   San Francisco, CA  94104-1500
7  Telephone:     (415) 626-3939
   Facsimile:     (415) 875-5700
8  E-mail:tkeller@jonesday.com

9  Attorneys for Plaintiff
   PUBLIC UTILITY DISTRICT NO. 2 OF GRANT
10 COUNTY, WASHINGTON

11 [Appearance of additional counsel noted on
   signature page]
12

13                   UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                       SAN FRANCISCO DIVISION

16

17 PUBLIC UTILITY DISTRICT NO. 2 OF        Case No. 07-3243 JSW
   GRANT COUNTY, WASHINGTON
18                                         Chapter 11 Case
              Plaintiff.
19                                         Bankr. Case No. 01-30923 DM
       vs.
20                                         **CERTIFICATE OF SERVICE ON
   PACIFIC GAS AND ELECTRIC COMPANY        NON-EFILING PARTIES**
21
              Defendant.
22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**
**No. 07-3243 JSW**

**PROOF OF SERVICE**

(CCP §§ 1013a, 2015.5)

**STATE OF CALIFORNIA**      )
                             )    **ss.**
**COUNTY OF SAN FRANCISCO**  )

I am employed in the aforesaid County, State of California; I am over the age of eighteen years and not a party to the within entitled action; my business address is: **555 California Street, 26th Floor, San Francisco, California  94104-1500.**

On **March 28, 2008**, I served the foregoing:

- **JOINT STATUS REPORT ON SETTLEMENT**

on the interested parties in this action addressed as follows:

*See Service List Attached*

**[X]  BY MAIL:**  I caused such envelope to be deposited in the mail at San Francisco, California.  The envelope was mailed with postage thereon fully prepaid.

As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**[ ]  BY FEDERAL EXPRESS:**  I placed such envelope for deposit in the Federal Express drop slot for service by Federal Express.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with Federal Express on that same day at San Francisco, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if service is more than one day after date of deposit for express service in affidavit.

**[ ]  BY PERSONAL SERVICE:**  I caused such envelope to be hand delivered to the office of the addressee on the date specified above.

**[ ]  VIA ELECTRONIC MAIL**:  I caused such document(s) to be transmitted by e-mail to the party(ies) on the date specified above.

**[ ]  VIA FACSIMILE**:  I caused such document(s) to be transmitted from facsimile number (415) 875-5700 to the facsimile machine(s) of the above-listed party(ies) on the date specified above.  The transmission(s) was/were reported as complete and without error.

**[X]  STATE** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**[ ]  FEDERAL** I declare that I am employed within the office of a member of the bar of this Court at whose direction the service was made.

Executed on **March 28, 2008,** at San Francisco, California.

/s/
_____
Denise Harmon

**CERTIFICATE OF SERVICE**

| | |
|---|---|
| David Agay<br>Law Offices of Winston & Strawn<br>35 W Wacker #4200<br>Chicago, IL 60601 | Stanley A. Berman<br>Heller Ehrman<br>707 Fifth Avenue<br>Suite 6100<br>Seattle, WA 98104 |
| Jamie L. Edmonson<br>Skadden Arps Slate Meagher & Flom<br>300 S Grand Ave.<br>#3400<br>Los Angeles, CA 90071 | Michael C. Hefter<br>Law Offices of Dewey Ballantine<br>1301 Avenue of the Americas<br>New York, NY 10019-6092 |
| Mare Hirschfield<br>Law Offices of Dewey Ballantine<br>1301 Ave of the Americas<br>New York, NY 10019-6092 | Benjamin Hoch<br>Law Offices of Dewey Ballantine<br>1301 Ave. of the Americas<br>New York, NY 10019-6092 |
| Stacie D. Justice<br>Law Offices of Winston and Strawn<br>35 Wacker Drive, #4200<br>Chicago, IL 60601 | Richard Levin<br>Skadden Arps Slate Meagher and Flom<br>300 S Grand Avenue, #3400<br>Los Angeles, CA 90071 |
| James L Lopes<br>Howard Rice Nemerovski Canady Falk & Rabe<br>Three Embarcadero Center<br>7th Floor<br>San Francisco, CA 94111-4065 | Peter Gordon McAllen<br>Jones Day<br>555 W 5th St<br>Ste 4600<br>Los Angeles, CA 90013-1025 |
| Dennis Montali<br>US Bankruptcy Court<br>Northern District of California<br>P. O. Box 7341<br>235 Pine Street<br>San Francisco, CA 94120-7341 | John S. Moot<br>Skadden Arps Slate Meagher & Flom<br>1440 New York Ave N.W.<br>Washington, DC 20005-2111 |
| Robert C. Myers<br>Law Offices of Dewey Ballantine<br>1301 Avenue of the Americas<br>New York, NY 10019-6092 | Mari Christine Snyder<br>Pacific Gas and Electric Company<br>77 Beale Street<br>San Francisco, CA 94105 |
| USBC Manager-San Francisco<br>United States Bankruptcy Court<br>235 Pine Street<br>P.O. Box 7341<br>San Francisco, CA 94120-7341 | |

**Proof of Service**