Peter G. McAllen (State Bar No. 107416)
JONES DAY
555 S. Flower St., 50th Floor
Los Angeles, CA 90071
Telephone:    (213) 489-3939
Facsimile:    (213) 243-2539
E-mail:       pmcallen@jonesday.com

Tobias S. Keller  (State Bar No. 151445)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104-1500
Telephone:    (415) 626-3939
Facsimile:    (415) 875-5700
E-mail:tkeller@jonesday.com

Attorneys for Plaintiff
PUBLIC UTILITY DISTRICT NO. 2
OF GRANT COUNTY, WASHINGTON

[Appearance of additional counsel noted on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC UTILITY DISTRICT NO. 2 OF GRANT COUNTY, WASHINGTON<br><br>Plaintiff.<br><br>vs.<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>Defendant. | Case No. 07-3243 JSW<br><br>Chapter 11 Case<br><br>Bankr. Case No. 01-30923 DM<br><br>**SECOND JOINT STATUS REPORT ON SETTLEMENT** |

COI-1400862v1

**SECOND JOINT STATUS REPORT ON SETTLEMENT**
**No. 07-3243 JSW**

Pursuant to this Court's March 3, 2008 Order (Docket No. 43), Plaintiff Public Utility District No. 2 of Grant County, Washington ("Grant County") and Defendant Pacific Gas and Electric Company ("PG&E"; collectively with Grant County, the "Parties"), by and through their respective attorneys of record, hereby file this Joint Status Report regarding the settlement in principle reached between the parties:

1. As reported to the Court in the Joint Notice of Settlement in Principle (Docket No. 40) filed on January 24, 2008, the Parties reached a settlement in principle on the matters underlying this proceeding.

2. On March 28, 2008, the Parties filed a Joint Status Report on Settlement (Docket No. 44). As noted in the Joint Status Report, there are multiple parties to the settlement in addition to Grant County and PG&E, including Southern California Edison Company, San Diego Gas & Electric Company, People of the State of California, *ex rel*. Edmund G. Brown Jr., Attorney General, California Department of Water Resources-California Energy Resource Scheduling and the California Public Utilities Commission.

3. The parties to the settlement subsequently finalized the terms of the settlement, and on May 6, 2008, submitted the settlement to the Federal Energy Regulatory Commission ("FERC") for approval.

4. On May 23, 2008, FERC issued an Order Approving Settlement. Grant County's bankruptcy claim in PG&E's bankruptcy case has been resolved by the settlement, and Grant County's request to the Court in this case to withdraw the reference and transfer venue of the claim is moot. Accordingly, Grant County will promptly dismiss this action.

5. In view of the impending dismissal of this action, the Parties respectfully request that the Court's January 25, 2008 Order holding these proceedings in abeyance remain in effect pending such dismissal.

| | | |
|---|---|---|
| 1 | Dated: June 4, 2008 | Respectfully submitted, |
| 2 | | |
| 3 | | JONES DAY |
| 4 | | By: /s/ Peter G. McAllen |
| | | Peter G. McAllen, CA SB#107416 |
| 5 | | |
| 6 | | Attorneys for Plaintiff |
| | | PUBLIC UTILITY DISTRICT NO. 2 OF GRANT COUNTY, WASHINGTON |
| 7 | | |
| 8 | Dated: June 4, 2008 | HELLER EHRMAN LLP |
| 9 | | |
| 10 | | By: /s/ Peter J. Benvenutti |
| | | Peter J. Benvenutti |
| 11 | | Attorneys for Defendant |
| | | PACIFIC GAS AND ELECTRIC COMPANY |
| 12 | | |
| 13 | | Marie L. Fiala (State Bar No. 79676) |
| | | Peter J. Benvenutti (State Bar No. 60566) |
| 14 | | Russell P. Cohen (State Bar No. 213105) |
| | | HELLER EHRMAN LLP |
| 15 | | 333 Bush Street |
| | | San Francisco, CA 94104-2878 |
| 16 | | Telephone: (415) 772-6000 |
| | | Facsimile: (415) 772-6268 |
| 17 | | Email: Marie.Fiala@hellerehrman.com |
| 18 | | |
| | | Gary M. Kaplan (State Bar No. 155530) |
| 19 | | HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN |
| 20 | | A Professional Corporation |
| | | Three Embarcadero Center, Seventh Floor |
| 21 | | San Francisco, CA 94111-4024 |
| | | Telephone (415) 434-1600 |
| 22 | | Facsimile (415) 217-5910 |
| 23 | | Email: gmkaplan@howardrice.com |
| 24 | | Attorneys for Defendant PACIFIC GAS AND ELECTRIC COMPANY |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |