1   Peter G. McAllen (State Bar No. 107416)
    JONES DAY
2   555 S. Flower St., 50th Floor
    Los Angeles, CA 90071
3   Telephone:      (213) 489-3939
    Facsimile:      (213) 243-2539
4   E-mail:         pmcallen@jonesday.com

5   Tobias S. Keller  (State Bar No. 151445)
    JONES DAY
6   555 California Street, 26th Floor
    San Francisco, CA  94104-1500
7   Telephone:      (415) 626-3939
    Facsimile:      (415) 875-5700
8   E-mail:tkeller@jonesday.com

9   Attorneys for Plaintiff
    PUBLIC UTILITY DISTRICT NO. 2 OF GRANT
10  COUNTY, WASHINGTON

11  [Appearance of additional counsel noted on
    signature page]

12

13                  UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15                    SAN FRANCISCO DIVISION

16

17  PUBLIC UTILITY DISTRICT NO. 2 OF          Case No. 07-3243 JSW
    GRANT COUNTY, WASHINGTON
18                                            Chapter 11 Case
                     Plaintiff.
19                                            Bankr. Case No. 01-30923 DM
             vs.
20                                            **STIPULATION OF DISMISSAL**
    PACIFIC GAS AND ELECTRIC COMPANY
21
                     Defendant.
22

23

24

25

26

27

28
    LAI-2953755v1

1    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned

2    attorneys for the parties hereto that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil

3    Procedure and in accordance with a settlement between the parties, this case and all pending

4    motions herein shall be dismissed with prejudice and without an assessment of costs.

5        //

6        //

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Dated:  June 9, 2008                    Respectfully submitted,

2                                             JONES DAY

3
                                             By:  /s/ Peter G. McAllen
4                                                  Peter G. McAllen, CA SB#107416

5                                             Attorneys for Plaintiff PUBLIC UTILITY
                                             DISTRICT NO. 2 OF GRANT COUNTY,
6                                             WASHINGTON

7
                                             HELLER EHRMAN LLP
8

9                                             By:  /s/ Peter J. Benvenutti
                                                   Peter J. Benvenutti
10
                                             Attorneys for Defendant PACIFIC GAS AND
11                                            ELECTRIC COMPANY

12                                            Marie L. Fiala (State Bar No. 79676)
                                             Peter J. Benvenutti (State Bar No. 60566)
13                                            Russell P. Cohen (State Bar No. 213105)
                                             HELLER EHRMAN LLP
14                                            333 Bush Street
                                             San Francisco, CA  94104-2878
15                                            Telephone:  (415) 772-6000
                                             Facsimile: (415) 772-6268
16                                            Email:  Marie.Fiala@hellerehrman.com
17

18                                            Gary M. Kaplan (State Bar No. 155530)
                                             HOWARD RICE NEMEROVSKI CANADY
19                                            FALK & RABKIN
                                             A Professional Corporation
20                                            Three Embarcadero Center, Seventh Floor
                                             San Francisco, CA 94111-4024
21                                            Telephone  (415) 434-1600
                                             Facsimile  (415) 217-5910
22                                            Email:  gmkaplan@howardrice.com
23
                                             Attorneys for Defendant PACIFIC GAS AND
24                                            ELECTRIC COMPANY

25

26

27

28
LAI-2953755v1                            -3-